# EXHIBIT 2

**From:** James Nolan [mailto:James.Nolan@gray-robinson.com]
**Sent:** Thursday, September 07, 2017 9:29 AM
**To:** Dennis L. Blackburn
**Cc:** Grier Wells
**Subject:** Klempf

Dennis,

On behalf of Foodonics, we have filed suit against Dina as Trustee of the Laura Jean Klempf Trust. A copy of the complaint is attached. We understand you continue to represent Dina in her capacity as Trustee of her mother's trust. If that is the case, and if you are willing to accept service of process, please let me know.

Even though we did not make much progress at our last meeting, we believe the wisest course of action would be to settle these matters rather than litigate them. If you and Dina are interested in meeting for such a discussion, please advise.

Regards,
Jim

**James Nolan | Shareholder**
**G R A Y | R O B I N S O N**

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8481
E-mail | Website | Bio | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

In the event this communication contains a discussion of any U.S. federal or other tax-related matters, and unless specifically stated otherwise, this discussion is preliminary in nature and is subject to further factual development and technical analysis. Unless specifically stated otherwise, no part of this communication constitutes a formal legal conclusion or opinion of any kind.