# EXHIBIT 3

# James H. Post

**From:** James H. Post
**Sent:** Monday, September 25, 2017 5:51 PM
**To:** grier.wells@gray-robinson.com
**Subject:** FW: Laura Jean Klempf Trust

Grier,

I have been advised by Terry Schmidt's office that the dates Terry presently has available which will work for our group are October 11 and 30. Will either of those dates work for your group?

Please advise.

Thanks, Jim

**James H. Post, Esq.**
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7783 (direct)
jpost@smithhulsey.com

1