# EXHIBIT 5

# James H. Post

**From:** James H. Post
**Sent:** Tuesday, September 26, 2017 11:27 AM
**To:** grier.wells@gray-robinson.com
**Subject:** RE: Laura Jean Klempf Trust

Grier,

It appears that October 30th works for everyone. I would appreciate it if you would have your assistant schedule the mediation with Terry.

Personally, I would prefer starting earlier in the day to let this process work, but we will let you make that decision.

Thanks,
Jim

**From:** Grier Wells [mailto:Grier.Wells@gray-robinson.com]
**Sent:** Tuesday, September 26, 2017 10:48 AM
**To:** James H. Post
**Subject:** RE: Laura Jean Klempf Trust

Jim:

We are all available on the 30th. I believe we should just schedule the afternoon for half a day.

With respect to service of process we discussed, we are not amenable to the 60-day response time under the Federal waiver of service procedure. We have accordingly initiated personal service on Dina in Georgia.

If you are still out of town, I can have my assistant schedule with Terry.

**Grier Wells | Complex Commercial, Employment and Construction Litigation**
**G R A Y | R O B I N S O N**

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8478
E-mail | Website | Bio | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** James H. Post [mailto:jpost@smithhulsey.com]
**Sent:** Monday, September 25, 2017 5:51 PM
**To:** Grier Wells
**Subject:** FW: Laura Jean Klempf Trust

Grier,

I have been advised by Terry Schmidt's office that the dates Terry presently has available which will work for our group are October 11 and 30. Will either of those dates work for your group?

Please advise.

Thanks, Jim

**James H. Post, Esq.**
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7783 (direct)
jpost@smithhulsey.com