# EXHIBIT 8

# SMITH HULSEY & BUSEY

## Memorandum

DATE: October 10, 2017

TO: The Klempf Trust File

FROM: James H. Post

SUBJECT: Klempf Trust Litigation

---

On Monday, October 9th, I had called Grier Wells and requested that:

1. he consent to a stipulation which would allow us to file a response to the Foodonics complaint the later of (i) 30 days after our October 30th mediation is declared to be at an impasse or (ii) 30 days after counsel for Foodonics directs that a response be filed; and

2. he consent to a waiver of opening statements at the mediation and, therefore, have the parties be separated and the settlement negotiations begin immediately.

On Tuesday, October 10th, Grier Wells returned my call and said that his response to my request for an extension of time depended on whether or not we were going to file a motion to dismiss based on jurisdictional grounds. I told him that we would not be making that type of decision prior to the mediation.

Grier responded that he would share that information with his client and get back with me but, in the meantime, he confirmed that we need not file a response to the complaint unless and until he directed us to do so.

In regard to the waiver of opening statements at the mediation, Grier said that they had not made a final decision in that regard, but they were inclined at this time not to waive the opening statements. Grier said that our clients were both mature enough to "stay quiet" during the session.

Grier said that he would get back to me soon regarding these issues.

975754