# EXHIBIT 9

**From:** Grier Wells <Grier.Wells@gray-robinson.com>
**Sent:** Thursday, October 12, 2017 4:47 PM
**To:** James H. Post
**Subject:** FW: Klempf - Case Management Form
**Attachments:** 1587829_1.pdf

After I sent the e-mail below to you, I got a call from Jacques. He is unwilling for us to grant an extension of time to respond to the complaint.

**Grier Wells | Complex Commercial, Employment and Construction Litigation**
G R A Y | R O B I N S O N

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8478
E-mail | Website | Bio | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Grier Wells
**Sent:** Thursday, October 12, 2017 2:33 PM
**To:** James H. Post (jpost@smithhulsey.com)
**Cc:** James Nolan
**Subject:** FW: Klempf - Case Management Form

Jim:

I am attaching the court's case management report with scheduling requirements.

We have also further considered your request for an extension of time to respond to the complaint until well after mediation, either 30 days post mediation or 30 days from our request for a response. We note that an early mediation was scheduled at your suggestion.

In our conversation earlier this week, I expressed our concern that we would go to mediation, already scheduled for October 30, with no understanding of the defendant's position(s) on either the tax refund or asset sale claims. Given your and Dennis' refusal to provide any definitive information in our meeting this summer, that is still a concern of ours and we do not understand why you do not want to respond prior to mediation.

I can understand requesting an extension in a case where there is no significant prior knowledge about the various claims. However, the tax refund issue has been discussed with Dennis and Dan Edelman, both representing Ms. Klempf, since 2015 and certainly as a formal claim since 2016. Our several demand letters to Ms. Klempf advised that litigation would be necessary if unresolved. Moreover, you and Dennis asserted claims related to the asset sale of Foodonics in

1

your proposed complaint this past summer. The issues in the litigation involve only the tax refund and the asserted claims of fraud in the asset sale. It can hardly be said that you need time to investigate or evaluate.

Dina Srochi was served on September 30, ordinarily requiring a response by October 20. If you want an extension beyond the 20th, we believe mediation should be rescheduled until such time as an answer and any defenses or counterclaim is filed.

Please advise.

Thanks.