FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

                    Plaintiff,

vs.                                                      Case No.  3:17-cv-01054-TJC-JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

                    Defendant.
_____/

# O R D E R

          This cause is before the Court on the Motion for Extension of Time to Respond to

Complaint (Doc. No. 4; "Motion"), filed October 19, 2017. In the Motion, Defendant seeks an

extension of time to file her response to Plaintiff's Complaint (Doc. No. 1; "Complaint"), filed

September 6, 2017, "until the later of (i) November 29, 2017 or (ii) 30 days following the

termination of the mediation which the parties agreed to attend on October 30, 2017." Motion

at 1. On October 20, 2017, Plaintiff's Response in Opposition to Defendant's Motion for

Extension of Time (Doc. No. 5; "Response") was filed. Plaintiff asserts that it "does not wish

to proceed to mediation on significant claims without the benefit of Defendant's response to

[the] Complaint." Response at 4.[1]

          Upon due consideration, it is

          **ORDERED**

_____

          [1]          The Response contains unnumbered pages. The citation to it follows the pagination assigned
by the Court's electronic filing system (CM/ECF).

1.    The Motion for Extension of Time to Respond to Complaint (Doc. No. 4) is **GRANTED in part and DENIED in part**.

2.    The Motion is **GRANTED** to the extent that Defendant shall file a response to the Complaint no later than **noon on October 27, 2017**.

3.    Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida on October 25, 2017.

_____
**JAMES R. KLINDT**
United States Magistrate Judge

Copies to:
Counsel of Record