UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, 
                                            )
       Plaintiff,
                                            )
v.                                                   Case No. 3:17-cv-1054-J-32JRK
                                            )
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF          )
REVOCABLE TRUST, a Georgia trust,
                                            )
       Defendant.
_____ )

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT FILED BY
THE LAURA JEAN KLEMPF LIVING TRUST AS DEFENDANT**

Defendant, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Living Trust, pursuant to Rule 7.1, Federal Rules of Civil Procedure, discloses the following:

**1.** The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**As to Defendant -- the Laura Jean Klempf Living Trust**

(a)     Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Living Trust

(b)     The Laura Jean Klempf Living Trust

(c)     The Estate of Laura Jean Klempf

(d)     Dennis L. Blackburn, as Assistant Trustee of the Laura Jean Klempf Living Trust

(e)      Dina Klempf Srochi

(f)      Alan J. Srochi

(g)      Sara L. Srochi

(h)      Marc E. Klempf

(i)      Zachary E. Klempf

(j)      Nicholas B. Klempf

(k)      James H. Post (counsel for Defendant)

(l)      Michael E. Demont (counsel for Defendant)

(m)      Smith Hulsey & Busey (counsel for Defendant)

(n)      Daniel M. Edelman (CPA and litigation support for Defendant)

**As to Plaintiff -- Foodonics International, Inc. and Kevin Jacques Klempf**

(o)      Foodonics International, Inc.

(p)      Kevin Jacques Klempf

(q)      BAM Residential Holdings, LLC

(r)      BAM Commercial Holdings, LLC

(s)      BAM Investment Group, LLC

(t)      Foodonics Equities, LLC

(u)      Foodonics Equities II, LLC

(v)      Buckhead Equities, LLC

(w)      Cal-Maine Foods, Inc.

(x)      Adolphus B. Baker

(y) Julianne Marie Klempf Lee

(z) Alexandria Renee Klempf

(aa) Heather Jean Klempf

(bb) Tracy Klempf

(cc) S. Grier Wells (counsel for Plaintiff)

(dd) James A. Nolan, III (counsel for Plaintiff)

(ee) GrayRobinson, P.A. (counsel for Plaintiff)

**2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

(a) Cal-Maine Foods, Inc.

**3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None known at this time.

**4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

(a) The Laura Jean Klempf Living Trust

(b) The Estate of Laura Jean Klempf

I certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

SMITH HULSEY & BUSEY


By: /s/ *James H. Post*
      James H. Post

Florida Bar Number 0175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Defendant Dina Klempf
   Srochi, as Trustee of the Laura Jean
   Klempf Living Trust

5

Certificate of Service

I certify that on this 2nd day of November, 2017, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.



/s/ *James H. Post*<br>Attorney

977747