FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2017 NOV -2 PM 12: 17

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

FOODONICS INTERNATIONAL, INC.,

    Plaintiff,

vs.                                      CASE NO.: 3:17-cv-01054-TJC-JRK

DINA SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust,

    Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on October 30, 2017, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __X__ All individual parties and their respective trial counsel.

    __X__ Designated corporate representatives.

    ____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c)   The outcome of the mediation conference was:

_____   <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

_____   <u>The case has been partially resolved</u> and lead counsel has been instructed to file herein a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for the Court to resolve:

_____
_____
_____
_____
_____

__X__   <u>The conference was continued</u> with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences are complete.

_____   <u>The parties have reached an impasse</u>.

Done this 30th day of October, 2017, in Jacksonville, Florida.

/s/ Terrance E. Schmidt
TERRANCE E. SCHMIDT/MEDIATOR
Florida Bar No.: 165042
Certification No.: 6667R
501 Riverside Avenue, Suite 903
Jacksonville, FL 32202
Telephone: 904/398-1818
Facsimile: 904/398-7073