IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.                                Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia
trust,

    Defendant.
_____/

## JOINT MOTION FOR STAY OF PROCEEDINGS

Plaintiff Foodonics International, Inc., a Florida corporation, and Defendant Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Living Trust, through their undersigned counsel and pursuant to Rule 3.01(a) and 3.01(g) of the rules of this Court, respectfully move the Court for entry of an order staying all requirements in this cause until(i) 21 days after the mediator files a notice of impasse of mediation or (ii) until such further order of this Court.  In support of this motion, the parties would show:

    1.    The parties participated in voluntary mediation before Terry Schmidt, Esq., on October 30, 2017.

    2.    The parties did not resolve the issues between them, but agreed to adjourn to reschedule the continuance of mediation.

    3.    Through coordination with Mr. Schmidt's office, mediation has been rescheduled for November 28, 2017.

4. Between the filing of this motion and November 28, 2017, there are various matters to be completed, including Plaintiff's response to Defendant's Motion to Dismiss and the filing of a case management report as required by the Case Management Order herein.

5. The parties agree that staying all such proceedings until the completion of voluntary mediation is in the best interest of the parties and will serve the interests of judicial economy.

WHEREFORE, the parties respectfully request this Court for entry of an order staying all further proceedings herein until no later than 21 days after the mediator files a notice of impasse or further order of this Court.

| GRAYROBINSON, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| /s/S. Grier Wells | /a/ James H. Post |
| S. GRIER WELLS, ESQ. | JAMES H. POST, ESQ. |
| Florida Bar Number 203238 | Florida Bar Number 0175460 |
| grier.wells@gray-robinson.com | jpost@smithhulsey.com |
| elizabeth.irvine@gray-robinson.com | 225 Water Street, Suite 1800 |
| 50 North Laura Street, Suite 1100 | Jacksonville, FL 32202 |
| Jacksonville, Florida 32202 | Phone: (904) 359-7700 |
| Phone: (904)-598-9929 | Fax: (904) 359-7708 |
| Fax: (904)-598-9109 | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

\732024\20 - # 1601146 v2