UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2017 DEC 13 AM 11:42

FOODONICS INTERNATIONAL, INC.,

    Plaintiff,

vs.                                 CASE NO.: 3:17-cv-01054-TJC-JRK

DINA SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust,

    Defendant.
_____/

## MEDIATOR'S REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on December 9, 2017, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __✓__ All individual parties and their respective trial counsel.

    __✓__ Designated corporate representatives.

    _____ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

_____

(c)  The outcome of the mediation conference was:

____  <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

____  <u>The case has been partially resolved</u> and lead counsel has been instructed to file herein a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for the Court to resolve:

_____
_____
_____
_____
_____

____  The conference was <u>continued</u> with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences are complete.

__✓__  <u>The parties have reached an impasse</u>.

**Done this** 9th **day of** December, 2017, in Jacksonville, Florida.

*/s/ Terrance E. Schmidt*

TERRANCE E. SCHMIDT, MEDIATOR
Florida Bar No.: 165042
Certification No.: 6667R
501 Riverside Avenue, Suite 903
Jacksonville, FL 32202
Telephone: 904/398-1818
Facsimile: 904/398-7073