UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, )
 )
      Plaintiff, )
 )
v. )   Case No. 3:17-cv-1054-J-32JRK
 )
DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust, )
 )
      Defendant. )
                                     )

**JOINT MOTION FOR EXTENSION OF TIME TO (I)
CONDUCT CASE MANAGEMENT CONFERENCE
AND (II) FILE CASE MANAGEMENT REPORT**

Defendant Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust") and Plaintiff Foodonics International, Inc. ("Foodonics"), move the Court for an extension of time to (i) conduct the case management conference and (ii) file the case management report to and including January 24, 2018, and in support says:

1. On November 28, 2017, the Trust and Foodonics filed a Joint Motion for Stay of Proceedings requesting the stay of all further proceedings "until no later than 21 days after the mediator files a notice of impasse or further order of this Court."

2. By docket entry entered on December 1, 2017, this case was stayed.

3. On December 9, 2017, the parties participated in a continued mediation conference which resulted in an impasse.

4. On December 13, 2017, the mediator filed a notice of impasse which triggered the deadline of January 3, 2018 for the parties to conduct the case management conference and to file the case management report.

5. The parties request an extension of time (up to and including January 24, 2018) within which to conduct the case management conference and to file the case management report because counsel for the parties have other substantial matters which require their attention during the next 21 days, as well as personal commitments over the holiday season.

WHEREFORE, the parties respectfully request that this Court enter an order granting an extension of time up to and including January 24, 2018, to (i) conduct the case management conference and (ii) file the case management report.

| SMITH HULSEY & BUSEY | GRAYROBINSON, P.A. |
|---|---|
| By: /s/ *James H. Post* <br> James H. Post | By: /s/ *S. Grier Wells** <br> S. Grier Wells |
| Florida Bar Number 0175460 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> jpost@smithhulsey.com | Florida Bar Number 203238 <br> 50 North Laura Street, Suite 1100 <br> Jacksonville, Florida 32202 <br> (904) 598-9929 <br> (904) 598-9109 (facsimile) <br> grier.wells@gray-robinson.com |
| Attorneys for Defendant Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust | Attorneys for Plaintiff Foodonics International, Inc. <br><br> *Counsel has authorized his electronic signature. |

Certificate of Service

I certify that on this 19th day of December, 2017, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*
Attorney

981397