UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                    Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

        Defendant.
_____/

## O R D E R

1. The Joint Motion for Extension of Time to (I) Conduct Case Management Conference and (II) File Case Management Report (Doc. No. 13), filed December 19, 2017, is **GRANTED.**

2. The parties shall have up to and including **January 24, 2018** to conduct the case management conference and file the case management report.

**DONE AND ORDERED** at Jacksonville, Florida on December 20, 2017.

                                                        JAMES R. KLINDT
                                                        United States Magistrate Judge

mdc
Copies to:
Counsel of Record