IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,                                  Case No.: 3:17-cv-1054-J-32JRK

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia
trust,

    Defendants,
_____/

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, Foodonics International, Inc., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby states that no parent corporation or publicly held corporations owns 10% or more of its stock.

                                                      GRAYROBINSON, P.A.

                                                      /s/S. Grier Wells_____
                                                      S. GRIER WELLS, ESQ.
                                                      Florida Bar No.: 203238
                                                      grier.wells@gray-robinson.com
                                                      elizabeth.irvine@gray-robinson.com
                                                      50 North Laura Street, Suite 1100
                                                      Jacksonville, Florida 32202
                                                      Phone: (904)-598-9929
                                                      Fax: (904)-598-9109

                                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed and served electronically on this 17th day of January, 2018 through the Florida E-Portal on James H. Post, Esq., counsel for Plaintiff at jpost@smithhulsey.com.

                                            /s/ S. Grier Wells, Esq.
                                                    Attorney