# EXHIBIT B

*[Intentionally left blank]*