UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,   )
a Florida corporation,
                                  )
        Plaintiff,
                                  )
v.                                      Case No. 3:17-cv-1054-J-32JRK
                                  )
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF          )
REVOCABLE TRUST, a Georgia trust,
                                  )
        Defendant.
_____)

## RULE 502(d) ORDER

Upon review of the parties' agreement pursuant to Fed. R. Evid. 502(e) (Doc. No. 16-3) and their joint request for an order pursuant to Fed. R. Evid. 502(d) (Doc. No. 16 p.7), the Court enters this Fed. R. Evid. 502(d) order:

1. The parties' agreement pursuant to Fed. R. Evid. 502(e) (Doc. No. 16-3) is incorporated into this Order by reference.

2. The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Fed. R. Evid. 502(d).

3. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for

relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DONE AND ORDERED at Jacksonville, Florida, this 12th day of February, 2018.

_____
JAMES R. KLINDT
UNITED STATES MAGISTRATE JUDGE

983265