UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, )
)
    Plaintiff, )
)
v. ) Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust, )
)
    Defendant. )
_____)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as )
Assistant Trustee of the JEAN KLEMPF )
TRUST, )
)
    Counterclaim Plaintiffs, )
)
v. )
)
FOODONICS INTERNATIONAL, INC., )
a Florida corporation, and KEVIN )
JACQUES KLEMPF, )
)
    Counterclaim Defendants. )
_____)

## SUMMONS IN A CIVIL ACTION

To:   Kevin Jacques Klempf
      530 Ponte Vedra Boulevard
      Ponte Vedra Beach, Florida 32082

      A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States of a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Counterclaim Plaintiff an answer to the attached counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Counterclaim Plaintiff or Counterclaim Plaintiff's attorney, whose name and address are:

James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaim. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/16/2018

Signature of Clerk or Deputy Clerk