# Exhibit B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust,<br><br>Defendant.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF,<br><br>Counterclaim Defendants. | Case No. 3:17-cv-1054-J-32JRK |

## **ORDER**

This cause came on for consideration, without oral argument, on the motion of defendant and counterclaim plaintiff Dina Klempf Srochi, as trustee of the Laura Jean Klempf Revocable

Trust, for an order to show cause regarding a subpoena to Cal-Maine Foods, Inc. The Court having considered the motion and otherwise being advised in the premises, it is ORDERED:

1. The motion is granted;

2. Any objections that Cal-Maine had to the Trust's subpoena are deemed waived due to Cal-Maine's failure to timely object;

3. Cal-Maine is ordered to do the following:

    a. Produce the documents and electronically stored information set forth in the subpoena dated January 15, 2018 to Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on or before _____, 2018; and

    b. File a response to this Court's Order on or before _____, 2018, showing cause why sanctions should not be imposed against Cal-Maine for failing to comply with the subpoena.

4. Failure by Cal-Maine to produce the documents and electronically stored information requested and respond to this Order may result in the imposition of sanctions including, but not limited to, monetary sanctions, without further warning; and

5. The Trust shall serve this Order, along with a copy of the subpoena dated January 15, 2018 on Cal-Maine's registered agent on or before _____, 2018.

DONE and ORDERED in Jacksonville, Florida on _____, 2018.

                                          JAMES R. KLINDT
                                    UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record

986969