# VERIFIED RETURN OF SERVICE

Job # J181961

**Client Info:**

James H. Post
225 Water Street Suite 1800
Jacksonville, FL 32202

**Case Info:**

**PLAINTIFF:**
Foodonics International, Inc
-versus-
**DEFENDANT:**
Dina Klempf Srochi ET. AL.

USDC FOR THE MIDDLE DISTRICT OF FLORIDA

Court Case # 3:17-cv-1054-J-32JRK

**Service Info:**

Date Received: 2/23/2018 at 08:34 AM
Service: I Served **Kevin Jacques Klempf**
With: **Summons in A Civil Action; Answer to Complaint, Affirmative Defenses and Counterclaim**
by leaving with (Name)_____,(Relationship)_____

At Other 530 PONTE VEDRA BOULEVARD PONTE VEDRA BEACH, FL 32082
On 2/27/18 at 5:55 ( am /(pm))

**Manner of Service:**

[X] **Personal:** By Personally delivering copies to the person being served.
[ ] **Substituted at Residence:** By leaving copies with _____ at the dwelling house or usual place of adobe of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[ ] **Substituted at Business:** By leaving with _____, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
[ ] **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
[ ] **Other:** _____
[ ] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

_____
_____
_____

I **TERESA SCHURKO** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: *Teresa Schurko*
**TERESA SCHURKO**
087

**ACCURATE SERVE OF JACKSONVILLE**
4446 Hendricks Avenue, #207
Jacksonville, FL 32207
Our Job # **J181961**




UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, )
       )
   Plaintiff, )
       )
v.                                      Case No. 3:17-cv-1054-J-32JRK
       )
DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust, )
       )
   Defendant. )
_____)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF )
TRUST,
       )
   Counterclaim Plaintiffs,
       )
v.
       )
FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN )
JACQUES KLEMPF,
       )
   Counterclaim Defendants.
_____)

**SUMMONS IN A CIVIL ACTION**

To:   Kevin Jacques Klempf
      530 Ponte Vedra Boulevard
      Ponte Vedra Beach, Florida 32082

      A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States of a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Counterclaim Plaintiff an answer to the attached counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Counterclaim Plaintiff or Counterclaim Plaintiff's attorney, whose name and address are:

**James H. Post, Esq.**
**Smith Hulsey & Busey**
**225 Water Street, Suite 1800**
**Jacksonville, Florida 32202**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaim. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/16/2018

_Signature of Clerk or Deputy Clerk_

2