## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,     :
a Florida corporation,

         : 

           Plaintiff,      :

         :

v.          :      Case No. 3:17-cv-1054-J-32JRK

         :

DINA KLEMP SROCHI, as Trustee    :
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia trust,    :

         :

           Defendant.     :

DINA KLEMPF SROCHI, as Trustee    :
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,    :
and DENNIS L. BLACKBURN, as    :
Assistant Trust of the JEAN KLEMPF
TRUST,    :

         :

           Counterclaim Plaintiffs,    :

         :

v.          :
FOODONICS INTERNATIONAL, INC.,    :
a Florida corporation, and KEVIN
JACQUES KLEMPF,    :

         :

           Counterclaim Defendants.    :

## DECLARATION OF BRIAN HICKMAN

I, Brian Hickman, declare as follows:

1.     I am over 18 years of age. I am the Representation Services Advisor for C T

Corporation System, which maintains a service of process location at 1200 South Pine Island Road,

Broward County, Plantation, Florida 33324. I base this declaration upon my review of the records

created and maintained by CT Corporation in the ordinary course of business for the purpose of

recording and processing documents delivered to CT Corporation in its role as a registered agent. If called upon, I could and would testify competently to them.

2. CT Corporation provides registered agent services throughout the United States and swiftly and attentively relays service of process, legal notices, and other crucial state documents to its clients. Beginning on October 10, 2005 through the present, Cal-Maine Foods Inc. has been listed in CT Corporation System's record as CT's client for registered agent services in the State of Florida.

3. Based upon my review of the records created and maintained by CT Corporation System in the ordinary course of business for the purpose of managing documents delivered to CT Corporation System, I have determined CT Corporation System has not received a Subpoena Duces Tecum issued by James A. Post, Smith Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL 32202 on behalf of Dina Klempf Srochi..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of March, 2018 in Seattle, Washington.

BRIAN HICKMAN