DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Foreign Profit Corporation
CAL-MAINE FOODS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | F05000005862 |
| **FEI/EIN Number** | 64-0500378 |
| **Date Filed** | 10/10/2005 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | CORPORATE MERGER |
| **Event Date Filed** | 07/31/2009 |
| **Event Effective Date** | 08/01/2009 |

**Principal Address**

3320 WEST WOODROW WILSON DRIVE
JACKSON, MS 39209

Changed: 04/30/2014

**Mailing Address**

P.O. BOX 2960
JACKSON, MS 39207

Changed: 04/30/2014

**Registered Agent Name & Address**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**Officer/Director Detail**

**Name & Address**

Title D

POOLE, JAMES
3320 WEST WOODROW WILSON DRIVE
JACKSON, MS 39209

Title PD

BAKER, ADOLPHUS

3320 WEST WOODROW WILSON DRIVE
JACKSON, MS 39209

Title TD

DAWSON, TIMOTHY
3320 WEST WOODROW WILSON DRIVE
JACKSON, MS 39209

Title Chairman Emeritus

Adams, Fred, Jr.
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title D

Hughes, Letitia
3320 Woodrow Wilson Dr
Jackson, MS 39209

Title VD

Miller, Sherman
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title D

Sanders, Steve
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Arrowsmith, Matthew
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Hardin, Jeff
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Wyatt, Joe
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Scott, Bob
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Walters, Todd
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Ashby, Marc
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Myers, Chris
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V

Lastowski, Kevin
3320 Woodrow Wilson Drive
Jackson, MS 39209

Title V & Controller

CASTLEBERRY, MICHAEL D
3320 WOODROW WILSON DRIVE
JACKSON, MS 39209

Title VP

Thompson, Tim
3320 WEST WOODROW WILSON DRIVE
JACKSON, MS 39209

Title VP

Webb, Wil, III
3320 WEST WOODROW WILSON DRIVE
JACKSON, MS 39209

Title VP

Ermon, Michael
3320 WEST WOODROW WILSON DRIVE
JACKSON, MS 39209

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/29/2015 |
| 2016 | 05/02/2016 |
| 2017 | 05/01/2017 |

**Document Images**

| | |
|---|---|
| 05/01/2017 -- ANNUAL REPORT | View image in PDF format |
| 05/02/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/29/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2010 -- ANNUAL REPORT | View image in PDF format |
| 07/31/2009 -- Merger | View image in PDF format |
| 07/14/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/07/2008 -- ANNUAL REPORT | View image in PDF format |
| 02/23/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2006 -- ANNUAL REPORT | View image in PDF format |
| 10/10/2005 -- Foreign Profit | View image in PDF format |

Florida Department of State, Division of Corporations