UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, )
)
    Plaintiff, )
)
v. ) Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust, )
)
    Defendant. )
_____)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as )
Assistant Trustee of the JEAN KLEMPF )
TRUST, )
)
    Counterclaim Plaintiffs, )
)
v. )
)
FOODONICS INTERNATIONAL, INC., )
a Florida corporation, and KEVIN )
JACQUES KLEMPF, )
)
    Counterclaim Defendants. )
_____)

**UNOPPOSED MOTION FOR ORDER REGARDING**
**PRELIMINARY ELECTRONIC DISCOVERY ISSUES**

Counterclaim Plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust (collectively, the "Trust"), file this unopposed motion for an order addressing preservation,

production and other preliminary issues related to electronically stored information ("ESI") in this action, and in support say:

1. On February 2, 2018, this Court entered a Case Management and Scheduling Order in this action (Doc. No. 17).

2. Footnote 2 of the Case Management and Scheduling Order addressed the parties' request for a preliminary pretrial conference to address the terms of an ESI Discovery Plan.

3. Subsequent to the entry of the Case Management and Scheduling Order, the parties conferred and reached an agreement regarding the following preliminary ESI issues:

   a. dates for preservation of ESI;

   b. designation of e-discovery liaisons;

   c. disclosure of locations and types of ESI;

   d. pre-motion dispute resolution procedures for addressing future e-discovery issues;

   e. discussion and disclosure of ESI search methodology and criteria;

   f. phasing of ESI production; and

   g. formats for production of ESI.

4. Attached as Exhibit A is a proposed agreed order containing the parties' agreement regarding the foregoing preliminary ESI issues.

## Memorandum of Law

Rule 1, Federal Rules of Civil Procedure, provides that the rules "should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." The Advisory Committee

Note to the 2015 Amendment to Rule 1 explains how "Effective advocacy is consistent with—and indeed depends upon—cooperative and proportional use of procedure." The Middle District Discovery Handbook further explains how cooperation among counsel is required in order to achieve the Court's ediscovery goal:

> The Court's e-discovery goal is to facilitate fair, open, proportional discovery of the facts underlying a dispute so that it is resolved on the merits and not by gamesmanship. This requires cooperation among counsel.

In this case the parties have reached an agreement (in the form of the attached proposed order) related to ESI issues that is consistent with the Court's ediscovery goal.

Rule 16(c)(2), Federal Rules of Civil Procedure, provides that the Court "may consider and take appropriate action" on matters related to controlling and scheduling discovery, including orders affecting disclosures and discovery under Rule 26 and Rules 29 through 37. The matters described in this unopposed motion are all directly related to controlling and scheduling discovery.

WHEREFORE, the Trust respectfully requests that this Court enter the attached unopposed order addressing the preliminary ESI issues in this case.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for the Trust certifies that he has conferred in good faith with counsel for Foodonics, who states that his client agrees to the relief requested in this motion.

SMITH HULSEY & BUSEY


By: /s/ *Christopher Dix*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
   Trustee, and Dennis L. Blackburn,
   as Assistant Trustee, of the Laura Jean
   Klempf Revocable Trust

## Certificate of Service

I certify that on this 9th day of March, 2018, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *Christopher Dix*
Attorney

00990420