**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

                Plaintiff,

vs.                                   Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

                Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

                Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

                Counterclaim Defendants.
_____/

## O R D E R

1. The Unopposed Motion for Extension of Time to Respond to Omnibus Motion to Quash Subpoena and/or for Protective Order and Other Relief (Doc. No. 32), filed March 29, 2018, is **GRANTED.**

2.Counterclaim Plaintiffs Dina Klempf Srochi and Dennis L. Blackburn shall have up to and including **April 12, 2018** to file a response to the Omnibus Motion to Quash Subpoena and/or for Protective Order and Relief (Doc. No. 30).

**DONE AND ORDERED** at Jacksonville, Florida on March 30, 2018.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc

Copies to:

Counsel of Record

-2-