UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, | ) ) ) ) |
| Defendant. | ) ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, | ) ) ) ) ) ) |
| Counterclaim Plaintiffs, | ) ) |
| v. | ) ) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | ) ) ) |
| Counterclaim Defendants. | ) ) |

**NOTICE OF WITHDRAWAL OF SUBPOENAS ISSUED TO
<u>JOHN P. STEVENS AND STEVENS, POWELL & COMPANY, P.A.</u>**

Counterclaim plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, and Dennis Blackburn, as Assistant Trustee of the Jean Klempf Trust (the "Jean Klempf Trust" or the "Trust"), give notice of the withdrawal of the Trust's subpoenas issued on February 27, 2018 to (i) John P. Stevens and (ii) Stevens, Powell &

Company, P.A. (the "Non-Parties"). By agreement of counsel for the Trust and the Non-Parties, (i) the Trust has withdrawn its subpoenas, (ii) the Non-Parties will withdraw their objections and motion to quash or for protective order as moot (Doc. No. 31) and (iii) counsel will meet and confer regarding the scope and substance of substitute subpoenas to be served by the Trust.

        SMITH HULSEY & BUSEY

        By:   /s/ *James H. Post*
            James H. Post
            Michael E. Demont
            R. Christopher Dix

        Florida Bar Number 175460
        Florida Bar Number 364088
        Florida Bar Number 036988
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com
        mdemont@smithhulsey.com
        cdix@smithhulsey.com

        Attorneys for Dina Klempf Srochi, as
          Trustee, and Dennis L. Blackburn,
          as Assistant Trustee, of the Laura Jean
          Klempf Revocable Trust

Certificate of Service

I certify that on this 19th day of April, 2018, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ <i>James H. Post</i><br>Attorney

994721