UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


FOODONICS INTERNATIONAL,
INC.,

                                 CASE NO.:  3:17-CV-1054-J-32JRK

    Plaintiff,

v.

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST,

    Defendant.

_____/


**NOTICE OF WITHDRAWAL OF NON-PARTIES JOHN P. STEVENS AND STEVENS,
POWELL & COMPANY, P.A.'S AMENDED OBJECTIONS TO DEFENDANT'S
SUBPOENA FOR DEPOSITION DUCES TECUM AND MOTION TO QUASH OR FOR
PROTECTIVE ORDER AND MOTION FOR EXTENSION OF TIME TO FILE
PRIVILEGE LOG**

       Non-Parties John P. Stevens and Stevens, Powell & Company, P.A. ("Non-Parties"), give

notice of withdrawal of their Amended Objections to Defendant's Subpoena for Deposition

Duces Tecum and Motion to Quash or for Protective Order and Motion for Extension of Time to

File Privilege Log.  By agreement of counsel for the Trust and the Non-Parties, (i) the Trust has

withdrawn its subpoenas, (ii) the Non-Parties are hereby withdrawing their amended objections

and motion to quash or for protective order, etc. (Doc. No. 29) as moot and (iii) counsel will

confer regarding the scope and substance of substitute subpoenas to be served by the Trust.


**CERTIFICATE OF SERVICE**


       I HEREBY CERTIFY that a true and correct copy of the foregoing was E-Filed with the

Court in accordance with Fla.R.Jud.Admin.Rule 2.516(b)(1)(A) on April 20, 2018 to:


ALA10911-Behr
1181304273

Samuel Grier Wells, Esquire
GrayRobinson, P.A.
50 N. Laura Street
Jacksonville, FL  32202
gwells@gray-robinson.com
Attorney for Plaintiff, Foodonics International, Inc.

John Michael Brennan, Esquire
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL  32802
jay.brennan@gray-robinson.com
michael.santana@gray-robinson.com
Attorney for Plaintiff, Foodonics International, Inc.

Daniel Ryan Russell, Esquire
Jones Walker, LLP
215 S. Monroe Street, Suite 130
Tallahassee, FL  32302
drussell@joneswalker.com
Attorney for Defendant, Cal-Maine Foods, Inc.

R. Christopher Dix, Esquire
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
cdix@smithhulsey.com
Attorney for Defendants, Dina Klempf Srochi
and Dennis L. Blackburn

Michael Edward Demont, Esquire
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
mdemont@smithhulsey.com
Attorney for Defendant, Dina Klempf Srochi

James H. Post, Esquire
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
jpost@smithhulsey.com
Attorney for Defendants, Dina Klempf Srochi
and Dennis L. Blackburn

LAW OFFICES OF LORRAINE LESTER
1200 South Pine Island Road, Suite 750
Plantation, FL 33324
954-424-4660 (Main Office Number)
954-424-4684 (Direct Line)
866-696-7828 (Fax)
Direct:  thomas.conrad@cna.com
Main:  thelawofficeoflorrainelester@cna.com
Attorney for  Non-Parties, John P. Stevens and
Stevens, Powell & Company, P.A.

BY_____

      Thomas A. Conrad
      Florida Bar No. 440957

ALA10911-Behr
1181304273