**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

Plaintiff,

vs.                                                    Case No.  3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, <u>et</u> <u>al.</u>,

Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, <u>et</u> <u>al.</u>,

Counterclaim Defendants.
_____/

# O R D E R

Based upon the Notice of Withdrawal of Subpoenas Issued to John P. Stevens and

Stevens, Powell & Company, P.A. (Doc. No. 36), filed April 19, 2018, and the Notice of

Withdrawal of Non-Parties John P. Stevens and Stevens, Powell & Company, P.A.'s

Amended Objections to Defendant's Subpoena for Deposition Duces Tecum and Motion to

Quash or for Protective Order and Motion for Extension of Time to File Privilege Log (Doc.

No. 37), filed April 20, 2018, it is

**ORDERED:**

Non-Parties, John P. Stevens and Stevens, Powell & Company, P.A.'s Amended Objections to Defendant's Subpoena for Deposition Duces Tecum and Motion to Quash or for Protective Order and Motion for Extension of Time to File Privilege Log (Doc. No. 31), filed March 26, 2018, is deemed **WITHDRAWN**. The Clerk shall terminate this Motion.

**DONE AND ORDERED** at Jacksonville, Florida on April 23, 2018.

**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Counsel of Record
Counsel for John P. Stevens
    and Stevens, Powell & Company P.A.