UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK<br>) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, | )<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Plaintiffs, | )<br>) |
| v. | )<br>) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | )<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

**UNOPPOSED MOTION TO CONTINUE
<u>CERTAIN PRETRIAL DEADLINES</u>**

Counterclaim plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf

Revocable Trust, and Dennis Blackburn, as Assistant Trustee of the Jean Klempf Trust

(the "Jean Klempf Trust" or the "Trust"), move the Court for an extension of certain

pretrial deadlines set forth in the Case Management and Scheduling Order (the "Scheduling Order"; Doc. No. 17), and in support says:

1. The Scheduling Order sets the deadline of June 29, 2018 for the parties to file a Motion to Add Parties or to Amend Pleadings ("Motion to Add Parties or to Amend").

2. The Trust requests an extension of 33 days within which the parties may file a Motion to Add Parties or to Amend because the production of documents by parties and non-parties has been delayed and additional time is needed so that the parties may make an informed determination as to the need to add additional parties or to amend the pleadings.

## **MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure 6(b), the Court can extend time upon a showing of good cause. This Motion is based on good cause and is the result of the need for additional time for the parties to continue their discovery efforts – including ongoing document productions between the parties and with non-parties – so that the parties will have sufficient time to make an informed determination as to the need to add additional parties or to amend the pleadings. Foodonics and Jacques Klempf do not oppose the relief requested in this Motion as reflected in the Local Rule 3.01(g) certification below, and granting the Motion will not prejudice either party or the proceedings.

WHEREFORE, the Trust respectfully requests that this Court enter an order granting an extension of 33 days (up to and including July 31, 2018), in which the parties may file a Motion to Add Parties or to Amend.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for the Trust certifies that he has conferred in good faith with counsel for Foodonics and Jacques Klempf, who does not oppose the relief requested in this Motion.

SMITH HULSEY & BUSEY

By: /s/ *James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
   Trustee, and Dennis L. Blackburn,
   as Assistant Trustee, of the Laura Jean
   Klempf Revocable Trust

Certificate of Service

I certify that on this 16th day of May, 2018, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*
Attorney

996942