**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

          Plaintiff,

vs.                                          Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

          Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

          Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

          Counterclaim Defendants.
_____/

## O R D E R

This cause is before the Court on the Trust's Response to Order Denying Motion for Order to Show Cause (Doc. No. 39; "Response"), filed April 24, 2018. The Response was filed in compliance with an Order entered by the undersigned on April 16, 2018 (Doc. No. 35) that denied the Trust's Motion for Order to Show Cause Regarding Subpoena to Cal-Maine Foods, Inc. (Doc. No. 22; "Motion") and directed counsel for the Trust to file a response by April 30, 2018 to the request by Cal-Maine for fees and costs incurred in responding to the

Motion. In the Response, counsel for the Trust indicates that after the Motion and the response thereto were filed, the Trust and Cal-Maine agreed not to further litigate the issue presented in the Motion. Response at 2. Counsel for the Trust, however, inadvertently did not notify the Court and apologizes for the oversight. Id. The undersigned declines to impose any sanctions on counsel for the Trust in light of the representation that the Trust and Cal-Maine decided not to litigate the matter. It goes without saying that in the future, if parties agree to resolve an issue that has been raised with the Court, the Court shall be immediately notified.

**DONE AND ORDERED** at Jacksonville, Florida on May 16, 2018.

                                                            JAMES R. KLINDT
                                                          United States Magistrate Judge

kaw
Copies to:
Counsel of Record
Counsel for Cal-Maine Foods, Inc.