UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                              Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

# O R D E R

1.    The Unopposed Motion to Continue Certain Pretrial Deadlines (Doc. No. 40), filed May 16, 2018, is **GRANTED**.

2.    The deadline to file motions to add parties or to amend pleadings is extended to **July 31, 2018**. All other deadlines and terms set forth in the Case Management and Scheduling Order (Doc. No. 17), except as otherwise modified by the Court, remain intact.

**DONE AND ORDERED** at Jacksonville, Florida on May 21, 2018.

                                                                                 JAMES R. KLINDT
                                                                                United States Magistrate Judge

kaw
Copies to:
Counsel of Record