**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**FOODONICS INTERNATIONAL, INC.,**
a Florida corporation,

              **Plaintiff,**

vs.                               Case No. 3:17-cv-1054-J-32JRK

**DINA KLEMPF SROCHI,** as Trustee of the
Laura Jean Klempf Revocable Trust, a
Florida Trust,

              **Defendant.**

| | | | |
|---|---|---|---|
| **Counsel for Plaintiff:** | | Samuel Grier Wells, Esquire | |
| **Counsel for Defendant:** | | James H. Post, Esquire<br>R. Christopher Dix, Esquire | |
| **Counsel for Non-Party**<br>**Cal-Maine Foods, Inc.:** | | Mark A. Cunningham, Esquire<br>(Appearing telephonically) | |

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 6/5/2018<br>2:10 p.m. - 3:05 p.m.<br>Recess<br>3:21 p.m - 3:37 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Kara Wood | TAPE/REPORTER | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**       **DISCOVERY STATUS HEARING**

Also present telephonically is David Hancock, who is assisting Plaintiff's counsel with technology issues.

Court heard from counsel, including counsel for Cal-Maine Foods, Inc.

Court set various production and other discovery-related deadlines.

Discovery status hearing set for **Wednesday, June 27, 2018 at 2:00 p.m.** in Courtroom 5D. Status hearing will include Cal-Maine Foods, Inc. Counsel for Cal-Maine Foods, Inc. may appear telephonically.

**Order to enter.**