# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                            Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

# **O R D E R**

This cause came before the Court on June 5, 2018 for a discovery status hearing that included the parties and non-party Cal-Maine Foods, Inc. ("Cal-Maine"). As stated on the record during the hearing, it is

    **ORDERED:**

1.	The parties have confirmed that the Laura Jean Klempf Revocable Trust ("the Trust") is a Florida (rather than Georgia) trust.[1]  The Clerk shall therefore update the docket accordingly.

2.	By **June 20, 2018**, Foodonics International, Inc. ("Foodonics") shall produce to Ms. Srochi and the Trust the transaction closing documents discussed during the hearing (including the nondisclosure agreement), along with any electronically-stored information ("ESI") that can be reasonably retrieved by that date and to which there is no objection by Foodonics.  **Prior to that date**, however, the parties shall work together with Cal-Maine to submit an amended version of the existing Confidentiality and Protective Stipulation and Order (Doc. No. 18) to include an "attorneys' eyes only" provision.[2]

3.	The undersigned will hold another discovery status hearing on **Wednesday, June 27, 2018 at 2:00 p.m.** in Courtroom 5D, Fifth Floor.  Counsel for Cal-Maine may appear telephonically by calling the Court's teleconferencing service at 1-888-684-8852 at least five minutes before the hearing is scheduled to begin. The access code is 2745123; the security code is 0627.  During the hearing, Cal-Maine shall report on its efforts to determine whether former Foodonics employees carried with them email address(es) or content from email address(es) with the domain dixieegg.com.  Foodonics shall report on the continued use of the search terms and the production of ESI, including an estimation of the

---

[1]	The Trustee of the Trust, Dina Klempf Srochi, is a resident of Georgia.

[2]	Alternatively, the parties can submit a separate proposed protective order that addresses only the transaction documents to be produced.

number of documents (via a "hit report" or some other means) and cost of retrieving documents dating back to 2008 as opposed to 2014.[3]

4.  Unless the parties are told otherwise prior to the June 27, 2018 hearing, they shall be prepared to argue during the hearing the Omnibus Motion to Quash Subpoena and/or for Protective Order and Other Relief (Doc. No. 30), filed March 22, 2018.

**DONE AND ORDERED** at Jacksonville, Florida on June 6, 2018.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record

Counsel for Cal-Maine Foods, Inc. (via email)
    Daniel R. Russell, Esq. (drussell@joneswalker.com)
    Mark A. Cunningham, Esq. (mcunningham@joneswalker.com)

---

[3] Foodonics is not currently raising an "overly burdensome" argument regarding documents dating from 2008 to 2014, but the undersigned still deems it appropriate for Foodonics to estimate these matters.