UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

       Plaintiff,

vs.                                Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, a
Florida Trust,

       Defendant.

---

| | |
|---|---|
| **Counsel for Plaintiff:** | Samuel Grier Wells, Esquire |
| **Counsel for Defendant:** | James H. Post, Esquire |
| | R. Christopher Dix, Esquire |
| **Counsel for Non-Party Cal-Maine Foods, Inc.:** | Mark A. Cunningham, Esquire (Appearing telephonically) |

| JUDGE | James R. Klindt U.S. Magistrate Judge | DATE AND TIME | 6/27/2018 2:07 p.m. - 3:16 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**        DISCOVERY STATUS HEARING

Also present telephonically is David Hancock, who is assisting Plaintiff's counsel with technology issues.

Court heard from counsel, including counsel for Cal-Maine Foods, Inc.

The Omnibus Motion to Quash Subpoena and/or for Protective Order and Other Relief (Doc. No. 30) is **GRANTED** to the extent that the subpoenas, as issued, are quashed. However, the Trust and trustees have leave to re-issue the subpoenas and may do so as soon as desired in light of the current status of discovery.

Discovery status hearing set for **Wednesday, August 8, 2018 at 2:00 p.m.** in Courtroom 5D. Counsel for Cal-Maine Foods, Inc. is not required to participate.

If the Trust and Cal-Maine Foods, Inc. cannot resolve their dispute over the subpoenas issued to Cal-Maine and its CEO, Cal-Maine shall file a motion to quash subpoenas (or another appropriate motion) no later than **July 20, 2018.** The Trust's response to any motion is due no later than **August 10, 2018.**

The Unopposed Motion to Extend Case Management Deadlines (Doc. No. 46) is **GRANTED.**

**Orders to enter.**