**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

                Plaintiff,

vs.                                       Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

                Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

                Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

                Counterclaim Defendants.
_____/

**O R D E R**

      This cause came before the Court on June 27, 2018 for a discovery status hearing that included the parties and non-party Cal-Maine Foods, Inc. ("Cal-Maine"). During the hearing, the undersigned also heard argument regarding and ruled on the Omnibus Motion to Quash Subpoena and/or for Protective Order and Other Relief (Doc. No. 30), filed March 22, 2018, to which the Trust and trustees responded in opposition on April 12, 2018 (Doc. No. 34). As stated on the record during the hearing, it is

**ORDERED:**

1.  The Omnibus Motion to Quash Subpoena and/or for Protective Order and Other Relief (Doc. No. 30) is **GRANTED** to the extent that the subpoenas, as issued, are quashed. However, the Trust and trustees have leave to re-issue the subpoenas and may do so as soon as desired in light of the current status of discovery. In re-issuing, the Trust and trustees shall be mindful that the requests need to be more specific regarding the subject matter and should be tailored to the individuals being served. The Trust, trustees, and non-parties shall work together in determining the universe of responsive documents, bearing in mind that the Court likely will not look favorably on objections regarding the requested time period. The non-parties shall respond to the subpoenas within **forty-five (45) days** of service.

2.  If the Trust and trustees are unable to resolve their dispute(s) with Cal-Maine about the subpoenas issued to Cal-Maine and/or its CEO, Cal-Maine shall file a motion to quash (or for whatever relief it deems appropriate) no later than **July 20, 2018**. The Trust and trustees shall respond in opposition to any motion by **August 10, 2018**.

3.  The undersigned will hold another discovery status hearing on **Wednesday, August 8, 2018 at 2:00 p.m.** in Courtroom 5D, Fifth Floor. Counsel for Cal-Maine is not required to appear or otherwise participate. For now, given the status of discovery, party depositions shall not go forward. This ruling may be revisited during the next status hearing.

4. The Unopposed Motion to Extend Case Management Deadlines (Doc. No. 46), filed June 15, 2018, is **GRANTED**. A separate Amended Case Management and Scheduling Order will enter.

**DONE AND ORDERED** at Jacksonville, Florida on July 2, 2018.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record

Counsel for Cal-Maine Foods, Inc. (via email)
    Daniel R. Russell, Esq. (drussell@joneswalker.com)
    Mark A. Cunningham, Esq. (mcunningham@joneswalker.com)