**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                               Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

## **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

The Court, having granted the Unopposed Motion to Extend Case Management Deadlines (Doc. Nos. 46, 49), now imposes the following deadlines and settings:

| | |
|---|---|
| Motions to Add Parties or to Amend Pleadings | December 31, 2018 |
| Disclosure of Expert Reports    Initial:<br>Rebuttal: | January 28, 2019<br>March 11, 2019 |
| Discovery Deadline | April 30, 2019 |

| | |
|---|---|
| Dispositive and Daubert Motions (Responsedue 21 days after service unless otherwise ordered) | May 30, 2019 |
| All Other Motions Including Motions In Limine | October 17, 2019 |
| Joint Final Pretrial Statement | October 17, 2019 |
| Final Pretrial Conference   Date:<br>Time:<br>Judge: | October 23, 2019<br>10:00 a.m.<br>Hon. Timothy J. Corrigan |
| Trial   Term beginning:<br>Time:<br>Judge:<br>Courtroom:<br>Type/Estimated Length: | November 4, 2019<br>9:00 a.m.<br>Hon. Timothy J. Corrigan<br>10D<br>Jury/10 days |

**In addition to the above deadlines and settings, the parties shall be governed by all other terms set forth in the Case Management and Scheduling Order (Doc. No. 17), entered February 2, 2018.**

**DONE AND ORDERED** at Jacksonville, Florida on July 3, 2018.

_____
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Courtroom Deputy to Hon. Timothy J. Corrigan
Counsel of Record