UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,

    Defendant.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
TRUST,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

    Counterclaim Defendants.

**ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING THE INTERIM RESOLUTION OF THE DISCOVERY DISPUTE BETWEEN THE TRUST AND NONPARTIES DOLPH BAKER AND CAL-MAINE FOODS, INC.**

This cause came before the Court upon the Joint Motion and Stipulation Regarding the Interim Resolution of the Discovery Dispute Between the Trust and Nonparties, Dolph Baker and Cal-Maine Foods, Inc. Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The Stipulation is approved and its terms are adopted as an Order of this Court.

DONE and ORDERED in Jacksonville, Florida on July **23**, 2018.

_____
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Counsel of Record

Counsel for Cal-Maine Foods, Inc. (via email)
    Mark A. Cunningham, Esq. (mcunningham@joneswalker.com)
    Daniel R. Russell, Esq. (drussell@joneswalker.com)