**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**FOODONICS INTERNATIONAL, INC.,**
**a Florida corporation,**

                    **Plaintiff,**

**vs.**                                        **Case No.  3:17-cv-1054-J-32JRK**

**DINA KLEMPF SROCHI, as Trustee of the**
**Laura Jean Klempf Revocable Trust, a**
**Florida Trust,**

                    **Defendant.**

---

**Counsel for Plaintiff:**                       **Samuel Grier Wells, Esquire**

**Counsel for Defendant:**                       **James H. Post, Esquire**
                                                 **R. Christopher Dix, Esquire**

---

| JUDGE | James R. Klindt U.S. Magistrate Judge | DATE AND TIME | 8/8/2018 2:06 p.m. - 3:02 p.m. |
|-------|---------------------------------------|---------------|-------------------------------|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |

---

### CLERK'S MINUTES

**PROCEEDINGS:**              **DISCOVERY STATUS HEARING**

Counterclaim Defendant Kevin Jacques Klempf present.

Also present telephonically is David Hancock, who is assisting Plaintiff's counsel with technology issues.

Parties directed to meet and confer regarding ESI no later than August 15, 2018.

Discovery status hearing set for **Thursday, August 16, 2018 at 11:00 a.m.**

**Notice to enter.**