UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust,<br><br>Defendant.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF,<br><br>Counterclaim Defendants. | Case No. 3:17-cv-1054-J-32JRK |

## **NOTICE OF FILING**

Counterclaim Plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust, give notice of filing the attached Affidavit of Eddie Lee Rosemond.

SMITH HULSEY & BUSEY


By:  /s/ *James H. Post*
      James H. Post
      Michael E. Demont
      R. Christopher Dix

Florida Bar Number 0175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Counterclaim Plaintiffs,
   Dina Klempf Srochi, as Trustee of the
   Laura Jean Klempf Revocable Trust,
   and Dennis L. Blackburn, as Assistant
   Trustee of the Jean Klempf Trust

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

Case No.: 3:17-cv-1054-J-32JRK

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia Trust,

    Defendant.
_____/

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

    Counterclaim Defendants.
_____/

## AFFIDAVIT OF EDDIE LEE ROSEMOND

STATE OF FLORIDA
COUNTY OF DUVAL

    BEFORE ME, this day appeared EDDIE LEE ROSEMOND, who first being duly sworn, deposes and says:

1. I am over the age of eighteen, otherwise *sui juris* and make this Affidavit on matters personally known to me.

2. I have been a lifelong resident of Jacksonville, Duval County, Florida.

3. From approximately June 2011 until October 2016, I was employed as the Information Technology Manager by Foodonics International, Inc.

4. In such capacity, I was responsible for overall networking of Foodonics and its affiliates and was familiar with the AS400, the financial server for Foodonics.

5. The Foodonics AS400 was used exclusively for the input and storage of the day-to-day financial information related to Foodonics accounts receivables and accounts payables.

6. The AS400 was not used for any purpose of communicating (by email) either internally or externally.

7. Subsequent to October 2016, I became an employee of Cal-Maine Foods until my employment ended on or about March 2018.

8. During my brief employment with Cal-Maine, I continued to work in an information technology role during which the AS400 was used briefly by Cal-Maine Foods only for financial transition purposes.

9. At the time my employment with Cal-Maine ended the AS400 was not being used for any purpose.

FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
EDDIE LEE ROSEMOND

STATE OF FLORIDA
COUNTY OF DUVAL

I HEREBY CERTIFY that, before me, an officer duly authorized in the state and county aforesaid, to take acknowledgments, personally appeared EDDIE LEE ROSEMOND, who, after being duly sworn, deposes and says that he has personal knowledge of the facts recited in this affidavit and that the facts recited in this affidavit are true and correct.

WITNESS my hand and official seal in the County and State aforesaid this 26th day of July, 2018.

*Barbara J. Rude*

Barbara J. Rude
(Name: Printed, Typed or Stamped)
Notary Public, State of Florida
My Commission Expires: 3-28-22

BARBARA J. RUDE
MY COMMISSION # GG 168513
EXPIRES: March 22, 2022
Bonded Thru Notary Public Underwriters

# 1703106 v1

3

Certificate of Service

I certify that on this 10th day of August, 2018, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*
Attorney

1007602