UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                              Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, a
Florida Trust,

        Defendant.

---

**Counsel for Plaintiff:**        Samuel Grier Wells, Esquire

**Counsel for Defendant:**        James H. Post, Esquire
        R. Christopher Dix, Esquire
        (Mr. Dix appearing telephonically)

---

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 8/16/2018<br>11:10 a.m. - 11:49 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**        DISCOVERY STATUS HEARING

Also present telephonically is David Hancock, who is assisting Plaintiff's counsel with technology issues.

Court heard from counsel regarding ESI and contention interrogatories.

Foodonics International, Inc. and GrayRobinson, PA ESI documents to be provided to Defendant no later than **August 30, 2018.**

Kevin Jacques Klempf's text messages to be provided to Defendant no later than **September 7, 2018.**

Continued to Page Two

Foodonics International, Inc. v. Dina Klempf Srochi
Case No.: 3:17-cv-1054-J-32JRK
Page Two
_____

Defendant Dina Klempf's ESI documents to be provided to Plaintiff no later than **September 30, 2018.**

Discovery status hearing set for **Tuesday, October 2, 2018 at 10:30 a.m.**

Parties to file a joint notice regarding issues they wish to discuss at the hearing no later than **5:00 p.m. on Monday, October 1, 2018.**

**Order to enter.**