**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

           Plaintiff,

vs.                                             Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

           Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

           Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

           Counterclaim Defendants.
_____/

# O R D E R

This cause came before the Court on August 16, 2018 for a discovery status hearing, the record of which is incorporated herein. After due consideration, it is

**ORDERED:**

1. Foodonics International, Inc. shall produce to the trustee(s) all electronically-stored documents for which search terms were being contemplated (in the agreed-upon format, excluding junk mail and privileged documents), from both Foodonics and

GrayRobinson, no later than **August 30, 2018**. Text messages from Kevin Jacques Klempf shall be produced no later than **September 7, 2018**.

2.    The trustee(s) shall produce responsive, non-privileged, electronically-stored documents to Foodonics and Mr. Klempf no later than **September 30, 2018**.

3.    No depositions shall be taken until after the electronically-stored documents are produced.

4.    The parties dispute whether Ms. Srochi, the trustee, must answer the contention interrogatories (the "First Set of Interrogatories to Dina Klempf Srochi") that were served by Foodonics and Mr. Klempf. These interrogatories ask Ms. Srochi to "state with particularity all facts known by you which support or relate to the allegations in [fourteen different paragraphs] of the Counterclaim [she] filed herein and identify all witnesses or documents which support or relate to such allegations."

On this limited record,[1] Foodonics and Mr. Klempf have not made a sufficient showing that the counterclaims may be subject to early dismissal or resolution, or that the claims and contentions are so unclear that they need to be narrowed.[2] Accordingly, Ms. Srochi need

---

[1]    The issue has not been briefed, but the parties generally argued the matter and provided authority to the Court during the August 16, 2018 status hearing.

[2]
> Interrogatories that generally require the responding party to state the basis of particular claims, defenses, or contentions in pleadings or other documents should be used sparingly and, if used, should be designed (1) to target claims, defenses, or contentions that the propounding attorney reasonably suspects may be the proper subject of early dismissal or resolution or (2) to identify and narrow the scope of unclear claims, defenses, and contentions. Interrogatories that purport to require a detailed narrative of the opposing parties' case are generally improper because they are overbroad and oppressive.

Middle District Discovery (2015) at 17; see, e.g., In re Engle Cases, No. 3:09-cv-10000-J-32JBT, 2013 WL 12156250, at *2 (M.D. Fla. June 25, 2013); Oliver v. City of Orlando, No. 6:06-cv-1671-Orl-31DAB, 2007 WL 3232227, at *4 (M.D. Fla. Sept. 21, 2007).

not respond to the contention interrogatories anymore than she already has. If Foodonics and Mr. Klempf seek further consideration of the issue, they are free to file a motion to compel with more fully developed argument.

5. The undersigned will hold another discovery status hearing on **Tuesday, October 2, 2018 at 10:30 a.m.** in Courtroom 5D, Fifth Floor. David Hancock, who is assisting counsel for Foodonics with technology issues, may appear telephonically by calling the Court's teleconferencing service at 1-888-684-8852 at least five minutes before the hearing is scheduled to begin. The access code is 2745123; the security code is 1002. **No later than 5:00 p.m. on Monday, October 1, 2018**, the parties shall file a joint notice advising the Court of the matters they wish to address during the status hearing.

**DONE AND ORDERED** at Jacksonville, Florida on August 22, 2018.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record