UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, | )<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Plaintiffs, | )<br>) |
| v. | )<br>) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | )<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

**TRUST'S NOTICE OF CHALLENGE TO FOODONICS'
PRIVILEGE CLAIM TO CLAWBACK DOCUMENT
(FOODONICS_ESI-1012151 – FOODONICS_ESI-1012154)**

Counterclaim plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf

Revocable Trust, and Dennis Blackburn, as Assistant Trustee of the Jean Klempf Trust (the

"Jean Klempf Trust" or the "Trust" ) provide this notice pursuant to the Discovery Agreement and 502(d) Order entered in this case (Doc. Nos. 16-3 and 19) and in support say:

1. On August 30, 2018, Foodonics International, Inc. ("Foodonics") and Jacques Klempf (the "Jacques Klempf Parties") produced 44,763 electronically stored documents to the Trust (the "August 30 Production"). According to counsel for the Jacques Klempf Parties, these documents were produced "without reviewing them … to cut down on the already extensive costs."

2. On September 7, 2018, after a cursory review of the August 30 Production, the Trust provided notice to Foodonics regarding the following three documents from the August 30 Production that may have been inadvertently produced (the "Three Inadvertently Produced Documents"):

> FOODONICS_ESI-10027846 - FOODONICS_ESI-10027847
> FOODONICS_ESI-10005181 - FOODONICS_ESI-10005182
> FOODONICS_ESI-10102151 - FOODONICS_ESI-10102154

3. On September 18, 2018, Foodonics requested return of the Three Inadvertently Produced Documents.[1]

4. Pursuant to paragraph 1 of the Discovery Agreement and 502(d) Order, the Trust provides this notice to the Court that the Trust challenges the applicability of the privilege

---

[1] Because the entire August 30 Production—including the Three Inadvertently Produced Documents—was loaded into an online document management system (Relativity), the Three Inadvertently Produced Documents have been removed and deleted from Relativity, rather than "returned" to Foodonics.

protection asserted by Foodonics for the document labeled FOODONICS_ESI-10102151 - FOODONICS_ESI-10102154 (the "Challenged Document").[2]

                              SMITH HULSEY & BUSEY

                              By: /s/ *James H. Post*
                                    James H. Post
                                    Michael E. Demont
                                    R. Christopher Dix

                              Florida Bar Number 0175460
                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com
                              mdemont@smithhulsey.com
                              cdix@smithhulsey.com

                              Attorneys for Counterclaim Plaintiffs, Dina
                                Klempf Srochi, as Trustee of the Laura
                                Jean Klempf Revocable Trust and Dennis
                                L. Blackburn, as Assistant Trustee of the
                                Jean Klempf Trust

---

[2] The Trust does not challenge the applicability of the privilege protection for the documents labeled as FOODONICS_ESI-10027846 - FOODONICS_ESI-10027847 and FOODONICS_ESI-10005181 - FOODONICS_ESI-10005182.

<u>Certificate of Service</u>

I certify that on this 27th day of September, 2018, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.



/s/ *James H. Post*
Attorney

01014130