UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK<br>) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, | )<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Plaintiffs, | )<br>) |
| v. | )<br>) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | )<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

**NOTICE RE: OCTOBER 2, 2018**
**<u>DISCOVERY STATUS HEARING</u>**

As required by the Court's August 22, 2018 Order (Doc. No. 57), the parties jointly write to inform Your Honor of the matters they would like to address during the status hearing on October 2, 2018.

1. The Trust would like to discuss ongoing issues with the production of ESI from Cal-Maine Foods, Inc.

2. The Trust would like to discuss ongoing issues with the production of ESI from Jacques Klempf, Foodonics and GrayRobinson (the "Jacques Klempf Parties"), including:

   a. the production of ESI from GrayRobinson;

   b. the production of responsive ESI which the Jacques Klempf Parties have identified as "Personal" documents;

   c. the production of privilege logs by (i) the Jacques Klempf Parties and (ii) Gray Robinson; and

   d. the appointment of a Special Master to take control of and complete the timely production of ESI by the Jacques Klempf Parties if final production is not completed by a date certain scheduled by the Court.

3. The Trust would like to discuss a modification to the 502(d) Order (Doc. No. 19) and Discovery Agreement (Doc No. 16-3).

4. The Trust would like to discuss the pending unopposed motion to extend case management deadlines and trial date (Doc. No. 58).

5. The Jacques Klempf Parties would like to discuss:

   a. the status of collection and production from e-mails in DixieEgg.com domain other than from Kevin Jacques Klempf;

b.  the status of production of ESI documents from the Trust.

The parties look forward to discussing the above with Your Honor tomorrow.

| | |
|---|---|
| SMITH HULSEY & BUSEY | GRAYROBINSON, P.A. |
| By: /s/ *James H. Post*<br>　　James H. Post<br>　　Michael E. Demont<br>　　R. Christopher Dix<br><br>Florida Bar Number 0175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com<br>mdemont@smithhulsey.com<br>cdix@smithhulsey.com<br><br>Attorneys for Defendant/Counterclaim Plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust | By: /s/ *S. Grier Wells*<br>　　S. Grier Wells<br><br>Florida Bar Number 203238<br>50 North Laura Street, Suite 1100<br>Jacksonville, Florida 32202<br>(904) 598-9929<br>(904) 598-9109 (facsimile)<br>grier.wells@gray-robinson.com<br><br>GRAYROBINSON, P.A.<br>John M. Brennan<br>Michael R. Santana<br>Florida Bar Number 297951<br>Florida Bar Number 42124<br>301 East Pine Street, Suite 1400<br>Orlando, Florida 32802<br>(407) 843-8880<br>(407) 244-5690 (facsimile)<br>jay.brennan@gray-robinson.com<br>michael.santana@gray-robinson.com<br><br>Attorneys for Plaintiff/Counterclaim Defendants, Foodonics International, Inc. and Kevin Jacques Klempf |

Certificate of Service

I certify that on this 1st day of October, 2018, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*
Attorney

1014576