UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FOODONICS INTERNATIONAL, INC.,**
a Florida corporation,

            **Plaintiff,**

vs.                                     Case No. 3:17-cv-1054-J-32JRK

**DINA KLEMPF SROCHI,** as Trustee of the
Laura Jean Klempf Revocable Trust, a
Florida Trust,

            **Defendant.**

---

**Counsel for Plaintiff:**                       Samuel Grier Wells, Esquire

**Counsel for Defendant:**                  James H. Post, Esquire
                                                         R. Christopher Dix, Esquire

---

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 10/2/2018<br>10:34 a.m. - 11:18 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |

CLERK'S MINUTES

**PROCEEDINGS:**         **DISCOVERY STATUS HEARING**

Also present telephonically is David Hancock, who is assisting Plaintiff's counsel with technology issues.

Court heard from counsel regarding matters set forth in the Notice re: October 2, 2018 Discovery Status Hearing (Doc. No. 60).

Foodonics International, Inc.'s amended privilege log and any additional unprivileged documents to be provided to the Trustees no later than **October 12, 2018**. A notice of compliance must be filed with the Court by this date as well.

GrayRobinson, PA documents to be provided to the Trustees no later than **October 17, 2018**. A notice of compliance must be filed with the Court by this date as well.

[Continued to Page Two]

Foodonics International, Inc. v. Dina Klempf Srochi
Case No.: 3:17-cv-1054-J-32JRK
Page Two
_____

Foodonics International, Inc. shall respond to the Trust's Notice of Challenge to Foodonics' Privilege Claim to Clawback Document (Doc. No. 59) no later than **October 5, 2018**. By this same date, Foodonics shall provide the disputed document to the chambers of Judge Klindt for in camera review.

Discovery status hearing set for **Thursday, October 25, 2018 at 10:30 a.m.**

The Unopposed Motion to Extend Case Management Deadlines (Doc. No. 58) is **GRANTED**.

**Orders to enter.**