# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

          Plaintiff,

vs.                             Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

          Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

         Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

         Counterclaim Defendants.
_____/

# O R D E R

This cause came before the Court on October 2, 2018 for a discovery status hearing, the record of which is incorporated herein. After due consideration, it is

**ORDERED:**

1. Foodonics International, Inc. ("Foodonics") shall produce to the Trustee(s) an amended privilege log and any additional unprivileged documents no later than **October 12, 2018.** A notice of compliance must be filed with the Court by this date as well.

2. The GrayRobinson, PA documents shall be provided to the Trustees no later than **October 17, 2018.** A notice of compliance must be filed with the Court by this date as well.

3. Foodonics shall respond to the Trust's Notice of Challenge to Foodonics' Privilege Claim to Clawback Document (Doc. No. 59) no later than **October 5, 2018**. By this same date, Foodonics shall provide the document directly to the chambers of the undersigned for in camera review (in the event that the privileged nature of it is still disputed).

4. The Unopposed Motion to Extend Case Management Deadlines (Doc. No. 58), filed September 20, 2018, is **GRANTED**. A Second Amended Case Management and Scheduling Order will enter separately.

5. The undersigned will hold another discovery status hearing on **Thursday, October 25, 2018 at 10:30 a.m.** in Courtroom 5D, Fifth Floor. David Hancock, who is assisting counsel for Foodonics with technology issues, may appear telephonically by calling the Court's teleconferencing service at 1-888-684-8852 at least five minutes before the hearing is scheduled to begin. The access code is 2745123; the security code is 1025. **No later than 5:00 p.m. on Wednesday, October 24, 2018**, the parties shall file a joint notice advising the Court of the matters they wish to address during the status hearing.

**DONE AND ORDERED** at Jacksonville, Florida on October 4, 2018.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

kaw
Copies to:
Counsel of Record