UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust,<br><br>Defendant.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF,<br><br>Counterclaim Defendants. | Case No. 3:17-cv-1054-J-32JRK |

## **NOTICE OF CHANGE OF FIRM ADDRESS**

Smith Hulsey & Busey notifies all parties in this matter that its business address will change beginning October 22, 2018. The firm's new address will be:

Smith Hulsey & Busey
One Independent Drive
Suite 3300
Jacksonville, FL 32202

Our telephone and facsimile numbers, post office box and electronic mail addresses will remain the same.

                        SMITH HULSEY & BUSEY

                        By:   /s/ *James H. Post*
                             James H. Post
                             Michael E. Demont
                             R. Christopher Dix

                        Florida Bar Number 0175460
                        225 Water Street, Suite 1800
                        Jacksonville, Florida 32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        jpost@smithhulsey.com
                        mdemont@smithhulsey.com
                        cdix@smithhulsey.com

                        Attorneys for Counterclaim Plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust

Certificate of Service

I certify that on this 16th day of October, 2018, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*
Attorney

1015766