UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                         Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, a
Florida Trust,

        Defendant.

**Counsel for Plaintiff:**                         Samuel Grier Wells, Esquire

**Counsel for Defendant:**                      James H. Post, Esquire
                                                         R. Christopher Dix, Esquire

| JUDGE | James R. Klindt<br>U.S. Magistrate Judge | DATE AND TIME | 10/25/2018<br>10:45 a.m. - 11:47 a.m.<br>Recess<br>12:02 p.m. - 12:07 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Megan Chaddock | TAPE/REPORTER | Digital |

## CLERK'S MINUTES

**PROCEEDINGS:**         DISCOVERY STATUS HEARING

Also present telephonically is David Hancock, who is assisting Plaintiff's counsel with technology issues.

Court heard from counsel regarding matters set forth in the Notice re: October 25, 2018 Discovery Status Hearing (Doc. No. 68).

Court set various discovery-related deadlines.

**Order to enter.**