UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                             Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

## O R D E R

Defendant/Counterclaim Plaintiffs' Motion to Allow a Court Reporter During Meet and Confer (Doc. No. 71), filed October 29, 2018, to which Plaintiff/Counterclaim Defendants responded in opposition on October 30, 2018 (Doc. No. 72), is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida on October 30, 2018.

                                              JAMES R. KLINDT
                                              United States Magistrate Judge

kaw
Copies to:
Counsel of Record