**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

          Plaintiff,

vs.                            Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

          Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

          Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

         Counterclaim Defendants.
_____/

# O R D E R

The Unopposed Motion for Extension of Time to File Reply in Opposition to Response to Trust's Notice of Challenge to Foodonics' Privilege Claim to Clawback Documents (Doc. No. 74; "Motion"), filed November 5, 2018, is **GRANTED** to the extent that, given the representations in the Motion, the Court deems the clawback issue moot at this time. If, however, the Trustees still seek disclosure of the document at issue after further discovery, they shall file a motion to compel (or other appropriate motion) asserting the

clawback challenge and addressing the claimed privileges no later than **October 15, 2019**, with a response by Foodonics being due no later than **October 29, 2019.**

**DONE AND ORDERED** at Jacksonville, Florida on November 8, 2018.

*James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

mdc

Copies to:

Counsel of Record