**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

                  Plaintiff,

vs.                                             Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

                  Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

                  Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

                  Counterclaim Defendants.
_____/

# O R D E R

This cause is before the Court on Counterclaim Plaintiffs' Motion to Shorten Time for the Production of Documents (Doc. No. 78; "Motion"), filed November 9, 2018. Counterclaim Defendants oppose the Motion. See Response to Motion to Shorten Time for the Production of Documents (Doc. No. 79; "Response"), filed November 13, 2018.

Upon consideration of the Motion, the Response and all relevant matters, it is

**ORDERED:**

Counterclaim Plaintiffs' Motion to Shorten Time for the Production of Documents (Doc. No. 78) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida on November 14, 2018.

_____
JAMES R. KLINDT
United States Magistrate Judge

Copies to:
Counsel of Record