UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust,<br><br>Defendant.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF,<br><br>Counterclaim Defendants. | Case No. 3:17-cv-1054-J-32JRK |

**NOTICE OF CONTINUATION OF DEPOSITION OF
JACQUES KLEMPF INDIVIDUALLY AND AS THE 30(b)(6)
REPRESENTATIVE OF FOODONICS INTERNATIONAL, INC.,
<u>REGARDING THE PRODUCTION OF ESI AND DOCUMENTS</u>**

Please take notice that counterclaim plaintiffs, Dina Klempf Srochi, as Trustee

of the Laura Jean Klempf Revocable Trust, and Dennis Blackburn, as Assistant Trustee

of the Jean Klempf Trust, will take the continued videotaped deposition of Jacques Klempf, individually and as the 30(b)(6) representative of Foodonics International, Inc. ("Foodonics"), on April 24, 2019, beginning at 9:30 a.m., at the offices of Hedquist & Associates, 345 East Forsyth Street, Jacksonville, Florida 32202, before an officer authorized by law to administer oaths and take depositions. This deposition will be videotaped by Advantage Video Productions, Inc., 9951 Atlantic Boulevard, Suite 101, Jacksonville, Florida 32225.

On November 9, 2018, the Trust filed a Motion to Shorten Time for the Production of Documents (Doc. 78) seeking production of information prior to the depositions of Jacques Klempf and Foodonics on November 28-29, 2019. The motion was opposed by Jacques Klempf as "unnecessary" because he represented through counsel that such ESI and documentation would be voluntarily produced before or at the depositions (Doc. 79). None of the requested ESI or documents, however, was produced prior to the November 28-29 depositions.

On January 24, 2019, the Trust took the continued deposition of the Rule 30(b)(6) Deposition of Foodonics International, Inc. ("Foodonics") and was told by the designated representative, David Hancock, only Jacques Klempf would have answers to many of the questions asked by the Trust.

In addition, Foodonics and Jacques Klempf only recently produced a large volume of the documents and ESI -- including AT&T phone records, Apple account data and information about iTunes backups of Jacques Klempf's mobile phone -- which they failed to produce prior to both the November 28-29, 2018 and the January 24, 2019 depositions.

This deposition is being continued because Jacques Klempf and Foodonics have not yet completed the production of the documents, ESI and other information as required by Court Order, the Federal Rules of Civil Procedure or as stipulated by counsel for Jacques Klempf and Foodonics during the depositions of those parties on November 28-29, 2018.

SMITH HULSEY & BUSEY


By: */s/ James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
   Trustee, and Dennis L. Blackburn,
   as Assistant Trustee, of the Laura Jean
   Klempf Revocable Trust

Certificate of Service

I certify that on March 26, 2019, a copy of this document has been furnished by email to:

>S. Grier Wells, Esq.
>GrayRobinson, P.A.
>50 North Laura Street, Suite 1100
>Jacksonville, Florida 32202
>grier.wells@gray-robinson.com
>barbara.rude@gray-robinson.com


*/s/ James H. Post*
Attorney

c: Hedquist & Associates
(904) 354-4111
hedquist@bellsouth.net

Advantage Video
(904) 724-9006
scheduling@advantagevideo.com

1030256