**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                    Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

# O R D E R

Upon review of the file, including the Notice of Continuation of Deposition of Jacques Klempf Individually and as the 30(b)(6) Representative of Foodonics International, Inc., Regarding the Production of ESI and Documents (Doc. No. 90), filed March 26, 2019, it is

**ORDERED:**

Any necessary motions to compel, motions regarding privilege log deficiencies, motions for sanctions, and/or motions seeking the appointment of a special master or forensic expert contemplated by paragraph 4 of the Order entered October 29, 2018 (Doc. No. 70) are due **no later than May 20, 2019**. Response(s) to any motion(s) are due **fourteen (14) days** after the filing of the motion(s). In light of the multiple continuations of the depositions preceding these deadlines, the Court is not inclined to extend the deadlines absent compelling circumstances.

**DONE AND ORDERED** at Jacksonville, Florida on April 11, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record