UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
)
    Plaintiff,
)
v.                                                     Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF       )
REVOCABLE TRUST, a Georgia trust,
)
    Defendant.
)

DINA KLEMPF SROCHI, as Trustee    )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,   )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF  )
TRUST,
)
    Counterclaim Plaintiffs,
)
v.
)
FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN     )
JACQUES KLEMPF,
)
    Counterclaim Defendants.
)

**NOTICE OF CANCELLATION OF CONTINUATION OF DEPOSITION
OF JACQUES KLEMPF INDIVIDUALLY AND AS THE 30(b)(6)
REPRESENTATIVE OF FOODONICS INTERNATIONAL, INC.,
<u>REGARDING THE PRODUCTION OF ESI AND DOCUMENTS</u>**

Counterclaim plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean

Klempf Revocable Trust, and Dennis Blackburn, as Assistant Trustee of the Jean

Klempf Trust (the "Trust"), give notice that the deposition of Jacques Klempf, individually and as the 30(b)(6) representative of Foodonics International, Inc., scheduled for April 23, 2019 at 9:30 a.m., has been cancelled, without prejudice to the Trust's right to seek related relief by filing one or more motions pursuant to the Court's April 11, 2019 Order (Doc. No. 91).

SMITH HULSEY & BUSEY

By: */s/ R. Christopher Dix*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
  Trustee, and Dennis L. Blackburn,
  as Assistant Trustee, of the Laura Jean
  Klempf Revocable Trust

Certificate of Service

I certify that on April 16, 2019, a copy of this document has been furnished by email to:

>S. Grier Wells, Esq.
>GrayRobinson, P.A.
>50 North Laura Street, Suite 1100
>Jacksonville, Florida 32202
>grier.wells@gray-robinson.com
>barbara.rude@gray-robinson.com

*/s/ R. Christopher Dix*
Attorney

c: Hedquist & Associates
(904) 354-4111
hedquist@bellsouth.net

Advantage Video
(904) 724-9006
scheduling@advantagevideo.com

1032936