**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

          Plaintiff,

vs.                               Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

          Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

          Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

         Counterclaim Defendants.
_____/

**O R D E R**

      This cause is before the Court on Foodonics and Kevin Jacques Klempf's Request for Copies (Doc. No. 93), filed April 30, 2019. Pursuant to Local Rule 3.03(d), United States District Court, Middle District of Florida, discovery-related materials, such as the one filed here, are not to "be filed with the Court as a matter of course but may later be filed in whole or in part if necessary to presentation and consideration of a motion to compel, a motion for summary judgment, a motion for injunctive relief, or other similar proceeding."

      Accordingly, it is

**ORDERED**:

Foodonics and Kevin Jacques Klempf's Request for Copies (Doc. No. 93) is **STRICKEN**. The Clerk of Court is directed to remove the document from the official court record.

**DONE AND ORDERED** at Jacksonville, Florida on May 2, 2019.

JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record