UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., ) <br> a Florida corporation, <br> ) <br>     Plaintiff, <br> ) <br> v. <br> ) <br> DINA KLEMPF SROCHI, as Trustee <br> of the LAURA JEAN KLEMPF ) <br> REVOCABLE TRUST, a Georgia trust, <br> ) <br>     Defendant. <br> ) <br><br> DINA KLEMPF SROCHI, as Trustee ) <br> of the LAURA JEAN KLEMPF <br> REVOCABLE TRUST, a Florida trust, ) <br> and DENNIS L. BLACKBURN, as <br> Assistant Trustee of the JEAN KLEMPF ) <br> TRUST, <br> ) <br>     Counterclaim Plaintiffs, <br> ) <br> v. <br> ) <br> FOODONICS INTERNATIONAL, INC., <br> a Florida corporation, and KEVIN ) <br> JACQUES KLEMPF, <br> ) <br>     Counterclaim Defendants. <br> ) | Case No. 3:17-cv-1054-J-32JRK |

**APPENDIX TO THE TRUST'S (I) MOTION FOR SANCTIONS,
(II) MOTION TO COMPEL FOODONICS TO PRODUCE
NON-PRIVILEGED DOCUMENTS, AND (III) MOTION TO COMPEL
<u>GRAYROBINSON TO PRODUCE NON-PRIVILEGED DOCUMENTS</u>**

# Index to Appendix

| Date | Document | Tab |
|---|---|---|
| 6/23/17 | Email from Jim Post to Jim Nolan transmitting litigation hold package for Jacques Klempf | 1 |
| 9/6/17 | Complaint (Doc. No. 1) | 2 |
| 12/22/17 | Letter from Jim Post to Grier wells regarding issues pertinent to Rule 26(f) conference | 3 |
| 1/12/18 | Trust's Request for Production to Foodonics International, Inc. | 4 |
| 1/12/18 | Subpoena for documents to Jacques Klempf | 5 |
| 2/6/18 | Jacques Klempf's Objection to Subpoena | 6 |
| 2/12/18 | Foodonics' Objections to First Request for Production | 7 |
| 2/16/18 | Answer to the Complaint, Affirmative Defenses and Counterclaim (Doc. No. 20) | 8 |
| 2/16/18 | Foodonics' Initial Rule 26(a) Disclosures | 9 |
| 3/2/18 | The Trust's Subpoena to GrayRobinson | 10 |
| 3/15/18 | Order Governing ESI Issues (Doc. No. 27) | 11 |
| 3/16/18 | Answer and Affirmative Defenses to Counterclaim by Foodonics and Kevin Jacques Klempf (Doc. No. 28) | 12 |
| 3/16/18 | GrayRobinson's Objections and Response to Subpoena | 13 |
| 3/22/18 | Omnibus Motion to Quash Subpoena and/or for Protective Order and Other Relief (Doc. No. 30) | 14 |
| 3/26/18 | Email from Michael Santana to Chris Dix regarding e-discovery and Jacques Klempf's two cellphones and laptops | 15 |
| 3/29/18 | Supplemental Rule 26 Disclosures of Foodonics International, Inc. and Jacques Klempf | 16 |
| 5/3/18 | Follow up email to May 2nd Meet and Confer | 17 |
| 5/7/18 | Emails between Chris Dix and Michael Santana regarding e-discovery issues and search terms | 18 |

| Date | Document | Tab |
|---|---|---|
| 5/14/18 | Emails between Chris Dix and Michael Santana regarding e-discovery issues | 19 |
| 5/16/18 | Emails between Chris Dix and Michael Santana regarding revised search terms | 20 |
| 5/24/18 | Emails between Chris Dix and Michael Santana regarding discovery progress including revised search terms | 21 |
| 6/5/18 | Hearing transcript – Discovery Issues (Doc. No. 81) | 22 |
| 6/6/18 | Order re: discovery from Foodonics and Cal-Maine (Doc. No. 45) | 23 |
| 6/18/18 | Email from Grier Wells to Jim Post re: review of documents from Jacques Klempf's devices | 24 |
| 6/22/18 | Email from Jim Post to Grier Wells regarding issues discussed at June 21 Meet and Confer | 25 |
| 6/27/18 | Hearing transcript – Discovery Issues (Doc. No. 82) | 26 |
| 7/2/18 | Order on Omnibus Motion to Quash Subpoena (Doc. No. 49) | 27 |
| 7/3/18 | Amended Case Management and Scheduling Order (Doc. No. 50) | 28 |
| 8/8/18 | Hearing transcript – Discovery Issues (Doc. No. 83) | 29 |
| 8/16/18 | Hearing transcript – Discovery Issues (Doc. No. 84) | 30 |
| 8/22/18 | Order regarding discovery deadlines (Doc. No. 57) | 31 |
| 9/13/18 | Emails between David Hancock, Grier Wells and Chris Dix re: production of text messages from Jacques Klempf's cell phone | 32 |
| 9/14/18 | Email from David Hancock to Chris Dix transmitting text messages from Jacques Klempf's cellphone | 33 |
| 10/1/18 | Email from Grier Wells to Chris Dix transmitting privilege log for Foodonics documents | 34 |
| 10/1/18 | Email from Grier Wells to Chris Dix transmitting supplemental Foodonics production | 35 |
| 10/2/18 | Email from Chris Dix to Grier Wells regarding privilege log | 36 |
| 10/2/18 | Hearing transcript (Doc. No. 85) | 37 |
| 10/4/18 | Order regarding October 2, 2018 discovery status hearing (Doc. No. 62) | 38 |

| Date | Document | Tab |
|---|---|---|
| 10/4/18 | Second Amended Case Management and Scheduling Order (Doc. No. 63) | 39 |
| 10/5/18 | Email from Jim Post to Grier Wells regarding text messages of Jacques Klempf | 40 |
| 10/8/18 | Email chain between Jim Post and Grier Wells regarding documents from Robert Monsky and SMK included in production made by the Jacques Klempf Parties | 41 |
| 10/15/18 | Plaintiff/Counter-Defendants' Notice of Compliance (Doc. No. 65) | 42 |
| 10/15/18 | Email from Grier Wells to Jim Post regarding discovery issues | 43 |
| 10/15/18 | Email chain among Donna Messina (KLDiscovery) and David Hancock regarding password protected documents | 44 |
| 10/17/18 | Email from Grier Wells to Jim Post regarding 1,300 documents removed as non-privileged | 45 |
| 10/19/18 | Email from Grier Wells to Jim Post regarding errors in GrayRobinson production | 46 |
| 10/20/18 | Email from David Hancock to Jim Post and Chris Dix transmitting privilege log and password for GrayRobinson production | 47 |
| 10/22/18 | Plaintiff/Counter-Defendants' Notice of Compliance (Doc. No. 67) | 48 |
| 10/22/18 | Email from Jim Post to Grier Wells regarding lack of metadata fields for GrayRobinson production | 49 |
| 10/22/18 | Email from Grier Wells to Jim Post regarding DixieEgg.com emails | 50 |
| 10/23/18 | Email from Jim Post to Grier Wells regarding Jacques Klempf's phones | 51 |
| 10/23/18 | Email from Jim Post to Grier Wells regarding search terms and other filters used for DixieEgg.com email collection | 52 |
| 10/24/18 | Email from Jim Post to Grier Wells regarding privilege logs lack of any ESI prior to May 2015 | 53 |
| 10/24/18 | Email from Jim Post to Grier Wells regarding communications with non-parties | 54 |
| 10/24/18 | Email from Jim Post to Grier Wells regarding documents shared with non-parties appearing on privilege log | 55 |
| 10/24/18 | Email from Jim Post to Grier Wells regarding depositions of Foodonics, Jacques Klempf and GrayRobinson | 56 |

| Date | Document | Tab |
|---|---|---|
| 10/24/18 | Notice re: October 25, 2018 Discovery Status Hearing (with Notice of Rule 30(b)(6) Deposition of Foodonics) (Doc. No. 68) | 57 |
| 10/25/18 | Hearing transcript (Doc. No. 86) | 58 |
| 10/29/18 | Order on October 25, 2018 discovery status hearing (Doc. No. 70) | 59 |
| 10/31/18 | Email from Grier Wells to Jim Post and Chris Dix advising that Jacques Klempf does not know passwords to password protected documents | 60 |
| 10/31/18 | Email from Grier Wells to Jim Post and Chris Dix re: password protected documents produced by GrayRobinson | 61 |
| 11/5/18 | Email from Jim Post to Grier Wells summarizing November 1, 2018 meet and confer | 62 |
| 11/5/18 and 11/14/18 | Emails from Jim Post to Grier Wells regarding discovery issues | 63 |
| 11/9/18 | Trust's Request for Production to Jacques Klempf | 64 |
| 11/9/18 | Motion to Shorten Time for Production of Documents (Doc. No. 78) | 65 |
| 11/13/18 | Response to Motion to Shorten Time for Production of Documents (Doc. No. 79) | 66 |
| 11/14/18 | Amended Notice of Deposition of Jacques Klempf | 67 |
| 11/14/18 | Amended Notice of 30(b)(6) Deposition of Foodonics | 68 |
| 11/15/18 | Email from Grier Wells to Jim Post responding to 11/14/18 email | 69 |
| 11/28/18 | Jacques Klempf Deposition Transcript | 70 |
| 11/28/18 | Email from David Hancock to Jim Post transmitting a link to 33 decrypted files | 71 |
| 11/29/18 | David Hancock (Foodonics) Deposition Transcript | 72 |
| 11/30/18 | Email from Jim Post to Grier Wells regarding continuation of 30(b)(6) deposition of Foodonics so Foodonics can complete production of the requested ESI and other information | 73 |
| 11/30/18 | Notice of Continuation of Rule 30(b)(6) Deposition | 74 |
| 12/7/18 | Grier Wells' email transmitting KLDiscovery report identifying 2,300 iChat files | 75 |
| 12/7/18 | Email from Grier Wells to Jim Post in response to 11/30/18 email | 76 |
| 12/7/18 | Email from Jim Post to Grier Wells re: iChat files | 77 |

| Date | Document | Tab |
|---|---|---|
| 12/18/18 | Email from Jim Post to Grier Wells regarding deficiencies surrounding Foodonics' discovery production | 78 |
| 12/26/18 | Email from Grier Wells to Jim Post in response to 12/18/18 email | 79 |
| 12/26/18 and 1/3/19 | Emails from Jim Post to Grier Wells regarding rescheduling 30(b)(6) deposition of Foodonics | 80 |
| 12/28/18 | David Hancock's email transmitting text messages | 81 |
| 1/3/19 | Email from Chis Dix to David Hancock regarding lack of metadata fields in GrayRobinson's supplemental production | 82 |
| 1/3/19 | Amended Notice of Continuation of Rule 30(b)(6) Deposition | 83 |
| 1/9/19 | Jacques Klempf's Response to Trust's Request for Production | 84 |
| 1/11/19 | Email from Jim Post to Grier Wells regarding deficiency of Jacques Klempf's response to request for production of documents | 85 |
| 1/17/19 | Email from Grier Wells to Jim Post in response to 1/11/19 email | 86 |
| 1/24/19 | Continued Deposition of David Hancock (Foodonics) Transcript | 87 |
| 1/25/19 | Email from David Hancock to Jim Post transmitting revised privileged logs | 88 |
| 1/25/19 | Email to Grier Wells and David Hancock from Jim Post re: items still not produced | 89 |
| 2/7/19 | Email from Grier Wells and David Hancock to Jim Post transmitting Apple data and Cellebrite reports | 90 |
| 3/26/19 | Notice of Continued Deposition of Jacques Klempf | 91 |
| 4/5/19 | Email from David Hancock to Chris Dix transmitting GrayRobinson's privilege log related to 20,000 documents reviewed by Special Counsel | 92 |
| 4/11/19 | Order directing motions to compel, motions regarding privilege log deficiencies, motions for sanctions and motions for appointment of special master or forensic expert be filed by May 20, 2019 (Doc. No. 91) | 93 |
| 4/16/19 | Notice of Cancellation of Continued Deposition of Jacques Klempf | 94 |
| 4/5/19 | Excerpt from GrayRobinson's supplemental privilege log | 95 |

1035759

Certificate of Service

I certify that on this 20th day of May, 2019, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

SMITH HULSEY & BUSEY

By: /s/ *James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as Trustee, and Dennis L. Blackburn, as Assistant Trustee, of the Laura Jean Klempf Revocable Trust