# TAB 41

# James H. Post

**From:** James H. Post
**Sent:** Monday, October 8, 2018 4:41 PM
**To:** grier.wells@gray-robinson.com
**Cc:** david.hancock@gray-robinson.com; 'michael.santana@gray-robinson.com'; Chris Dix
**Subject:** RE: Foodonics v. Klempf Trust - Deficient Production re: Telephone Text Messages of Jacques Klempf

Gentlemen,

     In addition to the items on the agenda below, we also have a question about the electronic documents produced by Foodonics and Jacques Klempf (the "Jacques Klempf Parties") on August 30, 2018.

     As we uploaded these documents into our document review tool, we saw that there were three Custodians: Jacques Klempf (44,027 documents), Robert Monsky (598 documents) and Sheldrick, McGahee & Kohler ("SMK") (135 documents). In our call tomorrow, will you please explain how and why documents from Mr. Monsky and SMK were included in the production by the Jacques Klempf Parties?

Thank you,
Jim

**From:** James H. Post
**Sent:** Monday, October 8, 2018 4:10 PM
**To:** grier.wells@gray-robinson.com
**Cc:** david.hancock@gray-robinson.com; 'michael.santana@gray-robinson.com' <michael.santana@gray-robinson.com>; Chris Dix <cdix@smithhulsey.com>
**Subject:** RE: Foodonics v. Klempf Trust - Deficient Production re: Telephone Text Messages of Jacques Klempf

Gentlemen,

     For our telephone conference tomorrow at 11:00 a.m. regarding the production of Jacques Klempf/Foodonics, please use the following call-in information:

        Dial-in number:   1-515-604-9040
        Passcode:       205547

Thank you,
Jim

James H. Post

SMITH HULSEY & BUSEY

225 Water Street | Suite 1800 | Jacksonville, Florida 32202
904-359-7700 | Direct 904-359-7783
jpost@smithhulsey.com | www.smithhulsey.com



*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you for your cooperation.*

**From:** James H. Post
**Sent:** Friday, October 5, 2018 1:35 PM
**To:** 'Grier Wells' <Grier.Wells@gray-robinson.com>
**Cc:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>; Michael R. Santana <Michael.Santana@gray-robinson.com>; Chris Dix <cdix@smithhulsey.com>
**Subject:** RE: Foodonics v. Klempf Trust - Deficient Production re: Telephone Text Messages of Jacques Klempf

Grier,

I request that we convene at 11:00 a.m. on Tuesday.

Alternatively, we are available at any other time that day.

Thank you, Jim


James H. Post, Esq.
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7783 (direct)
jpost@smithhulsey.com

**From:** Grier Wells [mailto:Grier.Wells@gray-robinson.com]
**Sent:** Friday, October 5, 2018 12:32 PM
**To:** James H. Post <jpost@smithhulsey.com>
**Cc:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>; Michael R. Santana <Michael.Santana@gray-robinson.com>; Chris Dix <cdix@smithhulsey.com>
**Subject:** RE: Foodonics v. Klempf Trust - Deficient Production re: Telephone Text Messages of Jacques Klempf

Jim:

Dave Hancock will need to be available for such a call and he is out until Tuesday. We can try and schedule for then.


**Grier Wells | Complex Commercial, Employment and Construction Litigation**
**The Florida Bar Board Certified in Civil Trial Law**
**G R A Y | R O B I N S O N**

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
**T:** 904-598-9929 | **F:** 904-598-9109 | **D:** 904-632-8478
E-mail | Website | Bio | vCard

**Facebook | LinkedIn | Twitter**


This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of

this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** James H. Post [mailto:jpost@smithhulsey.com]
**Sent:** Friday, October 05, 2018 12:12 PM
**To:** Grier Wells
**Cc:** David A. Hancock, CEDS; Michael R. Santana; Chris Dix
**Subject:** Foodonics v. Klempf Trust - Deficient Production re: Telephone Text Messages of Jacques Klempf

Grier,

We have reviewed the telephone text messages of Jacques Klempf which were produced by your firm on September 14, 2018. Of the 467 documents received on that date, there were only 90 documents containing text messages and those messages were limited by date to March and April of 2018.

As you know, the date range that applies to our discovery requests is September 1, 2008 and January 19, 2018. Obviously, this production is deficient and requires explanation by your firm.

We would like to have a meet and confer regarding this matter by telephone on Monday, October 8, 2018. We will want to know, among other things, the following:

1. Who was involved in the collection of Jacques Klempf's telephone text messages?

2. What was done? When?

3. The make and model of each of Jacques Klempf's mobile devices.

4. The location of any backups of data from Jacques Klempf's mobile devices (iCloud, iTunes, VerizonCloud/ATT Locker, laptop or desktop computer backups, etc.).

5. The date ranges and total number of text messages from Jacques Klempf's mobile devices that were preserved, and the dates on which the preservation occurred.

6. The dates on which the text messages were collected from Jacques Klempf's mobile devices and the names of the KLDiscovery technicians that collected the text messages.

Please let me know today what time on Monday you will be available for this meet and confer.

Thank you,
Jim

James H. Post

S M I T H   H U L S E Y   &   B U S E Y

225 Water Street | Suite 1800 | Jacksonville, Florida 32202
904-359-7700 | Direct 904-359-7783
jpost@smithhulsey.com | www.smithhulsey.com


YEARS
OF PRACTICE
EXCELLENCE

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you for your cooperation.*

**From:** files@sendthisfile.com
**Date:** September 14, 2018 at 7:48:05 PM GMT+1
**To:** cdix@smithhulsey.com
**Subject: Secure File Transfer**
**Reply-To:** "david.hancock@gray-robinson.com" <david.hancock@gray-robinson.com>



**Sender:** david.hancock@gray-robinson.com
**Upload Date:** 2018-09-14 13:47:33.0
**Message:** We are hereby Producing text messages from Jacques Klempf's cellphone. They are being produced natively for the same reason we produced approx 45,000 documents to you without reviewing them; namely to cut down on the already extensive costs Mr. Klempf is incurring because of this litigation. Grier is stuck in an all-day mediation but will respond to your Sept. 7 emails as soon as possible.

Click the following link to download your file(s).

Click to Retrieve File(s)

iMessage +19048851926.7z
iMessage kjkeggs@aol.com.7z

If the above link is not clickable, copy and paste the following URL into your browser.

https://www.sendthisfile.com/ehYjMXnOBp2DY8lJjfpeeOP0

Note: These files will expire in 14 days from the time this email was generated.

Powered by www.SendThisFile.com

4

**TAB 42**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

      Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia Trust,

      Defendant.

_____/

Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

      Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

      Counterclaim Defendants.

_____/

**PLAINTIFF/COUNTER-DEFENDANTS'**
**<u>NOTICE OF COMPLIANCE</u>**

Foodonics International, Inc. ("Foodonics"), by and through its undersigned counsel, files

this Notice of Compliance pursuant to this Court's Order ("Order") dated October 4, 2018.

1.     The Order required Foodonics to produce an amended privilege log and any additional unprivileged documents no later than October 12, 2018, and to file a Notice of Compliance with respect thereto.

2.     During a conference call on Wednesday, October 10, the undersigned advised counsel for the Trust that the undersigned's review of the Foodonics' privilege log was approximately half complete, that the undersigned was having to travel out of town unavoidably and that the review could not be completed until over the weekend on October 14, 2018. Counsel for the Trust did not object to such delay.

3.     The review of Foodonics' privilege log was completed on October 14, 2018. Non-privileged documents are being removed from the initial privileged log and produced to the Trust.  It is anticipated that the revised privilege log and additional documents will be produced to the Trust on or before October 16, 2018.

/s/ S. Grier Wells
S. GRIER WELLS, ESQ.
Florida Bar No.: 203238
Primary E-Mail Address:
grier.wells@gray-robinson.com
Secondary E-Mail Address:
Barbara.rude@gray-robinson.com
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Phone: (904)-598-9929
JOHN M. BRENNAN
Florida Bar No.: 297951
Primary E-Mail Address:
jay.brennan@gray-robinson.com
Secondary E-Mail Address:
jessica.rolon@gray-robinson.com

2

MICHAEL R. SANTANA
Florida Bar No.: 42124
Primary E-Mail Address:
michael.santana@gray-robinson.com
Secondary E-Mail Address:
lisandra.acosta@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32802
Phone: (407) 843-8880
Attorneys for Plaintiff/Counterclaim
Defendants, FOODONICS
INTERNATIONAL, INC., a Florida
Corporation and KEVIN JACQUES
KLEMPF, and Non-Parties HEATHER
JEAN KLEMPF, JULIANNE MARIE
KLEMPF LEE, ALEXANDRA
RENEE KLEMPF, DENNIS HUGHES,
REGGIE DALTON, JOHN REECE,
and RICHARD STILL.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was furnished by email delivery to JAMES H.

POST, ESQ., MICHAEL E. DEMONT and R. CHRISTOPHER DIX (*jpost@smithhulsey.com,*

*mdemont@smithhulsey.com, cdix@smithhulsey.com*), Smith Hulsey & Busey, 225 Water Street,

Suite 1800, Jacksonville, Florida 32202 (*Attorneys for Defendant/Counterclaim Plaintiffs*), this

15th day of October, 2018.

/s/ S. Grier Wells, Esq.
Attorney

\732024\20 - # 1738688 v1

3

**TAB 43**

| | |
|---|---|
| **From:** | Grier Wells <Grier.Wells@gray-robinson.com> |
| **Sent:** | Monday, October 15, 2018 4:44 PM |
| **To:** | James H. Post |
| **Cc:** | Chris Dix; David A. Hancock, CEDS |
| **Subject:** | FW: Follow up regarding items discussed on 10-10-2018 |

Jim:

As you will recall from our conference call on Wednesday, I was traveling on Wednesday and out of the office through Friday. During the call, I so advised you and Chris in relation to my review of the Foodonics privilege log, which was required to be complete by October 12 but could not be as a result of my unavoidable travel. I advised I would complete the review over the weekend and that we would get the revised log to you. You said in response that a day or two wouldn't matter. I was therefore surprised, and somewhat chagrined, that you demanded response to your e-mail below by Friday when I was out of town.

To your points below:

1. At the time of our conference call this past Wednesday, it was our understanding that all text messages had been provided. In the face of a possibility that messages from another cell phone had not been collected, we advised we would look into the issue and get back with you. I regret you were "concerned" we did not recall Mike Santana's e-mail from 10 months ago during the call. In any event we advised we would investigate the issue and get back with you. In addition to my continued review of the privilege log over the weekend, I also discussed the cell phone issue with Jacques. He was under the impression that all data from his old damaged phone had been transferred to the new phone. We are looking into the status further.

2. In addition to the response above, and although I question whether we have to provide written answers to your October 5 questions at this point, particularly since we discussed the process in our conference call, please note the following:

   The cell phone data collection was performed by Kirk Crabb of KLDiscovery's Collection Team via the iCloud on April 8, 128 @5:01 a.m. The cell phone is an iPhone 10,6 with OS Version 11.2.6.

3. To your concerns about the "Monsky/SMK documents," we advised that the documents we received from Monsky (First Florida Capital) and SMK in response to your subpoenas to each of them had been put into our database. When KL did the collection, they were not segregated out and produced with the Foodonics documents with the search terms applied which in turn resulted in less than all the Monsky/SMK documents produced. You responded that that was a reasonable explanation. We fail to see why this an issue at this point since we are not seeking any clawback or claim of privilege.

4. After further communications between Jacques, Dave Hancock and KL, we have been able to gain access to the dixieegg.com domain. It will not be necessary to have KL do an in-person collection. We are currently in the process of collection from the employees data.

**Grier Wells | Complex Commercial, Employment and Construction Litigation**
**The Florida Bar Board Certified in Civil Trial Law**
**G R A Y | R O B I N S O N**

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8478
E-mail | Website | Bio | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** James H. Post [mailto:jpost@smithhulsey.com]
**Sent:** Friday, October 12, 2018 11:34 AM
**To:** Grier Wells
**Cc:** David A. Hancock, CEDS; Michael R. Santana; Chris Dix
**Subject:** Follow up regarding items discussed on 10-10-2018

Grier,

During our call on Wednesday we discussed the following:

1. You disclosed that you collected Jacques Klempf's text messages from an iCloud backup. You also disclosed that you had not collected Jacques Klempf's text messages from any other sources, including the two iPhones owned by Jacques Klempf that were previously disclosed to us pursuant to Paragraph 2 of the Order Governing ESI Issues in this case. We are concerned that neither you nor Dave Hancock had any recollection of the attached email from Mike Santana on March 26, 2018 disclosing Jacques Klempf's two iPhones.

2. You agreed to investigate collecting Jacques Klempf's text messages from other sources, including Jacques Klempf's two iPhones and said you would provide us with a prompt response. Please let us know by the end of the day today what additional steps you intend to take to identify, collect and produce Jacques Klempf's text messages. **Please also provide us with written responses to the questions that we identified in our email on Friday, October 5, 2018, set forth below.**

3. We also discussed the fact that the Foodonics production on August 30, 2018 included hundreds of documents from custodians other than Jacques Klempf and Foodonics. You explained that those additional documents were copies of documents that we had originally produced to you that had been inadvertently included in your production to us. We are concerned that this is now the second category of inadvertently produced documents we have identified from your August 30, 2018 production.

4. Lastly, we discussed the collection and production of additional emails from the DixieEgg.com domain for individuals other than Jacques Klempf. You told us that someone from KLDiscovery would need to visit Jacksonville to determine whether additional emails could be collected. Please tell us today when the KLDiscovery representative will be coming to Jacksonville to address this issue.

We have made every reasonable effort to accommodate the delays and mistakes caused by your clients and your firm in this case. We have initiated multiple status conferences with the Court rather than engaging in motion practice or seeking sanctions. If the remaining issues cannot be resolved quickly and properly, however, we will ask the Court to appoint a forensic examiner to take over and complete your discovery in this case.

We request your prompt attention to these matters. Jim

James H. Post

225 Water Street | Suite 1800 | Jacksonville, Florida 32202
904-359-7700 | Direct 904-359-7783
jpost@smithhulsey.com | www.smithhulsey.com



*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you for your cooperation.*

**From:** James H. Post
**Sent:** Friday, October 5, 2018 12:12 PM
**To:** grier.wells@gray-robinson.com
**Cc:** david.hancock@gray-robinson.com; 'michael.santana@gray-robinson.com' <michael.santana@gray-robinson.com>; Chris Dix <cdix@smithhulsey.com>
**Subject:** Foodonics v. Klempf Trust - Deficient Production re: Telephone Text Messages of Jacques Klempf

Grier,

We have reviewed the telephone text messages of Jacques Klempf which were produced by your firm on September 14, 2018. Of the 467 documents received on that date, there were only 90 documents containing text messages and those messages were limited by date to March and April of 2018.

As you know, the date range that applies to our discovery requests is September 1, 2008 and January 19, 2018. Obviously, this production is deficient and requires explanation by your firm.

We would like to have a meet and confer regarding this matter by telephone on Monday, October 8, 2018. We will want to know, among other things, the following:

1.  Who was involved in the collection of Jacques Klempf's telephone text messages?

2.  What was done? When?

3.  The make and model of each of Jacques Klempf's mobile devices.

4.  The location of any backups of data from Jacques Klempf's mobile devices (iCloud, iTunes, VerizonCloud/ATT Locker, laptop or desktop computer backups, etc.).

5.  The date ranges and total number of text messages from Jacques Klempf's mobile devices that were preserved, and the dates on which the preservation occurred.

6.  The dates on which the text messages were collected from Jacques Klempf's mobile devices and the names of the KLDiscovery technicians that collected the text messages.

Please let me know today what time on Monday you will be available for this meet and confer.

Thank you,
Jim

James H. Post

**SMITH HULSEY & BUSEY**

225 Water Street | Suite 1800 | Jacksonville, Florida 32202
904-359-7700 | Direct 904-359-7783
jpost@smithhulsey.com | www.smithhulsey.com



*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system. Thank you for your cooperation.*

**From:** files@sendthisfile.com
**Date:** September 14, 2018 at 7:48:05 PM GMT+1
**To:** cdix@smithhulsey.com
**Subject:** Secure File Transfer
**Reply-To:** "david.hancock@gray-robinson.com" <david.hancock@gray-robinson.com>



**Sender:** david.hancock@gray-robinson.com
**Upload Date:** 2018-09-14 13:47:33.0
**Message:** We are hereby Producing text messages from Jacques Klempf's cellphone. They are being produced natively for the same reason we produced approx 45,000 documents to you without reviewing them; namely to cut down on the already extensive costs Mr. Klempf is incurring because of this litigation. Grier is stuck in an all-day mediation but will respond to your Sept. 7 emails as soon as possible.

Click the following link to download your file(s).

Click to Retrieve File(s)

iMessage +19048851926.7z
iMessage kjkeggs@aol.com.7z

If the above link is not clickable, copy and paste the following URL into your browser.

https://www.sendthisfile.com/ehYjMXnOBp2DY8IJjfpeeOP0

Note: These files will expire in 14 days from the time this email was generated.

**TAB 44**

| | |
|---|---|
| **From:** | Donna Messina <Donna.Messina@kldiscovery.com> |
| **Sent:** | Monday, October 15, 2018 8:19 PM |
| **To:** | David A. Hancock, CEDS; Garrett Baken; NebulaTechQ |
| **Subject:** | RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted |

HI Dave,

This has been sent.  The password for the zip file is KLDisco2018!

Please let us know if anything else is needed.

Thank you.


**Donna Messina, JD, RCA**

**KLDisc⊚very**

954.640.9701 Direct
954.654.8663 Mobile


**From:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>
**Sent:** Monday, October 15, 2018 4:54 PM
**To:** Donna Messina <Donna.Messina@kldiscovery.com>; Garrett Baken <Garrett.Baken@kldiscovery.com>;
NebulaTechQ <nebulatechq@kldiscovery.com>
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted


Understood


**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
**G R A Y | R O B I N S O N**

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

**From:** Donna Messina [mailto:Donna.Messina@kldiscovery.com]
**Sent:** Monday, October 15, 2018 4:53 PM
**To:** David A. Hancock, CEDS; Garrett Baken; NebulaTechQ
**Subject:** Re: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Hi Dave,

We will try but just so you know there is billable time involved.

Thank you.

Donna Messina, JD, RCA
KLDiscovery
954-640-9701 Direct
954-654-8663 Mobile

---

**From:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>
**Sent:** Monday, October 15, 2018 4:39:01 PM
**To:** Donna Messina; Garrett Baken; NebulaTechQ
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Previously, we saw several password protected documents from Stevens-Powell. The password for those were **Seminoles**. Can you try that?

For all those who don't open using Seminoles, let's PH them all and produce natively.

This is really just kicking the can down the street as Opposing Counsel is sure to ask us for passwords etc but let's do that for now.

Thanks.

**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
G R A Y | R O B I N S O N

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
T: 813-273-5000 | F: 813-273-5145 | D: 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

---

**From:** Donna Messina [mailto:Donna.Messina@kldiscovery.com]
**Sent:** Monday, October 15, 2018 4:16 PM
**To:** David A. Hancock, CEDS; Garrett Baken; NebulaTechQ
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

HI Dave,

There are PDF's (25) in this production that are encrypted. Are we to PH and deliver natively or you provide us the password so we can fix and image these items?

We also have a few other exceptions that are not imaging, we can try imaging outside of Nebula but if that is not successful are we ok to PH and deliver natively as well?

These items can be reviewed in saved search **fail to convert 20181015**

Please let us know if you have any questions.

Thank you.

**Donna Messina, JD, RCA**



954.640.9701 Direct
954.654.8663 Mobile

**From:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>
**Sent:** Monday, October 15, 2018 3:12 PM
**To:** Donna Messina <Donna.Messina@kldiscovery.com>; Garrett Baken <Garrett.Baken@kldiscovery.com>;
NebulaTechQ <NebulaTechQ@kldiscovery.com>
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Confirmed.


**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
G R A Y | R O B I N S O N

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard


**Facebook | LinkedIn | Twitter**

**From:** Donna Messina [mailto:Donna.Messina@kldiscovery.com]
**Sent:** Monday, October 15, 2018 3:11 PM
**To:** David A. Hancock, CEDS; Garrett Baken; NebulaTechQ
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Hi Dave,

Please confirm that we are untagging all of the items in the search below with their privilege tags and tagging with
Responsive.  We will include all of these items in the production set beginning with the next available FOODONICS_ESI-
1xxxxxxx number and use the same specs as the previous productions.

Privprod Full Families - 1271 items.

Thank you.


**Donna Messina, JD, RCA**
KLDisc⬤very⁞

954.640.9701 Direct
954.654.8663 Mobile

**From:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>
**Sent:** Monday, October 15, 2018 2:58 PM
**To:** Garrett Baken <Garrett.Baken@kldiscovery.com>; Donna Messina <Donna.Messina@kldiscovery.com>;
NebulaTechQ <NebulaTechQ@kldiscovery.com>
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Okay, I think I tagged the 17 items appropriately.

Please mass tag/associate as discussed previously and prepare a Supplemental Production from Foodonics for the documents being removed from the Privilege Log, following Production Specs used earlier and picking up from the last number used.

Thanks.

Dave

**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
**G R A Y | R O B I N S O N**

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

**From:** Garrett Baken [mailto:Garrett.Baken@kldiscovery.com]
**Sent:** Monday, October 15, 2018 2:49 PM
**To:** David A. Hancock, CEDS; Donna Messina; NebulaTechQ
**Subject:** Re: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Not highlighted family to highlighted items.

**Garrett Baken, RCA, RCSP**
Team Lead, Litigation Data Analyst

KLDiscovery
+1 954.960.3648 Office
+1 954.288.8017 Mobile
+1 703.520.9603 Nebula TechQ Support
garrett.baken@kldiscovery.com

www.kldiscovery.com

*LDiscovery and KrolLDiscovery ediscovery solutions are now brought to you by KLDiscovery.

"KLDiscovery" is a trading name of LDiscovery, LLC, registered in Delaware with registered address at Suite 300, 8201 Greensboro Drive. McLean, VA 22102. USA.

**From:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>
**Sent:** Monday, October 15, 2018 2:47 PM
**To:** Donna Messina; NebulaTechQ
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

What are the 17 items indicative of again? Are these family members that aren't tagged consistently with their other family members from the Priv Log?

**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
G R A Y | R O B I N S O N

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

---

**From:** Donna Messina [mailto:Donna.Messina@kldiscovery.com]
**Sent:** Monday, October 15, 2018 11:43 AM
**To:** David A. Hancock, CEDS; NebulaTechQ
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Hi Dave,

We have created the saved searches below:

There are 1254 items highlighted, 1271 with family included.

Saved searches:
Privprod Full Families - 1271 items.
Privprod Missing Family - 17 items.

Please take a look and let us know how to proceed.  As long as we have clear instructions, we can mass untag/tag the items as requested.

Thank you.


**Donna Messina, JD, RCA**



954.640.9701 Direct
954.654.8663 Mobile

**From:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>
**Sent:** Monday, October 15, 2018 11:42 AM
**To:** Donna Messina <Donna.Messina@kldiscovery.com>; NebulaTechQ <NebulaTechQ@kldiscovery.com>
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Thanks Donna and Team.

Yes, please be sure to include families.

I'll take a shot.  I know how to mass tag/associate but  haven't done the removal of tags.  I supposed it's the same process, just the opposite.


**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**

**GRAY|ROBINSON**

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

**From:** Donna Messina [mailto:Donna.Messina@kldiscovery.com]
**Sent:** Monday, October 15, 2018 11:34 AM
**To:** David A. Hancock, CEDS; NebulaTechQ
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

HI Dave,

To follow up, we will create the saved search for the highlighted items on the excel. Do you want us to include family items? Once complete, we will confirm the search. If you do not know how to mass untag/tag the items, you can confirm the tags to remove/update and we will do so.

Thank you.

**Donna Messina, JD, RCA**

**KLDisc⦿very**

954.640.9701 Direct
954.654.8663 Mobile

**From:** Donna Messina
**Sent:** Monday, October 15, 2018 11:23 AM
**To:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>; NebulaTechQ <NebulaTechQ@kldiscovery.com>
**Subject:** RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

Hi Dave,

Can you please go into the database and untag/tag these items as necessary? If you want to send us a list of the PrivNumbers, we can create a saved search for you to go in and mass untag/tag the items.

Once this is done, please let us know and we will create the saved search for the production set for confirmation.

Thank you.

**Donna Messina, JD, RCA**

**KⅼD!ƨɔ⦿ᴧɘ⅄**

954.640.9701 Direct
954.654.8663 Mobile

**From:** David A. Hancock, CEDS <David.Hancock@gray-robinson.com>
**Sent:** Monday, October 15, 2018 11:02 AM
**To:** Donna Messina <Donna.Messina@kldiscovery.com>; NebulaTechQ <NebulaTechQ@kldiscovery.com>
**Subject:** Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted

6

Attached is a spreadsheet that is the Privilege Log for the Foodonics production.

We have gone through it and highlighted the documents on it that ARE NOT PRIVILEGED.

Can you please remove the highlighted documents from the Privilege Log and put together a Production of them for Opposing Counsel? Since this is, in essence, a Supplemental Production, please pick up from the last Foodonics number we left off with on our most recent Production and produce using the same specs we used in past Productions.

There is no need to re-number the remaining items on the Privilege Log.

Grier asked for a "rough idea" of when we can tell OC that we'll be Producing to them the documents removed from the Privilege Log.

Thanks.

Dave

**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
**G R A Y | R O B I N S O N**

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**TAB 45**

**Chris Dix**

| | |
|---|---|
| **From:** | Grier Wells <Grier.Wells@gray-robinson.com> |
| **Sent:** | Wednesday, October 17, 2018 11:02 AM |
| **To:** | James H. Post; Chris Dix |
| **Cc:** | David A. Hancock, CEDS |
| **Subject:** | FW: Jean Klempf Trust - Foodonics Supplemental Production VOL003 |
| **Attachments:** | Jean Klempf Trust 732024-1 - Klempf_VOL003; RE: Jean Klempf Trust - Privilege Log re Foodonics Production w/deletions highlighted |

Jim and Chris:

Please see the attached link and password for access to the documents we removed from the initial privilege log. There are approximately 1300 documents we removed as non-privileged.

The revised privilege log with the documents removed will be sent shortly.

**Grier Wells | Complex Commercial, Employment and Construction Litigation**
**The Florida Bar Board Certified in Civil Trial Law**
**G R A Y | R O B I N S O N**

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
**T:** 904-598-9929 | **F:** 904-598-9109 | **D:** 904-632-8478
E-mail | Website | Bio | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**TAB 46**

# James H. Post

| | |
|---|---|
| **From:** | Grier Wells <Grier.Wells@gray-robinson.com> |
| **Sent:** | Friday, October 19, 2018 5:54 PM |
| **To:** | James H. Post; Chris Dix |
| **Cc:** | David A. Hancock, CEDS; James Nolan |
| **Subject:** | FW: GR Production |

Jim:

Dave Hancock and I have tried to call you several times this afternoon. I understand Smith Hulsey has have been moving this week and communications may be affected.

We were getting ready to send the GrayRobinson documents and privilege log when a last-minute check revealed some errors. Essentially, we discovered our documents to be produced included additional privileged materials and documents totally unrelated to Foodonics or Jacques but to other client s of Gray Robinson. We are cleaning it up and hopefully will have it to you over the weekend.

I will be here only a short while longer but you can reach me on my cell if you like. 716-7370.


**Grier Wells | Complex Commercial, Employment and Construction Litigation**
**The Florida Bar Board Certified in Civil Trial Law**
**G R A Y | R O B I N S O N**

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
**T:** 904-598-9929 | **F:** 904-598-9109 | **D:** 904-632-8478
E-mail | Website | Bio | vCard


**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

---

**From:** Grier Wells
**Sent:** Friday, October 19, 2018 4:11 PM
**To:** James H. Post (jpost@smithhulsey.com); Chris Dix (cdix@smithhulsey.com)
**Cc:** David A. Hancock, CEDS; James Nolan
**Subject:** GR Production

Can one of you give me a call?

632-8478

**TAB 47**

**Chris Dix**

| | |
|---|---|
| From: | David A. Hancock, CEDS <David.Hancock@gray-robinson.com> |
| Sent: | Saturday, October 20, 2018 1:46 AM |
| To: | James H. Post; Chris Dix |
| Cc: | Grier Wells |
| Subject: | Jean Klempf Trust - GrayRobinson Prod VOL001  Privilege Log |
| Attachments: | GRPRIV_VOL001.zip |

Gentlemen,

As Grier mentioned in his email and the voicemails he left on Friday, we had some unforeseen issues/anomalies with our Production and Privilege Log which caused us to delay sending them to you.

Because the Production is too large to attach to an email, it will be sent separately via GrayRobinson's Large File Transfer utility.

Attached is the Privilege Log.

The password for both .zip files is KLDisco2018!

Dave

**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
G R A Y | R O B I N S O N

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**TAB 48**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

      Plaintiff,                         Case No.: 3:17-cv-1054-J-32JRK

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia Trust,

      Defendant.

_____/

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

      Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

      Counterclaim Defendants.

_____/

## PLAINTIFF/COUNTER-DEFENDANTS'
## NOTICE OF COMPLIANCE

      Foodonics International, Inc. ("Foodonics"), by and through its undersigned counsel, files

this Notice of Compliance pursuant to this Court's Order ("Order") dated October 4, 2018.

      1.    The Order required Gray Robinson any documents to be produced no later than

October 17, 2018, and to file a Notice of Compliance with respect thereto.

2. Upon a final review of the compilation of documents to be produced, it was discovered that documents unrelated to the issues or parties were included which necessitated additional review and removal of the unrelated documents.

3. Following additional review, documents from Gray Robinson and a privilege log with respect thereto were provided as of October 19 and 20, 2018.

/s/ S. Grier Wells
S. GRIER WELLS, ESQ.
Florida Bar No.: 203238
Primary E-Mail Address:
grier.wells@gray-robinson.com
Secondary E-Mail Address: Barbara.rude@gray-robinson.com
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Phone: (904)-598-9929
JOHN M. BRENNAN
Florida Bar No.: 297951
Primary E-Mail Address:
jay.brennan@gray-robinson.com
Secondary E-Mail Address:
jessica.rolon@gray-robinson.com
MICHAEL R. SANTANA
Florida Bar No.: 42124
Primary E-Mail Address:
michael.santana@gray-robinson.com
Secondary E-Mail Address:
lisandra.acosta@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32802
Phone: (407) 843-8880
Attorneys for Plaintiff/Counterclaim
Defendants, FOODONICS
INTERNATIONAL, INC., a Florida
Corporation and KEVIN JACQUES
KLEMPF, and Non-Parties HEATHER
JEAN KLEMPF, JULIANNE MARIE
KLEMPF LEE, ALEXANDRA
RENEE KLEMPF, DENNIS HUGHES,
REGGIE DALTON, JOHN REECE,
and RICHARD STILL.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was furnished by email delivery to JAMES H.
POST, ESQ., MICHAEL E. DEMONT and R. CHRISTOPHER DIX *(jpost@smithhulsey.com,*
*mdemont@smithhulsey.com, cdix@smithhulsey.com)*, Smith Hulsey & Busey, 225 Water Street,
Suite 1800, Jacksonville, Florida 32202 *(Attorneys for Defendant/Counterclaim Plaintiffs)*, this
22nd day of October, 2018.

/s/ S. Grier Wells, Esq.
Attorney

\732024\20 - # 1740311 v1

3

**TAB 49**

| | |
|---|---|
| **From:** | James H. Post |
| **Sent:** | Monday, October 22, 2018 11:50 AM |
| **To:** | Grier Wells |
| **Cc:** | Chris Dix; 'David A. Hancock, CEDS' |
| **Subject:** | RE: Jean Klempf Trust - GrayRobinson Prod VOL001  Privilege Log |

Grier,

The load file for the GrayRobinson production you sent this weekend did not contain any metadata fields (other than Bates range information).  Please produce by the end of the day a new load file that contains all of the metadata associated with the GrayRobinson production.

Please also tell us today the status of Jacques Klempf's text messages.

Lastly, when can we expect production of the additional DixieEgg.com emails?

Thanks,

James H. Post

SMITH HULSEY & BUSEY

Please note we are moving to our new office in the Wells Fargo Building
on October 22, 2018. Please update your records with our new address:
1 Independent Drive, Suite 3300, Jacksonville, FL 32202.
225 Water Street | Suite 1800 | Jacksonville, Florida 32202
904-359-7700 | Direct 904-359-7783
jpost@smithhulsey.com | www.smithhulsey.com



*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the
intended recipient, please immediately advise the sender by reply email that this message has been inadvertently
transmitted to you and delete this email from your system. Thank you for your cooperation.*

**From:** David A. Hancock, CEDS [mailto:David.Hancock@gray-robinson.com]
**Sent:** Saturday, October 20, 2018 1:46 AM
**To:** James H. Post <jpost@smithhulsey.com>; Chris Dix <cdix@smithhulsey.com>
**Cc:** Grier Wells <Grier.Wells@gray-robinson.com>
**Subject:** Jean Klempf Trust - GrayRobinson Prod VOL001 Privilege Log

Gentlemen,

As Grier mentioned in his email and the voicemails he left on Friday, we had some unforeseen issues/anomalies with our
Production and Privilege Log which caused us to delay sending them to you.

Because the Production is too large to attach to an email, it will be sent separately via GrayRobinson's Large File Transfer utility.

Attached is the Privilege Log.

The password for both .zip files is KLDisco2018!

Dave

**David A. Hancock, CEDS | Manager of Litigation Support and eDiscovery Services**
**G R A Y | R O B I N S O N**

401 East Jackson Street, Suite 2700 | Tampa, Florida 33602
**T:** 813-273-5000 | **F:** 813-273-5145 | **D:** 813-273-5150
E-mail | Website | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**TAB 50**

**James H. Post**

| | |
|---|---|
| **From:** | Grier Wells <Grier.Wells@gray-robinson.com> |
| **Sent:** | Monday, October 22, 2018 5:35 PM |
| **To:** | James H. Post; Chris Dix |
| **Cc:** | David A. Hancock, CEDS; James Nolan; John M. "Jay" Brennan; Michael R. Santana |
| **Subject:** | FW: Dixie Emails |
| **Attachments:** | GR_VOL001.dat |

Jim and Chris:

Please see Dave Hancock's e-mail and attachment.

The dixieegg.com e-mails totaling approximately 130,000 have been collected as to all but two Foodonics employees. After applying search terms and other filters, the number has been reduced to 37,000. The vast majority of those are employees who would not be involved in any management activities in any way. We would suggest we send the e-mails from Dennis Hughes account which total about 4100. We are happy to share the names, job titles and total e-mails for each but it is likely Dennis will be the only who would have anything of a management nature.

The accounts for Dick Still and John Reese were not in the files. Neither we nor Jacques know why and we are contacting Microsoft to explore further. However, in the collections of others, and other devices, you should have most of them anyway.

As to text messages, Jacques had to replace a cell phone which was damaged. He thought the data on the phone had been retained but it apparently was not.

**Grier Wells | Complex Commercial, Employment and Construction Litigation**
**The Florida Bar Board Certified in Civil Trial Law**
G R A Y | R O B I N S O N

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8478
E-mail | Website | Bio | vCard

**Facebook | LinkedIn | Twitter**

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

-----Original Message-----
From: David A. Hancock, CEDS
Sent: Monday, October 22, 2018 5:13 PM
To: Grier Wells
Subject: RE: Dixie Emails

Attached is the corrected load file with the metadata.

Dave