UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

      Plaintiff,

vs.             Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

      Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

      Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

      Counterclaim Defendants.
_____/

# O R D E R

The Unopposed Motion to Extend Case Management Deadlines (Doc. No. 95; "Motion"), filed May 17, 2019, is **GRANTED in part, and TAKEN UNDER ADVISEMENT in part**. The Motion is **GRANTED** to the following extent: 1) the deadline for filing motions to add parties or to amend pleadings is extended to **July 1, 2019**; 2) the parties are relieved of the obligation to disclose any expert reports until further Order; and 3) the parties may proceed with depositions, including party depositions. The Motion is **UNDER ADVISEMENT**

as to the remaining requested extensions.  When responses to the pending motions are filed, the Court will be in a better position to determine the remaining schedule of the case. In the meantime, the parties shall work diligently on the discovery issues that serve as the bases for the requested extensions.[1]

**DONE AND ORDERED** at Jacksonville, Florida on May 29, 2019.

                                                            _____
                                                            JAMES R. KLINDT
                                                            United States Magistrate Judge

kaw
Copies to:
Counsel of Record

---

[1] See Transcript of Oct. 2, 2018 Status Conf. (Doc. No. 85), at 17 (Court warning that future extensions of case management deadlines would be "much more difficult" to obtain).