# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.         Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

# O R D E R

1. The Agreed Motion to Extend Time to Respond to Motions for Sanctions and to Compel Discovery (Doc. No. 103; "Motion"), filed May 30, 2019, is **GRANTED**.

2. Foodonics International, Inc., Kevin Jacques Klempf, and GrayRobinson, P.A. shall have up to and including **June 10, 2019** to respond to the pending motions for sanctions and to compel (Doc. Nos. 98, 100, 101).

**DONE AND ORDERED** at Jacksonville, Florida on June 3, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record