UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
)
    Plaintiff,
)
v.                                                Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust,
)
    Defendant.
)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF )
TRUST,
)
    Counterclaim Plaintiffs,
)
v.
)
FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN )
JACQUES KLEMPF,
)
    Counterclaim Defendants.
)

## AMENDED CERTIFICATE OF SERVICE

I certify that on June 11, 2019, a copy of Counterclaim Plaintiffs' Motion to Compel Cal-Maine Foods and Adolphus Baker to Produce Documents and ESI (Doc. No. 107) was furnished (i) electronically through the Court's CM/ECF electronic notification system to

Daniel Ryan Russell, counsel for Cal-Maine Foods, Inc. (drussell@joneswalker.com) and Samuel Grier Wells, counsel for Foodonics International, Inc. and Jacques Klempf (gwells@gray-robinson.com, Barbara.rude@gray-robinson.com) and (ii) by electronic mail to Mark A. Cunningham, counsel for Cal-Maine Foods, Inc. and Adolphus Baker (mcunningham@joneswalker.com).

        SMITH HULSEY & BUSEY

        By:   /s/ *James H. Post*
            James H. Post
            Michael E. Demont
            R. Christopher Dix

        Florida Bar Number 175460
        Florida Bar Number 364088
        Florida Bar Number 036988
        One Independent Drive, Suite 3300
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com
        mdemont@smithhulsey.com
        cdix@smithhulsey.com

        Attorneys for Dina Klempf Srochi, as Trustee, and Dennis L. Blackburn, as Assistant Trustee, of the Laura Jean Klempf Revocable Trust