UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust,<br><br>Defendant.<br>_____<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF,<br><br>Counterclaim Defendants.<br>_____ | Case No. 3:17-cv-1054-J-32 JRK |

## **NOTICE OF APPEARANCE**

NOTICE is given that Edward R. Shohat and the firm of Jones Walker LLP, is appearing as counsel for Non-parties Cal-Maine Foods, Inc. and Dolph Baker (collectively "Cal-Maine"). Counsel agrees to represent the Non-parties in these proceedings in the district court.

{M1638201.1}

Respectfully submitted,

*/s/Edward R. Shohat*
EDWARD R. SHOHAT
Jones Walker LLP
201 S. Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
Florida Bar No. 152634
eshohat@joneswalker.com

Attorney for Non-parties
Cal-Maine Foods, Inc. and Dolph Baker

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on June 25, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/Edward R. Shohat
Edward R. Shohat, Esq.