UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
                                  )

    Plaintiff,
                                  )

v.                                             Case No. 3:17-cv-1054-J-32JRK
                                  )

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF        )
REVOCABLE TRUST, a Georgia trust,
                                  )

    Defendant.
_____)

DINA KLEMPF SROCHI, as Trustee    )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,   )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF  )
TRUST,
                                  )

    Counterclaim Plaintiffs,
                                  )

v.
                                  )

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN      )
JACQUES KLEMPF,
                                  )

    Counterclaim Defendants.

## **NOTICE OF APPEARANCE AND WRITTEN DESIGNATION TO ACT**

Non-parties Cal-Maine Foods, Inc. and Dolph Baker (collectively "Cal-Maine") file this notice of appearance pursuant to Local Rule 2.02(a) by their lead counsel Mark A. Cunningham who is a non-resident and member of good standing in the United States District Court of the

Eastern District of Louisiana. Cal-Maine further designates Edward Shohat, Esquire of Jones Walker LLP, who is a resident of and licensed attorney in the State of Florida and a member in good standing of the Bar of the Middle District of Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case. Mr. Cunningham further represents compliance with both the fee and email registration requirements of Local Rule 2.01(d).

Respectfully submitted,

/s/ *Mark A. Cunningham*
MARK A. CUNNINGHAM
Jones Walker LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
mcunningham@joneswalker.com

*/s/ Edward R. Shohat*
EDWARD R. SHOHAT
Jones Walker LLP
201 S. Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
Florida Bar No. 152634
eshohat@joneswalker.com

Attorneys for Non-parties
Cal-Maine Foods, Inc. and Dolph Baker

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on June 25, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Edward R. Shohat*
EDWARD R. SHOHAT, ESQUIRE