UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


FOODONICS INTERNATIONAL, INC.,)
a Florida corporation,

                                 )

    Plaintiff,

                                 )

v.                                          Case No. 3:17-cv-1054-J-32-TJC

                                 )

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF       )
REVOCABLE TRUST, a Georgia trust,

                                 )

    Defendant.

                                 )
_____


DINA KLEMPF SROCHI, as Trustee   )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,   )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF   )
TRUST,

                                 )

    Counterclaim Plaintiffs,

                                 )

v.

                                 )

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN   )
JACQUES KLEMPF,

                                 )

    Counterclaim Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 2.02 of the Rules Governing the Special Admission to

Practice of the United States District Court for the Middle District of Florida, the undersigned

respectfully moves for the admission *pro hac vice* of Mark A. Cunningham of the law firm Jones

Walker LLP, 201 St. Charles Avenue, New Orleans, Louisiana 70170 (504) 582-8536, for purposes of appearance as co-counsel on behalf of Non-parties Cal-Maine Foods, Inc. and Dolph Baker in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mark A. Cunningham, Esquire, to receive electronic filings in this case, and in support thereof states as follows:

1.      Mark A. Cunningham is not admitted to practice in the Middle District of Florida and is a member in good standing of the Louisiana State Bar (#24063) and the Eastern, Middle and Western Districts of Louisiana, among others.

2.      Edward R. Shohat, Esquire, of the law firm Jones Walker LLP, 201 South Biscayne Boulevard, Suite 2600, Miami, Florida 33131 (305) 679-5700, is a member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Edward R. Shohat consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Mark A. Cunningham, has made payment of this Court's $150.00 admission fee. A Special Admission Attorney Certification in accordance with Rule 2.02 is attached hereto.

4.     Mark A. Cunningham, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to **Mark A. Cunningham** at **mcunningham@joneswalker.com**.

WHEREFORE, Edward R. Shohat, moves this Court to enter an Order for the admission *pro hac vice* of Mark A. Cunningham, to appear before this Court on behalf Non-parties Cal-Maine Foods, Inc. and Dolph Baker, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Mark A. Cunningham, Esquire.

Respectfully submitted,

                                                                                    /s/
*Edward R. Shohat*
EDWARD R. SHOHAT
Jones Walker LLP
201 S. Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
Florida Bar No. 152634
eshohat@joneswalker.com

Attorney for Non-parties
Cal-Maine Foods, Inc. and Dolph Baker

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on June 26, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Edward R. Shohat*
EDWARD R. SHOHAT, ESQUIRE