# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## SPECIAL ADMISSION
## ATTORNEY CERTIFICATION

This attorney certification form and the information contained herein neither replaces nor supplements the filing and service of pleadings, motions, or other papers as required by law, rule, or court order. This form is required for use by the Clerk of Court in furtherance of the Guidelines and Plan Administration of Non-Appropriated Funds as adopted by this Court and this form will not be handled as a pleading, motion, or other paper filed in a case before the Court.

---

FOODONICS INTERNATIONAL, INC.

a Florida corporation ,

Plaintiff(s)/Petitioner(s),

v.                                                                              CASE NO. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI et al.

_____ ,

Defendant(s)/Respondent(s)

_____ /

I, Mark A. Cunningham _____ (pro hac vice counsel), hereby submit this attorney certification form to the Court on behalf of Non-party Cal-Maine Foods and Dolph Baker ("Cal-Maine") (party represented).

---

**ATTORNEY INFORMATION**

Firm Name: Jones Walker

Address: 201 St. Charles Avenue, Suite 5100

City: New Orleans          State: Louisiana          Zip: 70170-5100

Firm/Business Phone: 504 - 582 - 8536          Alternate Phone: 504 - 582 - 8129

Firm/Business Fax: 504 - 582 - 8583

E-mail Address: mcunningham@joneswalker.com

---

**ATTORNEY CERTIFICATION**

I certify that:

1. To my knowledge there are NO disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States. **NOTE**: If proceedings ARE pending at this time, please explain at the bottom or back of this form.
2. I am not a resident of the State of Florida.
3. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.
4. Within the twelve (12) month period preceding the date of this attorney certification, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

I declare under penalty of perjury that the foregoing is true and correct.

_____                    _____6/26/19_____
Signature                                                                           Date

## CASE MANAGEMENT / ELECTRONIC CASE FILING (CM/ECF)

To obtain a login and password necessary to participate in the Middle District of Florida's Case Management / Electronic Case Filing (CM/ECF) system, please check our web page at www.flmd.uscourts.gov.

## ATTORNEY SPECIAL ADMISSION FEE

Attorneys specially admitted to practice in the Middle District of Florida under the conditions prescribed in Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, or Rule 2090-1(c)(1) of the Local Bankruptcy Rules for the Middle District of Florida, are required to pay to the Clerk a fee of $150.00 per case. The special admission fee is due with this attorney certification. Payment should be in U.S. currency and checks must be drawn on a U.S. bank. Please make checks payable to "Clerk, U.S. District Court."

Providing the Court with an attorney certification form and the $150.00 Special Admission Fee, **DOES NOT** satisfy the requirements of Rule 2.02, Local Rules for the Middle District of Florida.