UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
)
    Plaintiff,
)
v.                                                                    Case No. 3:17-cv-1054-J-32-TJC
)
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF                )
REVOCABLE TRUST, a Georgia trust,
)
    Defendant.
)
_____ )

DINA KLEMPF SROCHI, as Trustee          )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,       )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF    )
TRUST,
)
    Counterclaim Plaintiffs,
)
v.
)
FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN        )
JACQUES KLEMPF,
)
    Counterclaim Defendants.

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Mark A. Cunningham, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to Local Rule 2.02 of the Rules Governing the Special

Admission to Practice of the United States District Court for the Middle District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Mark A. Cunningham, may appear and participate in this action on behalf of Non-parties Cal-Maine Foods, Inc. and Dolph Baker. The Clerk shall provide electronic notification of all electronic filings to **Mark A. Cunningham**, Esquire, at mcunningham@joneswalker.com.

DONE AND ORDERED in Chambers at Jacksonville, Florida, this \_\_\_\_\_ day of _____ _____, 2019.

_____
THE HONORABLE TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT COURT JUDGE