UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,

 )

  Plaintiff,

 )

v.        Case No. 3:17-cv-1054-J-32JRK

 )

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust,

 )

  Defendant.

           )

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF )
TRUST,

 )

  Counterclaim Plaintiffs,

 )

v.       )

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, and KEVIN
JACQUES KLEMPF,   )

 )

  Counterclaim Defendants.

           )

**COUNTERCLAIM PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO
FILE REPLY IN SUPPORT OF THEIR MOTION TO COMPEL CAL-MAINE
FOODS AND ADOLPHUS BAKER TO PRODUCE DOCUMENTS AND ESI**

  Pursuant to Local Rule 3.01(d), Counterclaim Plaintiffs move for leave to file a

reply in support of their Motion to Compel Cal-Maine Foods, Inc. and Adolphus Baker to

Produce Documents and ESI (Doc. No. 107), and say:

1.      On June 11, 2019, the Counterclaim Plaintiffs' filed a motion to compel the Cal-Maine Parties to produce supplemental documents and ESI (Doc. 107).

2.      On June 25, 2019, the Cal-Maine Parties filed a memorandum in opposition to the motion to compel (Doc. 110).

3.      The Counterclaim Plaintiffs seek leave to file a reply addressing the new factual issues raised in the Cal-Maine Parties' memorandum.

4.      Plaintiff proposes a five-page limit for the reply and a ten-day deadline from the order permitting plaintiff to file the reply.

## MEMORANDUM OF LAW

Pursuant to Local Rule 3.01(c), "[n]o party shall file any reply . . . unless the Court grants leave." A motion requesting leave "shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper." Local Rule 3.01(d). "The purpose of a reply brief is to rebut any new law or facts contained in the [opposing party's] response to a request for relief before the Court." *Tardif v. P.E.T.A.*, No. 2:09-cv-537-FtM-29SPC, 2011 WL 2729145, at *2 (M.D. Fla. July 13, 2011). And, the motion seeking leave should not be "more detailed than necessary to communicate to the Court plaintiff's reasons for seeking to file the reply." *Ottaviano v. Nautilus Ins. Co.*, No. 8:08-cv-2204-T-33TGW, 2009 WL 425976, at *1 (M.D. Fla. Feb. 19, 2009).

Here, the technical requirements of Local Rule 3.01(d) are met: this motion does not exceed three pages, the proposed length of plaintiff's reply is five pages, and plaintiff has not attached a proposed filing.

Substantively, Counterclaim Plaintiffs move for leave to reply to certain new factual issues raised by the Cal-Maine Parties. Finally, this motion does not provide unnecessary detail of the arguments Counterclaim Plaintiffs will make in their reply.

## LOCAL RULE 3.01(g) CERTIFICATION

The undersigned certifies that he has conferred with counsel for the Cal-Maine Parties, who does not oppose the relief requested in this motion.

SMITH HULSEY & BUSEY


By:____/s/ *James H. Post*____
      James H. Post
      Michael E. Demont
      R. Christopher Dix

Florida Bar Number 0175460
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Defendant/Counterclaim
    Plaintiffs, Dina Klempf Srochi, as
    Trustee of the Laura Jean Klempf
    Revocable Trust, and Dennis L.
    Blackburn, as Assistant Trustee of the
    Jean Klempf Trust

<u>Certificate of Service</u>

I certify that on this 1st day of July, 2019, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*

Attorney

1039084