**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

# **O R D E R**

On May 29, 2019, the Court entered an Order extending "the deadline for filing motions to add parties or to amend pleadings" to July 1, 2019 (Doc. No. 102). On July 1, 2019, rather than filing a motion, Ms. Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, filed an Amended Answer and Affirmative Defenses to the Complaint and Amended Counterclaim (Doc. No. 113), as well as seventeen Notices of Lis Pendens regarding real property at issue in the Amended Counterclaim (Doc. Nos. 114-30). The

Amended Answer and Affirmative Defenses to the Complaint and Amended Counterclaim (Doc. No. 113) and the Notices of Lis Pendens (Doc. Nos. 114-30) are **STRICKEN** as violating the May 29, 2019 Order and the rules. The Clerk shall remove these documents from the official record. Any motion to add parties or amend pleadings is now due **July 12, 2019** and shall comply with the rules.

    **DONE AND ORDERED** at Jacksonville, Florida on July 2, 2019.

                                          _JAMES R. KLINDT_
                                      United States Magistrate Judge

kaw
Copies to:
Counsel of Record