**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                             Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

# O R D E R

This cause is before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. No. 112; "Motion"), filed June 26, 2019. In the Motion, Mark A. Cunningham seeks permission to appear pro hac vice in this matter on behalf of Respondents Cal-Maine Foods, Inc. and Dolph Baker with Edward R. Shohat of the law firm of Jones Walker LLP as local counsel. Motion at 1-2. However, upon review of the Motion, the Court notes that Respondents have

failed to provide certification under Local Rule 3.01(g), United States District Court, Middle District of Florida, confirming that Respondents have conferred with counsel for Plaintiff and Defendant and advising the Court whether counsel for Plaintiff and Defendant agree to the relief requested. Accordingly, it is

**ORDERED**:

1. The Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. No. 112) is **TAKEN UNDER ADVISEMENT**.

2. On or before **July 10, 2019**, Respondents shall file a certificate of compliance with Local Rule 3.01(g).

**DONE AND ORDERED** at Jacksonville, Florida on July 2, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

mdc
Copies to:
Counsel of Record
Counsel for Cal-Maine