UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,  )
a Florida corporation,
                                )
    Plaintiff,
                                )
v.                                         Case No. 3:17-cv-1054-J-32 JRK
                                )
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF       )
REVOCABLE TRUST, a Georgia trust,
                                )
    Defendant.
_____ )

DINA KLEMPF SROCHI, as Trustee  )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF )
TRUST,
                                )
    Counterclaim Plaintiffs,
v.
                                )
FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN )
JACQUES KLEMPF,

    Counterclaim Defendants.    )

**NON-PARTIES CAL-MAINE FOODS, INC. and DOLPH BAKER's**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

NOTICE is given that Edward R. Shohat, local counsel for Non-parties Cal-Maine Foods, Inc. and Dolph Baker, in compliance with this Court's Order [DE 133], has conferred with opposing counsel to resolve the issues raised by the Non-parties Motion to Appeal *Pro Hac Vice*,

Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE 112], (the "Motion").

Counsel for Plaintiff/Counterclaim Defendants, respond they have no objection to the granting of the Motion. Counsel for the Defendant/Counterclaim Plaintiffs, respond they consent to the granting of the Motion.

Respectfully submitted,

*/s/Edward R. Shohat*
EDWARD R. SHOHAT
Jones Walker LLP
201 S. Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
Florida Bar No. 152634
eshohat@joneswalker.com

Attorney for Non-parties
Cal-Maine Foods, Inc. and Dolph Baker

**CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on July 3, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/Edward R. Shohat
Edward R. Shohat, Esq.