**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                       Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

# O R D E R

    1.     Counterclaim Plaintiffs' Unopposed Motion for Leave to File Reply in Support of Their Motion to Compel Cal-Maine Foods and Adolphus Baker to Produce Documents and ESI (Doc. No. 131), filed July 1, 2019, is **GRANTED**.

    2.     Counterclaim Plaintiffs shall file a reply, not to exceed five pages, no later than **July 15, 2019**.

3. Cal-Maine Foods, Inc. and Adolphus Baker are permitted (but not required) to file a sur-reply, not to exceed five pages, no later than **July 26, 2019**.

**DONE AND ORDERED** at Jacksonville, Florida on July 3, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Counsel of Record
Counsel for Cal-Maine Foods, Inc. & Adolphus Baker