**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

vs.               Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

    Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

    Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.
_____/

# O R D E R

1. Counterclaim Plaintiffs' Motion for Leave to File Amended Answer and Affirmative Defenses to the Complaint and Amended Counterclaim and Add Parties (Doc. No. 137), filed July 12, 2019, to which the current parties to the case do not object, see Notice of Waiver of Rule 3.01(g) Objection to Plaintiffs' Motion for Leave to File Amended Answer and Amended Counterclaim and Consent to Entry of An Order Granting Said Motion (Doc. No. 139), filed July 24, 2019, is **GRANTED**.

2. The Clerk shall file, as of today's date, the Amended Answer and Affirmative Defenses to the Complaint and Amended Counterclaim (Doc. No. 137-1).

3. Given the procedural posture of the case, the new parties shall be served with process as soon as practicable.

**DONE AND ORDERED** in Jacksonville, Florida on August 12, 2019.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record