UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia trust,

    Defendant.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
TRUST,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, KEVIN
JACQUES KLEMPF, BAM
COMMERCIAL HOLDINGS, LLC, a
Florida limited liability company, BAM
RESIDENTIAL HOLDINGS, LLC, a
Florida limited liability company, and
BAM INVESTMENT GROUP, LLC, a
Florida limited liability company,

    Counterclaim Defendants.

**SUMMONS IN A CIVIL ACTION**

To: BAM Residential Holdings, LLC
c/o Nancy L. Ferdman, Registered Agent
6440 Southpoint Parkway, Suite 190
Jacksonville, FL 32216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States of a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Counterclaim Plaintiff an answer to the attached counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Counterclaim Plaintiff or Counterclaim Plaintiff's attorney, whose name and address are:

**James H. Post, Esq.**
**Smith Hulsey & Busey**
**One Independent Drive, Suite 3300**
**Jacksonville, Florida 32202**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaim. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
*Signature of Clerk or Deputy Clerk*