# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,  )
a Florida corporation,

                                 )

       Plaintiff,

                                 )

v.                                )        Case No. 3:17-cv-1054-J-32JRK

                                 )

DINA KLEMPF SROCHI, as Trustee  )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia trust,  )

                                 )

       Defendant.

_____)

DINA KLEMPF SROCHI, as Trustee  )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,  )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF  )
TRUST,

                                 )

       Counterclaim Plaintiffs,

                                 )

v.                                )

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, KEVIN
JACQUES KLEMPF, BAM  )
COMMERCIAL HOLDINGS, LLC, a
Florida limited liability company, BAM  )
RESIDENTIAL HOLDINGS, LLC, a
Florida limited liability company, and  )
BAM INVESTMENT GROUP, LLC, a
Florida limited liability company,  )

                                 )

       Counterclaim Defendants.

_____)

**SUMMONS IN A CIVIL ACTION**

To:    BAM Investment Group, LLC
       c/o Nancy L. Ferdman, Registered Agent
       6440 Southpoint Parkway, Suite 190
       Jacksonville, FL 32216

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States of a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Counterclaim Plaintiff an answer to the attached counterclaim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Counterclaim Plaintiff or Counterclaim Plaintiff's attorney, whose name and address are:

       **James H. Post, Esq.**
       **Smith Hulsey & Busey**
       **One Independent Drive, Suite 3300**
       **Jacksonville, Florida 32202**

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the counterclaim.  You also must file your answer or motion with the court.

       *CLERK OF COURT*

Date: _____        _____

                                        *Signature of Clerk or Deputy Clerk*