UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia trust,

    Defendant.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
TRUST,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, KEVIN
JACQUES KLEMPF, BAM
COMMERCIAL HOLDINGS, LLC, a
Florida limited liability company, BAM
RESIDENTIAL HOLDINGS, LLC, a
Florida limited liability company, and
BAM INVESTMENT GROUP, LLC, a
Florida limited liability company,

    Counterclaim Defendants.

Case No. 3:17-cv-1054-J-32JRK

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in Duval County, Florida:

> Property commonly known as 0 May Street identified by the following Duval County Tax Collector as being owned by BAM Commercial Holdings, LLC and being the following tax parcel number:
>
> 090026-0000
>
> and as more particularly described in Exhibit 1 attached (the "0 May Street Property").

The pending Amended Counterclaim alleges that certain properties, including the 0 May Street Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring, encumbering, liquidating or

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

distributing any asset (including the 0 May Street Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 0 May Street Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

SMITH HULSEY & BUSEY


By: /s/ *James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
   Trustee, and Dennis L. Blackburn,
   as Assistant Trustee, of the Laura Jean
   Klempf Revocable Trust

01038031.2

Exhibit 1
(the "0 May Street Property")

That certain tract or parcel of land being a part of Lots 1 through 6, inclusive, Block 1, Forest & Date Street Addition, as recorded in Plat Book 3, page 20, of the current public records of Duval County, Florida and being more particularly described as beginning at the most westerly corner of said Lot 6, said corner being situated in the southeasterly right of way line of Magnolia Street (a 33 foot right of way as now established); thence North 54°39'31" East along said southeasterly right of way line, 24.22 feet to an intersection with the southwesterly right of way line of State Road 211 described in Official Records Book 9868, pages 1813 through 1825 of said current public records; thence South 67°44'06" East along said southwesterly right of way line, 90.66 feet to a point of curve being concave to the South and having a radius of 672.73 feet, a distance of 76.86 feet as measured along a chord bearing South 64°27'37" East to a point of cusp; thence along a curve to the left, said curve being tangent to the aforementioned curve of said point of cusp, also being the right of way line of a 40.29' radius cul-de-sac, said curve being concave to the southeast and having a radius of 40.29 feet, a distance of 74.58 feet, as measured along a chord bearing South 51°01'09" West to the most southerly corner of said Lot 1; thence North 48°53'17" West along the southwesterly line of said Lots 1 through 6, inclusive, 152.68 feet to the point of beginning. (Being the same lands described in Official Records Book 10649, page 538)