UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, <br><br> Defendant. | Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> FOODONICS INTERNATIONAL, INC., a Florida corporation, KEVIN JACQUES KLEMPF, BAM COMMERCIAL HOLDINGS, LLC, a Florida limited liability company, BAM RESIDENTIAL HOLDINGS, LLC, a Florida limited liability company, and BAM INVESTMENT GROUP, LLC, a Florida limited liability company, <br><br> Counterclaim Defendants. | |

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in Duval County, Florida:

> Property commonly known as 107 East Bay Street Unit 102 identified by the following Duval County Tax Collector as being owned by BAM Commercial Holdings, LLC and being the following tax parcel number:
>
> 073359-0120
>
> and as more particularly described in Exhibit 1 attached (the "107 East Bay Street Unit 102 Property").

The pending Amended Counterclaim alleges that certain properties, including the 107 East Bay Street Unit 102 Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring,

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

encumbering, liquidating or distributing any asset (including the 107 East Bay Street Unit 102 Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 107 East Bay Street Unit 102 Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

    SMITH HULSEY & BUSEY

    By:   /s/ *James H. Post*
        James H. Post
        Michael E. Demont
        R. Christopher Dix

    Florida Bar Number 175460
    Florida Bar Number 364088
    Florida Bar Number 036988
    One Independent Drive, Suite 3300
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    jpost@smithhulsey.com
    mdemont@smithhulsey.com
    cdix@smithhulsey.com

    Attorneys for Dina Klempf Srochi, as
      Trustee, and Dennis L. Blackburn,
      as Assistant Trustee, of the Laura Jean
      Klempf Revocable Trust

<u>Exhibit 1</u>
(the "107 East Bay Street Unit 102 Property")


Condominium Unit 102, THE HOLMES BUILDING, a Condominium, together with an undivided interest in the common elements and limited common elements, according to the Declaration of Condominium recorded in Official Records Book 17207 beginning at page 1, as amended from time to time current public records of Duval County, Florida (the "Declaration").