UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia trust,

    Defendant.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
TRUST,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, KEVIN
JACQUES KLEMPF, BAM
COMMERCIAL HOLDINGS, LLC, a
Florida limited liability company, BAM
RESIDENTIAL HOLDINGS, LLC, a
Florida limited liability company, and
BAM INVESTMENT GROUP, LLC, a
Florida limited liability company,

    Counterclaim Defendants.

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in Duval County, Florida:

> Property commonly known as 107 East Bay Street Unit 201 identified by the following Duval County Tax Collector as being owned by BAM Commercial Holdings, LLC and being the following tax parcel number:
>
> 073359-0140
>
> and as more particularly described in Exhibit 1 attached (the "107 East Bay Street Unit 201 Property").

The pending Amended Counterclaim alleges that certain properties, including the 107 East Bay Street Unit 201 Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring,

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

encumbering, liquidating or distributing any asset (including the 107 East Bay Street Unit 201 Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 107 East Bay Street Unit 201 Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

                                          SMITH HULSEY & BUSEY

                                          By:    /s/ *James H. Post*
                                                  James H. Post
                                                  Michael E. Demont
                                                  R. Christopher Dix

                                          Florida Bar Number 175460
                                          Florida Bar Number 364088
                                          Florida Bar Number 036988
                                          One Independent Drive, Suite 3300
                                          Jacksonville, Florida 32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com
                                          mdemont@smithhulsey.com
                                          cdix@smithhulsey.com

                                          Attorneys for Dina Klempf Srochi, as
                                             Trustee, and Dennis L. Blackburn,
                                             as Assistant Trustee, of the Laura Jean
                                             Klempf Revocable Trust

<u>Exhibit 1</u>
(the "107 East Bay Street Unit 201 Property")

Condominium Unit 201, THE HOLMES BUILDING, a Condominium, together with an undivided interest in the common elements and limited common elements, according to the Declaration of Condominium recorded in Official Records Book 17207 beginning at page 1, as amended from time to time current public records of Duval County, Florida (the "Declaration").