UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, <br><br> Defendant. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> FOODONICS INTERNATIONAL, INC., a Florida corporation, KEVIN JACQUES KLEMPF, BAM COMMERCIAL HOLDINGS, LLC, a Florida limited liability company, BAM RESIDENTIAL HOLDINGS, LLC, a Florida limited liability company, and BAM INVESTMENT GROUP, LLC, a Florida limited liability company, <br><br> Counterclaim Defendants. | Case No. 3:17-cv-1054-J-32JRK |

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in Duval County, Florida:

> Property commonly known as 476 May Street identified by the following Duval County Tax Collector as being owned by BAM Commercial Holdings, LLC and being the following tax parcel number:
>
> 090035-0900
>
> and as more particularly described in Exhibit 1 attached (the "476 May Street Property").

The pending Amended Counterclaim alleges that certain properties, including the 476 May Street Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring, encumbering, liquidating or

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

distributing any asset (including the 476 May Street Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 476 May Street Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

                SMITH HULSEY & BUSEY

                By:   /s/ *James H. Post*
                      James H. Post
                      Michael E. Demont
                      R. Christopher Dix

                Florida Bar Number 175460
                Florida Bar Number 364088
                Florida Bar Number 036988
                One Independent Drive, Suite 3300
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                jpost@smithhulsey.com
                mdemont@smithhulsey.com
                cdix@smithhulsey.com

                Attorneys for Dina Klempf Srochi, as
                   Trustee, and Dennis L. Blackburn,
                   as Assistant Trustee, of the Laura Jean
                   Klempf Revocable Trust

01038028.2

Exhibit 1
(the "476 May Street Property")

Lots 24, and 25, Block 1 of FOREST AND DATE STREET ADDITION, according to the Plat thereof as recorded in Plat Book 3, Page(s) 20, of the Public Records of Duval County, Florida (the "Property").