UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
                                 )

       Plaintiff,
                                 )

v.                                                   Case No. 3:17-cv-1054-J-32JRK
                                 )

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia trust,  )

                                 )

       Defendant.
                                 )
_____ )

DINA KLEMPF SROCHI, as Trustee    )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,   )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF  )
TRUST,
                                 )

       Counterclaim Plaintiffs,
                                 )

v.                                         )

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, KEVIN           )
JACQUES KLEMPF, BAM
COMMERCIAL HOLDINGS, LLC, a   )
Florida limited liability company, BAM
RESIDENTIAL HOLDINGS, LLC, a    )
Florida limited liability company, and
BAM INVESTMENT GROUP, LLC, a   )
Florida limited liability company,
                                 )

       Counterclaim Defendants.
_____ )

## NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in St. Johns County, Florida:

> Property commonly known as 610 Summer Place identified by the following St. Johns County Tax Collector as being owned by BAM Commercial Holdings, LLC and being the following tax parcel number:
>
> 0663020610
>
> and as more particularly described in Exhibit 1 attached (the "610 Summer Place Property").

The pending Amended Counterclaim alleges that certain properties, including the 610 Summer Place Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring, encumbering, liquidating or

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

distributing any asset (including the 610 Summer Place Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 610 Summer Place Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

SMITH HULSEY & BUSEY

By:      /s/ *James H. Post*
        James H. Post
        Michael E. Demont
        R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
   Trustee, and Dennis L. Blackburn,
   as Assistant Trustee, of the Laura Jean
   Klempf Revocable Trust

01038023.2

<u>Exhibit 1</u>
(the "610 Summer Place Property")


Condominium Unit 610, SURF VILLAS CONDOMINIUM, together with an undivided interest in the common elements, according to the Declaration of Condominium thereof recorded in Official Record Book 569, Page 727, as amended from time to time, of the Public Records of St. Johns County, Florida.

Said property is more commonly known as 610 Summer Place, Ponte Vedra Beach, FL 32082; Parcel ID Number: 0663020610