UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, | ) ) ) |
| Defendant. | ) ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, | ) ) ) ) ) |
| Counterclaim Plaintiffs, | ) |
| v. | ) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, KEVIN JACQUES KLEMPF, BAM COMMERCIAL HOLDINGS, LLC, a Florida limited liability company, BAM RESIDENTIAL HOLDINGS, LLC, a Florida limited liability company, and BAM INVESTMENT GROUP, LLC, a Florida limited liability company, | ) ) ) ) ) ) |
| Counterclaim Defendants. | ) ) |

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in Duval County, Florida:

> Property commonly known as 301 East Bay Street identified by the following Duval County Tax Collector as being owned by BAM Commercial Holdings, LLC and being the following tax parcel number:
>
> 073360-0030
>
> and as more particularly described in Exhibit 1 attached (the "301 East Bay Street Property").

The pending Amended Counterclaim alleges that certain properties, including the 301 East Bay Street Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring, encumbering, liquidating or

---

[1] This Notice of Lis Pendens relates to the amended counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

distributing any asset (including the 301 East Bay Street Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 301 East Bay Street Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

SMITH HULSEY & BUSEY

By: /s/ *James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
  Trustee, and Dennis L. Blackburn,
  as Assistant Trustee, of the Laura Jean
  Klempf Revocable Trust

01038030.2

<u>Exhibit 1</u>
(the "301 East Bay Street Property")

A PORTION OF LOT 1, BLOCK 1, DOGGETTS MAP OF JACKSONVILLE AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: FOR A POINT OF REFFERENCE, COMMENCE AT THE SOUTHWEST CORNER OF LOT 2, BLOCK 1, SAID DOGGETTS MAP OF JACKSONVILLE; THENCE N 13° 06' 05" E. ALONG THE WEST LINE OF SAID LOT 2, A DISTANCE OF 1.60 FEET; THENCE N 76° 53' 55" W, A DISTANCE OF 2.00 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE N 76° 53' 55" W, A DISTANCE OF 45.00 FEET; THENCE N 00° 02' 46" E, A DISTANCE OF 7.08 FEET TO A 1.00 FOOT WIDE PARTY WALL; THENCE N 13° 06' 05" E, ALONG SAID WALL, A DISTANCE OF 37.00 FEET TO AN ANGLE POINT IN SAID WALL; THENCE S 76° 53' 55" E; A DISTANCE OF 6.20 FEET TO A SECOND ANGLE POINT IN SAID WALL; THENCE N 13° 06' 05" E, CONTINUING ALONG SAID PARTY WALL, A DISTANCE OF 50.00 FEET; THENCE DEPARTING SAID PARTY WALL, S 76° 53' 55" E, A DISTANCE OF 27.00 FEET; THENCE S 13° 06' 05" W, A DISTANCE OF 19.70 FEET; THENCE N 76° 53' 55" W, A DISTANCE OF 5.10 FEET; THENCE S 13° 06' 05" W, A DISTANCE OF 9.80 FEET; THENCE S 76° 53' 55" E, A DISTANCE OF 18,50 FEET; THENCE S 13° 06' 05" W, A DISTANCE OF 64.40 FEET TO THE POINT OF BEGINNING.