UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, <br><br> Defendant. | Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> FOODONICS INTERNATIONAL, INC., a Florida corporation, KEVIN JACQUES KLEMPF, BAM COMMERCIAL HOLDINGS, LLC, a Florida limited liability company, BAM RESIDENTIAL HOLDINGS, LLC, a Florida limited liability company, and BAM INVESTMENT GROUP, LLC, a Florida limited liability company, <br><br> Counterclaim Defendants. | |

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in St. Johns County, Florida:

> Property commonly known as 815 Ponte Vedra Boulevard identified by the following St. Johns County Tax Collector as being owned by Foodonics International, Inc. and being the following tax parcel number:
>
> 0619600000
>
> and as more particularly described in Exhibit 1 attached (the "815 Ponte Vedra Property").

The pending Amended Counterclaim alleges that certain properties, including the 815 Ponte Vedra Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring, encumbering, liquidating or

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

distributing any asset (including the 815 Ponte Vedra Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 815 Ponte Vedra Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

                                      SMITH HULSEY & BUSEY

                                      By:    /s/ *James H. Post*
                                                James H. Post
                                                Michael E. Demont
                                                R. Christopher Dix

                                      Florida Bar Number 175460
                                      Florida Bar Number 364088
                                      Florida Bar Number 036988
                                      One Independent Drive, Suite 3300
                                      Jacksonville, Florida  32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      jpost@smithhulsey.com
                                      mdemont@smithhulsey.com
                                      cdix@smithhulsey.com

                                      Attorneys for Dina Klempf Srochi, as
                                          Trustee, and Dennis L. Blackburn,
                                          as Assistant Trustee, of the Laura Jean
                                          Klempf Revocable Trust

01039170.2

<u>Exhibit 1</u>
(the "815 Ponte Vedra Property")


A PART OF SECTIONS 35 AND 45, TOWNSHIP 3 SOUTH, RANGE 29 EAST, ST. JOHNS COUNTY, FLORIDA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

FOR A POINT OF REFERENCE, COMMENCE AT THE SOUTHWEST CORNER OF LOT 1, BLOCK S-1, PONTE VEDRA, AS RECORDED IN MAP BOOK 8, PAGE 66, OF THE PUBLIC RECORDS OF ST. JOHNS COUNTY, FLORIDA; THENCE SOUTH 13 DEGREES 34 MINUTES 10 SECONDS EAST, ALONG THE EASTERLY RIGHT OF WAY LINE OF STATE ROAD A-1-A (A 66 FOOT RIGHT OF WAY AS NOW ESTABLISHED), A DISTANCE OF 600.00 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE SOUTH 13 DEGREES 34 MINUTES 10 SECONDS EAST, ALONG SAID EASTERLY RIGHT OF WAY LINE, A DISTANCE OF 200.00 FEET; THENCE NORTH 76 DEGREES 25 MINUTES 50 SECONDS EAST A DISTANCE OF 354 FEET, MORE OR LESS, TO THE APPROXIMATE MEAN HIGH WATER LINE OF THE ATLANTIC OCEAN; THENCE NORTHERLY ALONG SAID APPROXIMATE MEAN HIGH WATER LINE, A DISTANCE OF 200 FEET, MORE OR LESS, TO A POINT WHICH BEARS NORTH 76 DEGREES 25 MINUTES 50 SECONDS EAST FROM THE POINT OF BEGINNING; THENCE SOUTH 76 DEGREES 25 MINUTES 50 SECONDS WEST A DISTANCE OF 348 FEET, MORE OR LESS, TO THE POINT OF BEGINNING.

SAID LANDS BEING ONE AND THE SAME AS THOSE LANDS CONVEYED IN THAT CERTAIN DEED RECORDED IN DEED BOOK 221, PAGE 156, PUBLIC RECORDS OF ST. JOHNS COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:
A TRACT OF LAND IN SECTION 35 AND 45, TOWNSHIP 3 SOUTH, RANGE 29 EAST, DESCRIBED AS FOLLOWS:
FOR A POINT OF REFERENCE COMMENCE AT THE POINT OF INTERSECTION OF THE NORTH LINE OF SECTION 35 WITH THE EAST RIGHT OF WAY LINE OF STATE ROAD A-1-A AND THENCE RUN SOUTH 14 DEGREES 02 MINUTES EAST, ALONG SAID RIGHT OF WAY LINE, A DISTANCE OF 67.76 FEET FOR A POINT OF BEGINNING OF THE LANDS TO BE CONVEYED BY THIS DESCRIPTION; THENCE RUN NORTH 14 DEGREES 02 MINUTES WEST ALONG SAID EAST RIGHT OF WAY LINE, A DISTANCE OF 200 FEET; THENCE RUN NORTH 75 DEGREES 58 MINUTES EAST, A DISTANCE OF 300 FEET, MORE OR LESS, TO THE HIGH WATER MARK OF THE ATLANTIC OCEAN; THENCE RUN IN A SOUTHERLY DIRECTION ALONG SAID HIGH WATER MARK, A DISTANCE OF 200 FEET, MORE OR LESS, TO A POINT WHICH LIES NORTH 75 DEGREES 58 MINUTES EAST, FROM THE POINT OF BEGINNING; THENCE RUN SOUTH 75 DEGREES 58 MINUTES WEST A DISTANCE OF 300 FEET MORE OR LESS TO THE POINT OF BEGINNING.