UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia trust,

    Defendant.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
TRUST,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, KEVIN
JACQUES KLEMPF, BAM
COMMERCIAL HOLDINGS, LLC, a
Florida limited liability company, BAM
RESIDENTIAL HOLDINGS, LLC, a
Florida limited liability company, and
BAM INVESTMENT GROUP, LLC, a
Florida limited liability company,

    Counterclaim Defendants.

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in Clay County, Florida:

> Property commonly known as 2008 Pond Ridge Court #1302 identified by the following Clay County Tax Collector as being owned by BAM Residential Holdings, LLC and being the following tax parcel number:
>
> 320426-021262-056-74
>
> and as more particularly described in Exhibit 1 attached (the "2008 Pond Ridge Property").

The pending Amended Counterclaim alleges that certain properties, including the 2008 Pond Ridge Court Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring,

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

encumbering, liquidating or distributing any asset (including the 2008 Pond Ridge Court Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 2008 Pond Ridge Court Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

        SMITH HULSEY & BUSEY


        By:   /s/ *James H. Post*
            James H. Post
            Michael E. Demont
            R. Christopher Dix

        Florida Bar Number 175460
        Florida Bar Number 364088
        Florida Bar Number 036988
        One Independent Drive, Suite 3300
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com
        mdemont@smithhulsey.com
        cdix@smithhulsey.com

        Attorneys for Dina Klempf Srochi, as
          Trustee, and Dennis L. Blackburn,
          as Assistant Trustee, of the Laura Jean
          Klempf Revocable Trust

<u>Exhibit 1</u>
(the "2008 Pond Ridge Property")

Unit 1302, THE ENCLAVE AT EAGLE HARBOR, according to the Declaration of Condominium, as recorded in Official Records Book 2886, Page 1926, as amended by Amendment recorded in Official Records Book 2893, page 693, Official Records Book 2905, page 164, Official Records Book 2935, page 1, and Official Records Book 2937, Page 2160, Official Records Book 2939, page 223, Official Records Book 2947, page 932, and Official Records Book 2968, page 1308, together with an undivided share in the common elements appurtenant thereto, of the Public Records of Clay County, Florida.

Subject to the provisions of the Declaration of Condominium and all exhibits attached thereto, Rules and Regulations promulgated by the Condominium Association under the provisions of the Declaration of Condominium, covenants, conditions, restrictions, reservations, limitations, easements and agreements of record, if any; taxes and assessments for the year 2008 and subsequent years; and to all applicable zoning ordinances and/or restrictions and prohibitions imposed by governmental authorities, if any.