UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK |
| | ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, | )<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Plaintiffs, | )<br>) |
| v. | )<br>) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, KEVIN JACQUES KLEMPF, BAM COMMERCIAL HOLDINGS, LLC, a Florida limited liability company, BAM RESIDENTIAL HOLDINGS, LLC, a Florida limited liability company, and BAM INVESTMENT GROUP, LLC, a Florida limited liability company, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Counterclaim Defendants. | )<br>) |

# NOTICE OF LIS PENDENS

Notice is hereby given that on the 12th day of August, 2019, an amended counterclaim (the "Amended Counterclaim")[1] was filed herein by Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, a Florida Trust, and Dennis L. Blackburn, as Assistant Trustee of the Jean Klempf Trust against Foodonics International, Inc., a Florida corporation, Kevin Jacques Klempf, BAM Commercial Holdings, LLC, a Florida limited liability company, BAM Residential Holdings, LLC, a Florida limited liability company, and BAM Investment Group, LLC, a Florida limited liability company (collectively "Counterclaim Defendants"), involving the following real property located in Chatham County, Georgia:

> Property commonly known as 2721 Whitemarsh Way identified by the following Chatham County Tax Collector as being owned by BAM Residential Holdings, LLC and being the following tax parcel number:
>
> 1-0173A-01-134
>
> and as more particularly described in Exhibit 1 attached (the "2721 Whitemarsh Way Property").

The pending Amended Counterclaim alleges that certain properties, including the 2721 Whitemarsh Way Property, have been the subject of past and future fraudulent transfers in violation of Chapter 726, Florida Statutes. The relief sought for such fraudulent transfers includes, among other things, (i) avoidance of the transfers, (ii) injunctions restraining and enjoining Counterclaim Defendants from further transferring,

---

[1] This Notice of Lis Pendens relates to the Amended Counterclaim which was filed in this case on August 12, 2019 (Doc. No. 142).

encumbering, liquidating or distributing any asset (including the 2721 Whitemarsh Way Property) or incurring any debt that would impair any such asset or (iii) both.

The pending Amended Counterclaim also seeks, among other things, a declaratory judgment that BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC and all other properties owned by them, Foodonics, Jacques Klempf and their respective successors and assigns, including the 2721 Whitemarsh Way Property, are subject to the claims for relief being sought against each of the Counterclaim Defendants in the Amended Counterclaim.

Dated this 16th day of August, 2019.

                              SMITH HULSEY & BUSEY


                              By:    /s/ *James H. Post*
                                      James H. Post
                                        Michael E. Demont
                                        R. Christopher Dix

                              Florida Bar Number 175460
                              Florida Bar Number 364088
                              Florida Bar Number 036988
                              One Independent Drive, Suite 3300
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com
                              mdemont@smithhulsey.com
                              cdix@smithhulsey.com

                              Attorneys for Dina Klempf Srochi, as
                                 Trustee, and Dennis L. Blackburn,
                                 as Assistant Trustee, of the Laura Jean
                                 Klempf Revocable Trust

<u>Exhibit 1</u>
(the "2721 Whitemarsh Way Property")

ALL that certain lot, tract or parcel of land situate, lying and being in Chatham County, Georgia, and known as **UNIT 2721, MERIUTT AT WEITIEMARSH CONDOMINIUM**, a condominium created according to the Georgia Condominium Act, pursuant to that Declaration of Condominium for Merritt at Whitemarsh Condominium, dated March 17, 2006, and recorded in Deed Book 303-X, page 570, Chatham County, Georgia, records, as supplemented by that First Expansion Amendment to the Declaration of Condominium for Merritt at Whitemarsh Condominium, dated March 30, 2006, and recorded in Deed Book 305-A, page 521, Chatham County, Georgia records (collectively the Declaration"), as depicted and identified by the following Plats and Plans:

1. That condominium plat entitled "Final Plat for Merritt at Whitemarsh Condominium, Phase 1", prepared by James W. Sims, G.R.L.S. No. 2280, last revised March 27, 2006, and recorded in Condominium Book 2, page 206, Chatham County, Georgia, records, and that condominium plat entitled "Final Plat for Merritt at Whitemarsh Condominium, Phase 2", prepared by James W. Sims, G.R.L.S. No. 2280, last revised. January 26, 2006, and recorded in Condominium Book 2, page 216, Chatham County, Georgia, records (collectively the "Plat");

2. Those condominium plans entitled "Merritt At Whitemarsh Condominium, 15 Johnny Mercer Boulevard, Chatham County,-Georgia 31410", prepared by Steven W. Ray, G.P.E. No. 18300, dated March 6, 2006, and recorded in Condominium Book 2, pages 207-A through 207-ZZ, Chatham County, Georgia, records, and those condominium plans entitled "Merritt At Whitemarsh Condominium, 15 Johnny Mercer Boulevard, Chatham County, . Georgia 31410", prepared by Steven W. Ray, G.P.E. No. 18300, dated March 6, 2006, and recorded in Condominium Book 2, pages 217-A through 217-AE, Chatham County, Georgia, records (collectively the "Plans"),

   said Plat and Plans being incorporated herein and made a part hereof by this reference, together with the appurtenant percentage of undivided interest in the Common Elements and Limited Common Elements as described in the Declaration.

   SUBJECT to all of the provisions of said Declaration, the Bylaws of Merritt at Whitemarsh, a Condominium Association, Inc. and the provisions of the Georgia Condominium Act and to all other covenants, conditions, casements, restrictions, and reservations of record.

   SAID property is a portion of the property conveyed to Kings Merritt at Whitemarsh Apartments, LLC, a Delaware Limited Liability Company, pursuant to that Limited Warranty Deed from M.L. Whitemarsh, LLC, a Georgia Limited Liability Company, dated January 24, 2006, and recorded in Deed Book 301-L, page 666, Chatham County, Georgia, records.

   This being the same property transferred by Limited Warranty Deed recorded at Book 312H, Pages 140-142, Chatham County, Georgia, records.