IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

Case No.: 3:17-cv-1054-TJC-JRK

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia Trust,

    Defendant.
_____/
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF, BAM COMMERCIAL
HOLDINGS, LLC, a Florida limited liability
company, BAM RESIDENTIAL HOLDINGS,
LLC, a Florida limited liability company, and
BAM INVESTMENT GROUP, LLC,
a Florida limited liability company,

    Counterclaim Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO AMENDED COUNTERCLAIM

Plaintiff/Counterclaim Defendant Foodonics International, Inc. ("Foodonics"), and

Counterclaim Defendant Kevin Jacques Klempf ("Klempf"), respectfully move this Court for an

Extension of Time to Respond to the Amended Counterclaim filed by Defendants and Counterclaim-Plaintiffs Dina Klempf Srochi ("Srochi") and Dennis L. Blackburn ("Blackburn"). In support of this Motion, Foodonics and Klempf would show that:

1. By Order dated August 12, 2019 (Dkt. 141), this Court granted Srochi's and Blackburn's Motion for Leave to File Amended Answer and Amended Counterclaim (Dkt. 137). The Order further provided that the Amended Answer and Amended Counterclaim were deemed filed as of August 12, 2019.

2. Pursuant to Rule 15, Federal Rules of Civil Procedures, a response to the Amended Counterclaim is required to be filed within fourteen (14) days after service of the amended pleading.[1]

3. The Amended Counterclaim lists BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC as additional Counterclaim Defendants (collectively the "BAM Entities"), all of which are wholly-owned subsidiaries of Foodonics. Service of process on the BAM Entities was made on Klempf on August 15, 2019, requiring a responsive pleading on September 4, 2019.

4. Because of the staggered dates for responses by Foodonics and Klempf and then the BAM Entities, and in the interest of efficiency, Foodonics and Klempf request an extension of time to answer the Amended Counterclaim as the same date as a responsive pleading required of the BAM Entities.

5. This Motion is not made for delay nor will the requested extension of time result in prejudice to any party or these proceedings.

---

[1] Srochi and Blackburn separately filed the Amended Answer and Amended Counterclaim (Dkt. 142) on August 13, 2019. However, Foodonics and Klempf will use August 12, 2019 as the operative date for the required responsive pleading.

## MEMORANDUM OF LAW

Pursuant to Federal Rules of Civil Procedure 6(b) the Court can extend time for responding to a pleading upon a showing of good cause. Here, good cause for an extension of time is shown, Srochi and Blackburn do not oppose the relief requested in this Motion as evidenced by the Local Rule 3.01(g) certification below. This Motion will not prejudice either party or delay these proceedings.

WHEREFORE, Foodonics and Klempf respectfully requests this Court enter an Order granting an extension of time to file an answer to the Amended Counterclaim until September 4, 2019.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Foodonics and Klempf certifies that he has conferred in good faith with counsel for the Srochi and Blackburn who does not oppose the relief requested in this Motion.[2]

Respectfully submitted this 22nd day of August, 2019

/s/ S. Grier Wells
S. GRIER WELLS, ESQ.
Florida Bar No.: 203238
grier.wells@gray-robinson.com
barbara.rude@gray-robinson.com
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904)-598-9929

---

[2] The consent by Counsel for Srochi and Blackburn for the extension of time requested in this Motion is conditioned upon the filing of an answer by Foodonics and Klempf.

3

JOHN M. BRENNAN
Florida Bar No.: 297951
jay.brennan@gray-robinson.com
jessica.rolon@gray-robinson.com

MICHAEL R. SANTANA
Florida Bar No.: 42124
michael.santana@gray-robinson.com
lisandra.acosta@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32802
Telephone: (407) 843-8880

Attorneys for Plaintiff/Counterclaim Defendants, FOODONICS INTERNATIONAL, INC., a Florida Corporation and KEVIN JACQUES KLEMPF

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2019, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to: JAMES H. POST, ESQ., MICHAEL E. DEMONT and R. CHRISTOPHER DIX *(jpost@smithhulsey.com, mdemont@smithhulsey.com, cdix@smithhulsey.com)*, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 *(Attorneys for Defendant/Counterclaim Plaintiffs)*.

/s/ S. Grier Wells, Esq.
Attorney

\732024\20 - # 1840066 v2