**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                              Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

## O R D E R

1. The Unopposed Motion for Extension of Time to File Response to Amended Counterclaim (Doc. No. 164), filed August 22, 2019, is **GRANTED**.

2. Foodonics and Kevin Jacques Klempf shall have up to and including **September 4, 2019** to respond to the Amended Counterclaim.

**DONE AND ORDERED** in Jacksonville, Florida on August 23, 2019.

                                                                         *JAMES R. KLINDT*
                                                                   United States Magistrate Judge

kaw
Copies:
Counsel of Record