IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia Trust,

    Defendant.
_____/
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, KEVIN JACQUES
KLEMPF, BAM COMMERCIAL HOLDINGS,
LLC, a Florida limited liability company, BAM
RESIDENTIAL HOLDINGS, LLC a
Florida limited liability company, and BAM
INVESTMENT GROUP, LLC, a Florida
Limited liability company,

    Counterclaim Defendants.
_____/

**CORPORATE DISCLOSURE STATEMENT OF BAM INVESTMENT GROUP, LLC,
<u>BAM RESIDENTIAL HOLDINGS, LLC AND BAM COMMERCIAL HOLDINGS, LLC</u>**

    Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Counterclaim Defendants, BAM

Investment Group, LLC, BAM Commercial Holdings, LLC, and BAM Residential Holdings,

LLC hereby disclose as follows:

1. BAM Investment Group, LLC is wholly owed by Foodonics International, Inc.

2. BAM Commercial Holdings, LLC and BAM Residential Holdings, LLC are both wholly owned by BAM Investment Group, LLC,

Dated this 5th day of September, 2019

Respectfully submitted,

By: /s/ Daniel K. Bean
Daniel K. Bean, Esq.
Florida Bar No. 15539
Andrew J. Steif, Esq.
Florida Bar No. 0042475
ABEL BEAN LAW P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Telephone: (904) 516-5486
dbean@abelbeanlaw.com
asteif@abelbeanlaw.com
***Attorneys for Counterclaim Defendants,
the BAM Companies***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was served electronically filed with the Clerk of the Court through the Court's CM/ECF electronic notification system and furnished by email delivery to JAMES H. POST, ESQ., MICHAEL E. DEMONT, ESQ.. and R. CHRISTOPHER DIX, ESQ. *(jpost@smithhulsey.com, mdemont@smithhulsey.com, cdix@smithhulsey.com)*, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 *(Attorneys for Defendant/Counterclaim Plaintiffs)* and S. GRIER WELLS, ESQ., JOHN M. BRENNAN, ESQ., and MICHAEL R. SANTANA, ESQ. *(grier.wells@gray-robinson.com, jay.brennan@gray-robinson.com, michael.santana@gray-robinson.com)*, 50 North Laura Street, Suite 1100, Jacksonville, Florida 32202 (*Attorneys for Plaintiff/Counterclaim Defendant Foodonics and Counterclaim Defendant Jacques Klempf*) this 5th day of September, 2019.

/s/ Daniel K. Bean
Attorney