IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

Case No.: 3:17-cv-1054-TJC-JRK

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia Trust,

    Defendant.
_____/
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF, BAM COMMERCIAL
HOLDINGS, LLC, a Florida limited liability
company, BAM RESIDENTIAL HOLDINGS,
LLC, a Florida limited liability company, and
BAM INVESTMENT GROUP, LLC,
a Florida limited liability company,

    Counterclaim Defendants.
_____/

## SUPPLEMENTAL JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiff/Counterclaim Defendant Foodonics International, Inc. ("Foodonics"), Counterclaim Defendant Kevin Jacques Klempf ("Klempf"), through their undersigned counsel,

Counterclaim Defendants BAM Commercial Holdings, LLC, BAM Residential Holdings, LLC and BAM Investment Group, LLC (collectively referred to as "BAM Entities"), through their undersigned counsel, Defendant/Counterclaim Plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust") and Counterclaim Plaintiff Dennis L. Blackburn, as Assistant Trustee of the Trust, through their undersigned counsel, submit this supplemental motion for entry of an order modifying the Second Amended Case Management and Scheduling Order (the "Scheduling Order", Doc. No. 63), as set forth below and in support say:

1. On May 17, 2019, Counterclaim Plaintiffs filed their Unopposed Motion to Extend Case Management Deadlines (Dkt. 95).

2. By Order dated May 29, 2019 (Dkt. 102), this Court granted the motion in part but took under advisement the parties' request to extend the Case Management Deadlines. Specifically, the order advised the parties that the Court wished to have the benefit of responses to pending motions.

3. The pending motions referred to by the Court were a Motion for Sanctions (Dkt. 98), Amended Motion to Compel Foodonics to Produce Non-privileged Documents (Dkt. 100) and an Amended Motion to Compel GrayRobinson to Produce Non-privileged Documents (Dkt. 101).

4. On June 10, 2019, Foodonics filed its Response to Motion for Sanctions (Dkt. 105) and Foodonics and Gray Robinson filed their response to the Amended Motions to Compel directed to GrayRobinson and Foodonics (Dkt. 106).

5. Subsequent to filing the responses to the pending motions by Foodonics and GrayRobinson, the following activities have occurred herein:

a. Counterclaim Plaintiffs filed their Motion to Compel Cal-Maine Foods and Adolphus Baker to Produce Documents and ESI (Dkt. 107) on June 11, 2019 to which a Memorandum in Opposition was filed by Cal-Maine Foods on June 25, 2019 (Dkt. 110).

b. Counterclaim Plaintiffs filed their Amended Answer and Affirmative Defenses to the Complaint and Counterclaim on August 12, 2019 (Dkt. 142) subsequently accompanied by seventeen (17) Notices of Lis Pendens (Dkt. 147-163).[1]

c. On September 5, 2019, the BAM Entities filed their Motion to Dismiss Counterclaim Plaintiff's Amended Counterclaim as to the BAM Entities (Dkt. 166) and Motion for Discharge of the Lis Pendens (Dkt. 167) filed by Counterclaim Plaintiffs.

d. On September 6, 2019, Foodonics and Jacques filed their reply and answer to the Amended Counterclaim (Dkt. 169).[2]

6. As demonstrated by the foregoing, significant activity has occurred since this Court's Order dated May 29, 2019 (Dkt. 102). In addition to responses having been filed to the motions referenced in the Court's Order of May 29, 2019, additional claims have been asserted

---

[1] On July 1, 2019, Counterclaim Plaintiffs filed an Amended Answer and Affirmative Defenses to Complaint with Jury Demand, Amended Counterclaim against Foodonics, Jacques Klempf and the BAM Entities (Dkt. 113). By Order dated July 2, 2019, the Court struck Counterclaim Plaintiff's Amended Answer and Affirmative Defenses to the Complaint and Amended Counterclaim (Dkt. 113). Counterclaim Plaintiffs filed their Motion for Leave to File Amended Answer and Affirmative Defenses to the Complaint and Amended Counterclaim and to Add Parties on July 12, 2019 (Dkt. 137), which motion was granted by this Court on August 12, 2019 (Dkt. 141).

[2] Docket 169 was filed on September 6, 2019, two days after the date established by this Court in its Order dated August 23, 2019 (Dkt. 165) a result of the closure of offices due to anticipated Hurricane Dorian.

3

by Counterclaim Plaintiffs against Foodonics and Jacques as well as the joinder of new parties and claims involving the BAM Entities. Moreover, it appears that discovery matters related to Cal-Maine, including a Motion to Compel, are outstanding.

7. The BAM Entities have filed a Motion to Dismiss the Amended Counterclaim and have filed a Motion to Dissolve the seventeen (17) Lis Pendens that the Counterclaim Plaintiffs recorded shortly after the Amended Counterclaim was filed. These Motions, which relate to matters and claims that were not previously at issue in this action, will require time to brief and resolve. Counsel for the BAM Entities contend that, absent an extension of time as requested herein, the BAM Entities will be prejudiced.

8. Scheduling orders under Rule 16 may be modified "for good cause and with the judge's consent." Rule 16(b)(4), Fed. R. Civ. P. "The court may modify the schedule on a showing of good cause if [the schedule] cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) 1983 advisory committee's note; *see also In re Accutane Prods. Liab. Litig.*, 923 F. Supp. 2d 1349, 1351 (M.D. Fla. 2013) (quoting *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1419 (11th Cir. 1998) (citing Fed. R. Civ. P. 16 advisory committee's note).

9. As a result of the significant changes in the claims asserted and joinder of new parties, the discovery deadlines of September 30, 2019, as established in the current Case Management and Scheduling Order (Dkt. 63) cannot reasonably be met.

10. Accordingly, the parties request that the Court now grant the relief requested in Unopposed Motion to Extend Case Management Deadlines (Dkt. 95) as further amended herein and propose the following schedule:

| Deadline or Event | Current Date | Modified Date |
|---|---|---|
| Disclosure of Fact Witnesses[3] | N/A | 1/3/20 |
| Disclosure of Expert Reports    Initial:<br>Rebuttal: | 10/28/19<br>12/12/19 | 11/25/19<br>1/13/20 |
| Discovery deadline | 9/30/19 | 3/16/20 |
| Dispositive and *Daubert* motions (responses due 21 days after service) | 10/30/19 | 4/16/20 |
| All other motions, including motions *in limine* | 3/19/20 | 7/20/20 |
| Joint Final Pretrial Statement | 3/19/20 | 7/20/20 |
| Final Pretrial Conference | 3/25/20 10:00 a.m. Honorable Timothy J. Corrigan | TBD by the Court |
| Trial Term Begins | 4/6/20 9:00 a.m. Honorable Timothy J. Corrigan | August, 2020 |

WHEREFORE, the parties respectfully request an extension of the remaining deadlines in the Scheduling Order as set forth in the chart above.

Respectfully submitted this 17th day of September, 2019

---

[3] This event is not included in the Second Amended Case Management and Scheduling Order.

/s/ James H. Post
JAMES H. POST, ESQ.
Florida Bar No. 0175460
jpost@smithhulsey.com
MICHAEL E. DEMONT, ESQ.
Florida Bar No. 0364088
mdemont@smithhulsey.com
CHRISTOPHER DIX, ESQ.
Florida Bar No. 0036988
cdix@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Attorneys for Defendant/Counterclaim Plaintiffs DINA KLEMPF SROCHI and DENNIS L. BLACKBURN


/s/ Daniel K. Bean
DANIEL K. BEAN, ESQ.
Florida Bar No. 15539
dbean@abelbeanlaw.com
ANDREW J. STEIF, ESQ.
Florida Bar No. 0042475
asteif@abelbeanlaw.com
Abel Bean Law P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202

Attorneys for Counterclaim Defendants, The BAM Companies

/s/ S. Grier Wells
S. GRIER WELLS, ESQ.
Florida Bar No.: 203238
grier.wells@gray-robinson.com
barbara.rude@gray-robinson.com
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904)-598-9929

JOHN M. BRENNAN
Florida Bar No.: 297951
jay.brennan@gray-robinson.com
jessica.rolon@gray-robinson.com

MICHAEL R. SANTANA
Florida Bar No.: 42124
michael.santana@gray-robinson.com
lisandra.acosta@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32802
Telephone: (407) 843-8880

Attorneys for Plaintiff/Counterclaim Defendants, FOODONICS INTERNATIONAL INC., a Florida Corporation and KEVIN JACQUES KLEMPF

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2019, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to: JAMES H. POST, ESQ.,

6

MICHAEL E. DEMONT and R. CHRISTOPHER DIX *(jpost@smithhulsey.com, mdemont@smithhulsey.com, cdix@smithhulsey.com)*, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 *(Attorneys for Defendant/Counterclaim Plaintiffs)*; DANIEL K. BEAN. ESQ. and ANDREW J. STEIF, ESQ. *(dbean@abelbeanlaw.com; asteif@abelbeanlaw.com)*, Abel Bean Law P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202 *(Attorneys for Counterclaim Defendants, the BAM Companies)*.

/s/ S. Grier Wells, Esq.
Attorney

\732024\20 - # 38128724 v1