# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INT'L, INC., etc.,

    Plaintiff,

v.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, etc.,
et al.,

    Defendants.

## **O R D E R**

In this unnecessarily contentious case, the Court has determined to set a hearing to discuss case status, case scheduling, and the likelihood that the Court will be appointing a Special Master to superintend the parties' discovery and adjudicate their discovery disputes, in accordance with Rule 53 of the Federal Rules of Civil Procedure. To that end, no later than **October 25, 2019**, the parties shall confer and file a list of two agreed persons who the Court may consider to serve in this role. The hearing is **SET** before the undersigned on **November 5, 2019 at 10:00 a.m.** in Courtroom 10D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.[1] Counsel for each

---

[1] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro

party with full authority must attend the hearing. Any case deadline (including response deadlines) that will expire in advance of the hearing will be reset at or following the hearing.² The parties should also be prepared to argue any of the pending motions at the hearing, regardless of whether a response has been filed.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of October, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record

---

hac vice.

² The parties should not take this to mean that the Court intends to grant lengthy extensions of any of their case deadlines.