UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, <br><br> Defendant. | Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> FOODONICS INTERNATIONAL, INC., a Florida corporation, KEVIN JACQUES KLEMPF, BAM COMMERCIAL HOLDINGS, LLC, a Florida limited liability company, BAM RESIDENTIAL HOLDINGS, LLC, a Florida limited liability company, and BAM INVESTMENT GROUP, LLC, a Florida limited liability company, <br><br> Counterclaim Defendants. | |

**ORDER GRANTING JOINT MOTION
AND STIPULATION REGARDING THE INTERIM
<u>RESOLUTION OF ISSUES REGARDING THE BAM ENTITIES</u>**

This cause came before the Court upon the Joint Motion and Stipulation Regarding the Interim Resolution of Issues Regarding the BAM Entities. Upon consideration, it is ORDERED:

1. The Motion (Doc. 174) is granted.

2. The Stipulation is approved and its terms are adopted as an Order of this Court.

3. Pursuant to the consent and agreement of the parties:

   a. The BAM Entities are hereby dropped and dismissed as defendants from all claims in the Amended Counterclaim, without prejudice, pursuant to Rule 21, Federal Rules of Civil Procedure, with each party to bear their own fees and costs;

   b. In the event the Trust obtains a judgment in this action against Foodonics, the BAM Entities will be jointly and severally liable for any such judgment and the BAM Entities' assets will be subject to such judgment from a collection standpoint;

   c. The Trust is directed to cause the Lis Pendens as to the Properties to be cancelled through appropriate filings with the Court and recorded in the relevant public records;

   d. The BAM Entities' Motion to Dismiss (Doc. 166) and (ii) the BAM Entities' Motion to Dissolve Lis Pendens (Doc. 167) are withdrawn without prejudice; the Counterclaim Plaintiffs' Opposed Motion for Extension of Time and for Court Notice re: treatment of Doc. 166 (Doc. 170) is terminated as moot; and

   e. The Trust is directed to withdraw, without prejudice, the discovery it served on September 13, 2019 on the defendants: the (i) Counterclaim Plaintiffs' Request for Production of Documents to Counterclaim Defendant Foodonics and (ii) Counterclaim Plaintiffs' Request for Production of Documents to Counterclaim Defendants – the BAM Entities.

4. Notwithstanding the entry of this Order, the Court's November 5, 2019 hearing will proceed as scheduled. See Doc. 173.

DONE and ORDERED in Jacksonville, Florida, this 10th day of October, 2019.

*[Signature: Timothy J. Corrigan]*

Copies to:
Counsel of Record