UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, </br></br>Plaintiff, </br></br>v. </br></br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust, </br></br>Defendant. </br>_____ </br></br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST, </br></br>Counterclaim Plaintiffs, </br></br>v. </br></br>FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, </br></br>Counterclaim Defendants. </br>_____ | Case No.: 3:17-cv-1054-J-32JRK |

## **NOTICE OF APPEARANCE**

Notice is hereby given to the Clerk and all parties of record that Daniel K. Bean and Andrew J. Steif enter their appearance in this case as co-counsel for Plaintiff / Counterclaim Defendant, Foodonics International Inc. and for Counterclaim Defendant, Kevin Jacques Klempf. All future notices, copies of pleadings, papers, and other materials relevant to this action should

be served upon:

Daniel K. Bean, Esq.
Andrew J. Steif, Esq.
ABEL BEAN LAW P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL 32202
dbean@abelbeanlaw.com
asteif@abelbeanlaw.com

DATED: October 14, 2019

Respectfully submitted,

/s/ Daniel K. Bean
Daniel K. Bean, Esq.
Florida Bar No.:0015539
Primary: *dbean@abelbeanlaw.com*
Andrew J. Steif, Esq.
Florida Bar No.: 0042475
Primary: *asteif@abelbeanlaw.com*
ABEL BEAN LAW, PA
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Telephone: (904) 516-5423

*Attorneys for Foodonics International, Inc. and Kevin Jacques Klempf*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/*Daniel K. Bean
Daniel K. Bean, Esq.