UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Georgia trust,<br><br>    Defendant.<br><br>DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, and DENNIS L. BLACKBURN, as Assistant Trustee of the JEAN KLEMPF TRUST,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>FOODONICS INTERNATIONAL, INC., a Florida corporation, KEVIN JACQUES KLEMPF, BAM COMMERCIAL HOLDINGS, LLC, a Florida limited liability company, BAM RESIDENTIAL HOLDINGS, LLC, a Florida limited liability company, and BAM INVESTMENT GROUP, LLC, a Florida limited liability company,<br><br>    Counterclaim Defendants. | Case No. 3:17-cv-1054-J-32JRK |

## **JOINT NOTICE REGARDING SPECIAL MASTER**

Pursuant to this Court's Order entered October 2, 2019 (Doc. No. 173), counterclaim plaintiffs, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf

Revocable Trust, and Dennis Blackburn, as Assistant Trustee of the Jean Klempf Trust, and counterclaim defendants, Foodonics International, Inc. and Kevin Jacques Klempf, give notice that they have conferred and agree to the appointment of either of the following individuals to serve as Special Master in this case in accordance with Rule 53 of the Federal Rules of Civil Procedure:

      Honorable Ralph Artigliere      Michael G. Tanner
      artiglierer@gmail.com         mtanner@gunster.com
      (706) 851-4121                  (904) 350-7169

Further information regarding these individuals can be furnished to the Court upon request.

| GRAYROBINSON, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By:  /s/ *S. Grier Wells* | By:  /s/ *James H. Post* |
|     S. Grier Wells |     James H. Post |
|     John M. Brennan |     Michael E. Demont |
| |     R. Christopher Dix |
| Florida Bar Number 203238 | |
| 50 North Laura Street, Suite 1100 | Florida Bar Number 175460 |
| Jacksonville, Florida 32202 | Florida Bar Number 364088 |
| (904) 598-9929 | Florida Bar Number 036988 |
| grier.wells@gray-robinson.com | One Independent Drive, Suite 3300 |
| jay.brennan@gray-robinson.com | Jacksonville, Florida 32202 |
| | (904) 359-7700 |
| and | (904) 359-7708 (facsimile) |
| | jpost@smithhulsey.com |
| Michael R. Santana | mdemont@smithhulsey.com |
| Florida Bar Number 42124 | cdix@smithhulsey.com |
| GrayRobinson, P.A. | |
| 301 Eat Pine Street, Suite 1400 | Attorneys for Dina Klempf Srochi, as |
| Orlando, Florida 32802 |    Trustee, and Dennis L. Blackburn, |
| (407) 843-8880 |    as Assistant Trustee, of the Laura Jean |
| michael.santana@gray-robinson.com |    Klempf Revocable Trust |
| | |
| Attorneys for Foodonics International, Inc. | |
|    and Kevin Jacquest Klempf | |

Certificate of Service

I certify that on this 25th day of October, 2019, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

                                                /s/ *James H. Post*
                                                    Attorney

1048863