**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FOODONICS INT'L, INC., etc.,

    Plaintiff,

v.                                               Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, etc., et al.,

    Defendants.

---

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**

Courtroom Deputy: Marielena Diaz      Court Reporter: Shannon Bishop

<u>Counsel for plaintiff</u>:                            <u>Counsel for defendants</u>:
Samuel Grier Wells                                James Post
Daniel Kearney Bean                             Christopher Dix

---

## CLERK'S MINUTES

<u>PROCEEDINGS</u>:    Status conference, case scheduling, pending motions, and possible appointment of a Special Master

- Third Amended Case Management and Scheduling Order to enter.

DATE: <u>November 5, 2019</u>                                 TIME: <u>9:59 a.m. – 11:13 a.m.</u>