**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Georgia Trust,

    Defendant.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust, and DENNIS J.
BLACKBURN, as Assistant
Trustee of the JEAN KLEMPF
TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

    Counterclaim Defendants.

## **ORDER APPOINTING SPECIAL MASTER**

With the parties' consent, and due to the disproportionate amount of judicial resources the pretrial discovery in this case requires, the Court has determined to appoint a Special Master to oversee discovery, in accordance with Federal Rule of Civil Procedure 53. The Court hereby appoints Michael G. Tanner, Esquire, effective upon his filing of an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455. See Fed. R. Civ. P. 53(b)(3). The parties should confer with Mr. Tanner to determine appropriate compensation and allocation of that compensation.[1]

Mr. Tanner has complete authority to conduct proceedings and issue orders on discovery matters, which orders must be filed and served upon each party. Fed. R. Civ. P. 53(d). Those orders will automatically be adopted by the Court unless a party files objections within fourteen days of service (responses to which must be filed within fourteen days thereafter). In making his decisions, the Court requests that Mr. Tanner take reasonable measures to minimize discovery costs, consistent with the parties' rights to appropriate discovery. Mr. Tanner shall proceed with all reasonable diligence to determine any issues the parties have with respect to discovery, including those matters

---

[1] Non-parties are the subject of some of the discovery issues but they should not be expected to contribute to the Special Master's compensation; the parties alone are responsible to bear that cost.

raised by the pending discovery motions, which motions the Court requests be resolved no later than **January 10, 2020**.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of November, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record

Michael G. Tanner, Esq.
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202