**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                  Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Georgia
Trust,

    Defendant.
_____

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust, and DENNIS J.
BLACKBURN, as Assistant
Trustee of the JEAN KLEMPF
TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

    Counterclaim Defendants.
_____

**THIRD AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

The Court held a hearing on November 5, 2019, the record of which is incorporated by reference. As stated on the record, the Court grants the parties' motions to extend case deadlines (Docs. 95 and 171) to the extent that it is hereby

**ORDERED:**

1. The following deadlines and settings apply:

| | |
|---|---|
| Notice regarding Mediation: | **November 19, 2019** |
| Defendant/Counterclaim plaintiffs' jurisdictional brief: | **November 19, 2019** |
| Plaintiff/Counterclaim defendants' response to jurisdictional brief: | **December 10, 2019** |
| Disclosure of Expert Reports: | **January 3, 2020** |
| Expert Rebuttal Reports: | **February 14, 2020** |
| Disclosure of Fact Witnesses:[1] | **March 2, 2020** |
| Discovery Deadline: | **May 1, 2020** |
| Dispositive and Daubert Motions Deadline: | **June 1, 2020** |
| Responses to Dispositive and Daubert Motions: | **June 30, 2020** |
| Replies to Dispositive and Daubert Motions: (limited to 15 pages) | **July 22, 2020** |
| All Other Motions Including Motions in Limine: | **December 10, 2020** |
| Filing of Pretrial Statement: | **December 10, 2020** |
| Final Pretrial Conference: | **December 16, 2020 10:00 a.m.** |

---

[1] A deadline for this event is added to the case schedule at the parties' request. See Docs. 95 & 171.

| | |
|---|---|
| Special Set Trial to begin:<br>(10 days - Jury) | **January 11, 2021**<br>**9:00 a.m.** |

2. In all other respects, the parties shall continue to be governed by the terms of the Court's February 2, 2018, Case Management and Scheduling Order (Doc. 17). The parties are reminded to deliver courtesy copies to chambers of the undersigned of any filing that exceeds 25 pages (inclusive of exhibits).

3. **Absent extraordinary circumstances, the Court does not intend to extend these deadlines. The parties should govern themselves accordingly.**

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of November, 2019.

*[signature: Timothy J. Corrigan]*

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Counsel of Record

Michael G. Tanner, Esquire
Special Master