UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                              Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Georgia Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as Trustee of
the LAURA JEAN KLEMPF REVOCABLE
TRUST, a Florida Trust, and DENNIS J.
BLACKBURN, as Assistant Trustee of
the JEAN KLEMPF TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN JACQUES
KLEMPF,

    Counterclaim Defendants.

---

# AFFIDAVIT PURSUANT TO RULE 53(b)(3)

STATE OF FLORIDA )
                           ) ss
COUNTY OF DUVAL )

Michael G. Tanner, having been first duly sworn, deposes, declares and says:

1. I am an attorney licensed to practice law in the State of Florida and am a member in good standing of the bar of the United States District Court for the Middle District of Florida. My law practice is located primarily in the City of Jacksonville, Duval County, Florida, and my primary current residence is in Duval County Florida. I am over twenty-one (21) years of age, and I am competent to testify as to the matters set forth herein.

2. I have received and reviewed this Court's Order of November 7, 2019 appointing me as Special Master to oversee discovery in this matter (ECF 179), subject to the filing of an affidavit pursuant to Fed. R. Civ. P. 53(b)(3).

3. I have reviewed 28 U.S.C. § 455 and state that there is no ground for my disqualification under such statute, or on any other basis known to me.

4. I am prepared to undertake the duties assigned me by the Court in this case.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
MICHAEL G. TANNER

Sworn to and subscribed before me this 11th day of November, 2019, by Michael G. Tanner who took an oath administered by me and is personally known to me.

(NOTARY SEAL)

_____
(Signature of Notary)

Rebecca M. Frazier
Type/Print Name of Notary

REBECCA M. FRAZIER
MY COMMISSION # GG 026490
EXPIRES: October 6, 2020
Bonded Thru Notary Public Underwriters

_____
Commission Number (if not on Seal)

My Commission Expires:_____