UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                                               Case No .: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Georgia Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as Trustee of
the LAURA JEAN KLEMPF REVOCABLE
TRUST, a Florida Trust, and DENNIS J.
BLACKBURN, as Assistant Trustee of
the JEAN KLEMPF TRUST, a Florida Trust,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN JACQUES
KLEMPF,

    Counterclaim Defendants.

---

# NOTICE OF TELEPHONIC STATUS CONFERENCE
# BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for telephonic status conference on Monday, November 11, 2019 at 4:00 p.m., to discuss:

1. a hearing schedule for pending discovery motions;

2. other matters addressed in the Court's November 7, 2019 Order Appointing Special Master (ECF 179).

One (1) hour has been reserved for this conference. The call-in number for the conference is 1-800-216-0770, and the participant code is 781189#.

DATE: November 11, 2019

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/*Michael G. Tanner*
Michael G. Tanner
mtanner@Gunster.com
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170

Special Master