IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

Case No.: 3:17-cv-1054-TJC-JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,[1]

    Defendant.
_____/
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

    Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

    Counterclaim Defendants.
_____/

## JOINT NOTICE REGARDING MEDIATION

Pursuant to this Court's Third Amended Case Management and Scheduling Order entered November 7, 2019 (Doc. No. 180), Plaintiff/Counterclaim Defendant Foodonics International, Inc., Counterclaim Defendant Kevin Jacques Klempf, and Defendant/Counterclaim Plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust") give notice that they have conferred and agree to one of the appointment of the following to

---

[1] In addition to removing Dennis L. Blackburn from the style of the case, the parties have also agreed to correct the case style reference to the Trust from a Georgia Trust to a Florida Trust.

serve as Mediator in this case:

1. Honorable Harvey E. Schlesinger.

2. Honorable James R. Klindt.

Plaintiff/Counterclaim Defendants would request a mediation deadline of March 15, 2020 to allow the parties to take certain critical depositions. Defendant/Counterclaim Plaintiff believes that mediation may be conducted at any time.

Respectfully submitted this 19th day of November, 2019

/s/ James H. Post
JAMES H. POST, ESQ.
Florida Bar No. 0175460
jpost@smithhulsey.com
MICHAEL E. DEMONT, ESQ.
Florida Bar No. 0364088
mdemont@smithhulsey.com
CHRISTOPHER DIX, ESQ.
Florida Bar No. 0036988
cdix@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Attorneys for Defendant/Counterclaim Plaintiffs DINA KLEMPF SROCHI, TRUSTEE

/s/ Daniel K. Bean
DANIEL K. BEAN, ESQ.
Florida Bar No. 15539
dbean@abelbeanlaw.com
ANDREW J. STEIF, ESQ.
Florida Bar No. 0042475
asteif@abelbeanlaw.com
Abel Bean Law P.A.
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202

Attorneys for Plaintiff FOODONICS INTERNATIONAL, INC. and Counterclaim Defendants, FOODONICS INTERNATIONAL, INC. and KEVIN JACQUES KLEMPF

/s/ S. Grier Wells
S. GRIER WELLS, ESQ.
Florida Bar No.: 203238
grier.wells@gray-robinson.com
barbara.rude@gray-robinson.com
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904)-598-9929

JOHN M. BRENNAN
Florida Bar No.: 297951
jay.brennan@gray-robinson.com
jessica.rolon@gray-robinson.com

MICHAEL R. SANTANA
Florida Bar No.: 42124
michael.santana@gray-robinson.com
lisandra.acosta@gray-robinson.com
GrayRobinson, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32802
Telephone: (407) 843-8880

Attorneys for Plaintiff FOODONICS and Counterclaim Defendants, FOODONICS INTERNATIONAL INC., and KEVIN JACQUES KLEMPF

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November, 2019, I electronically filed the foregoing document with the Clerk of the Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to: JAMES H. POST, ESQ., MICHAEL E. DEMONT and R. CHRISTOPHER DIX *(jpost@smithhulsey.com, mdemont@smithhulsey.com, cdix@smithhulsey.com)*, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 *(Attorneys for Defendant/Counterclaim Plaintiffs);* DANIEL K. BEAN. ESQ. and ANDREW J. STEIF, ESQ. (*dbean@abelbeanlaw.com; asteif@abelbeanlaw.com*), Abel Bean Law P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202 (*Attorneys for Plaintiff/Counterclaim Defendant Jacques Klempf*).

/s/ S. Grier Wells, Esq.
Attorney

#38733414 v2