UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,

    Defendant.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,

    Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

    Counterclaim Defendants.

**COUNTERCLAIM PLAINTIFF'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE JURISDICTIONAL BRIEF**

Counterclaim plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), moves the Court for a one-day extension of time to file the Trust's jurisdictional brief until November 20, 2019, and in support says:

1. By the Third Amended Case Management and Scheduling Order entered on November 7, 2019 (Doc. No. 180), this Court directed that the Trust file a jurisdictional brief by no later than November 19, 2019.

2. By this motion, the Trust requests a one-day extension of time to adequately prepare its submission as directed by the Court.

**MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure 6(b), the Court can extend time upon a showing of good cause. Here, good cause for an extension of time is shown, Foodonics and Jacques Klempf do not oppose the relief requested in this Motion as evidenced by the Local Rule 3.01(g) certification below, and granting the Motion will not prejudice either party or the proceedings.

WHEREFORE, the Trust respectfully requests that this Court enter an order granting a one-day extension (up to and including November 20, 2019), in which to file the Trust's jurisdictional brief.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for the Trust certifies that he has conferred in good faith with counsel for Foodonics International, Inc. and Jacques Klempf, who does not oppose the relief requested in this motion.

SMITH HULSEY & BUSEY


By: /s/ *James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 0175460
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Counterclaim Plaintiff, Dina
  Klempf Srochi, as Trustee of the Laura
  Jean Klempf Revocable Trust

**Certificate of Service**

I certify that on this 19th day of November, 2019, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*<br>Attorney

1051862