UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
                                )
        Plaintiff,
                                )
v.                                          Case No. 3:17-cv-1054-J-32JRK
                                )
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF         )
REVOCABLE TRUST, a Florida trust,
                                )
        Defendant.
                                )

DINA KLEMPF SROCHI, as Trustee   )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )

        Counterclaim Plaintiff,   )

v.                                )

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, and KEVIN
JACQUES KLEMPF,                   )

        Counterclaim Defendants.   )

## UNOPPOSED MOTION TO CONTINUE
## CERTAIN PRETRIAL DEADLINES

Counterclaim plaintiff, Dina Klempf Srochi, as Trustee of the Laura Jean

Klempf Revocable Trust (the "Trust"), moves the Court for a 12 day extension of the

pretrial deadline for the disclosure of expert reports as set forth in the Third Amended

Case Management and Scheduling Order (the "Scheduling Order"; Doc. No. 180),

and in support says:

1. The Scheduling Order sets the deadline of January 3, 2020 for the parties' disclosure of expert reports.

2. The Trust requests (i) an extension of 12 days within which the parties may disclose their expert reports so as to allow the parties' experts to fully partake in the 2019 holiday season without the responsibility of meeting a deadline on January 3, 2020; and (ii) an extension of 12 days within which the parties may submit expert rebuttal reports.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), the Court can extend time upon a showing of good cause. Here, good cause for an extension of time is shown, Foodonics and Jacques Klempf do not oppose the relief requested in this Motion as reflected in the Local Rule 3.01(g) certification below, and granting the Motion will not prejudice either party or the proceedings.

WHEREFORE, the Trust respectfully requests that this Court enter an order granting an extension of (i) 12 days (up to and including January 15, 2020), in which the parties may disclose their expert reports and (ii) 12 days (up to and including February 26, 2020), in which to submit expert rebuttal reports.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for the Trust certifies that he has conferred in good faith with counsel for Foodonics and Jacques Klempf, who does not oppose the relief requested in this Motion.

SMITH HULSEY & BUSEY

By:    /s/ *James H. Post*
        James H. Post
        Michael E. Demont
        R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
   Trustee, of the Laura Jean Klempf
   Revocable Trust

<u>Certificate of Service</u>

I certify that on this 22nd day of November, 2019, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

     /s/ <i>James H. Post</i>     
Attorney

1052079