# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,  )
a Florida corporation,

       )

     Plaintiff,

       )

v.               )      Case No. 3:17-cv-1054-J-32JRK

       )

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF   )
REVOCABLE TRUST, a Florida trust,

       )

     Defendant.

       )
_____)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )

     Counterclaim Plaintiff,   )

v.              )

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, and KEVIN
JACQUES KLEMPF,       )

     Counterclaim Defendants.  )
_____)

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR
## RESPONSE TO MOTION TO COMPEL (DKT. 184)

     Counterclaim Defendants, Foodonics International, Inc. ("Foodonics") and Jacques

Klempf, move the Court for a brief extension of the existing deadline for their response to

Counterclaim Plaintiff, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf

Revocable Trust's (the "Trust") Motion to Compel Production of Non-Privileged

Documents Relating to Sheldrick, McGehee & Kohler and Jess Wright (the "Motion to Compel", Dkt. 184), and in support state:

1.     The Trust filed the Motion to Compel on November 13, 2019. The existing deadline for Foodonics and Mr. Klempf's Response is Wednesday, November 27, the day before the Thanksgiving holiday. Counsel for Foodonics and Mr. Klempf will be traveling for the holiday on that date.

2.     On November 21, 2019, the Special Master entered an Order (Dkt. 193) requiring that Foodonics and Gray Robinson P.A. submit additional briefing as to another motion to compel on or before December 6, 2019. The briefing in response to the November 21, 2019 Order will address matters that overlap with the issues presented by the Motion to Compel.

3.     In order to allow time for a sufficient briefing on all issues, Foodonics and Mr. Klempf request that the deadline for their Response to the Motion to Compel be extended from November 27 to December 6, the same deadline for their response to the Court's November 21, 2019 Order.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), the Court may extend time upon a showing of good cause.  Here, good cause for an extension of time exists, in that a short extension will allow the issues to be fully briefed using a timeframe that has already been ordered by the Special Master on a related matter. Granting the Motion will not prejudice the parties or the proceedings and the Trust consents to the relief requested.

WHEREFORE, Foodonics and Jacques Klempf respectfully request that this Court enter an order granting an extension of the time for the filing of a Response to the Motion to Compel from November 27, 2019 to December 6, 2019.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Foodonics and Jacques Klempf certifies that he has conferred in good faith with counsel for the Trust, Jim Post, via telephone (approximately 11:30 a.m.) and email (10:08 and 11:59 a.m.) on November 22, 2019 and states that the Trust consents to the relief requested herein.

Respectfully submitted,

ABEL BEAN LAW, P.A.

By:  /s/ Daniel K. Bean
Daniel K. Bean, Esq.
Florida Bar No. 15539
Andrew J. Steif, Esq.
Florida Bar No. 0042475
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
Telephone: (904) 516-5486
*dbean@abelbeanlaw.com*
*asteif@abelbeanlaw.com*

GRAY ROBINSON, P.A.

S. Grier Wells, Esq.
Florida Bar No.: 203238
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: (904)-598-9929
grier.wells@gray-robinson.com
barbara.rude@gray-robinson.com

***Attorneys for Counterclaim Defendants***

**Certificate of Service**

I certify that on this 22nd day of November, 2019, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case.

_____/s/ *Daniel K. Bean*_____
                              Attorney