# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.         Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust, et al.,

        Counterclaim Plaintiffs,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.
_____/

## O R D E R

1. The Unopposed Motion to Continue Certain Pretrial Deadlines (Doc. No. 194), filed November 22, 2019, is **GRANTED**.

2. The parties have until **January 15, 2020** to disclose expert reports, and the parties have until **February 26, 2020** to disclose rebuttal expert reports.

3. The parties otherwise remain governed by the Third Amended Case Management and Scheduling Order (Doc. No. 180), entered November 7, 2019.

**DONE AND ORDERED** in Jacksonville, Florida on November 22, 2019.

_____
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record
Special Master