UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.    Case No .: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf
Revocable Trust, a Georgia Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, et al.,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.

---

## SPECIAL MASTER ORDER

1.    The unopposed motion by Foodonics International, Inc.("Foodonics")

and Jacques Klempf (Doc. 195) to extend the deadline to respond to the

Counterclaim Plaintiffs' Motion to Compel Production of Non-Privileged

Documents Relating to Sheldrick, McGehee & Kohler and Jess Wright (the "Motion to Compel") (Doc. 184) is **GRANTED**.

2. Foodonics and Jacques Klempf shall have until **December 6, 2019** to respond to the Motion to Compel.

DONE AND ORDERED at Jacksonville, Florida, this 25th day of November, 2019

/s/*Michael G. Tanner*  
Michael G. Tanner  
Special Master