# EXHIBIT A

December 16, 2015

Foodonics International, Inc.
c/o Mr. James A. Nolan, III
Gray Robinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202

      **RE:   Valuation of Class A Voting Common Stock and Class B Non-voting Common Stock of Foodonics International, Inc. as of September 30, 2015**

Dear Mr. Nolan:

Enclosed is the Appraisal Report expressing our opinion of the fair market value of shares of Class A voting common stock and Class B non-voting common stock in Foodonics International, Inc. ("FII" or the "Company") as of September 30, 2015 ("Valuation Date") held by the Laura Jean Klempf Revocable Trust ( "Subject Interests").  The intended use of this appraisal is to assist with a contemplated redemption of the Subject Interests related to a shareholder dispute and to assist FII shareholders with accurately reporting to the Internal Revenue Service the fair market value of the Subject Interests.  The intended users are Jacques Klempf, the firm of Gray Robinson, P.A. and the firm of Dixon Hughes Goodman, LLP, and the client is the firm of Gray Robinson, P.A.

Based on an analysis as discussed in the enclosed report and our experience in appraising similar closely held business interests, it is the opinion of Sheldrick, McGehee & Kohler, LLC ("SMK" or the "appraiser") that the fair market value of the Subject Interests in FII on a non-marketable, minority interest basis as of September 30, 2015 were:

| | Shares | Per Share Value | Fair Market Value |
|---|---|---|---|
| Laura Jean Klempf Revocable Trust, Class A Stock | 1,591,177 | $3.28 | $5,219,061 |
| Laura Jean Klempf Revocable Trust, Class B Stock | 1,387,431 | $3.11 | 4,314,911 |
| **Total Fair Market Value** | | | **$9,533,972** |

As independent appraisers, the firm and its members have no interest, either present or contemplated, in the shares under review.  Acceptance of this assignment was in no way contingent on our final opinion of value.

Foodonics International, Inc.
c/o Mr. James A. Nolan, III
Gray Robinson, P. A.
December 16, 2015
Page 2


The appraisal *Certification*, as well as the statement of *Limiting Conditions & Assumptions*, contained in the enclosed report are integral parts of this valuation opinion.

The cooperation of all concerned in providing the appraiser with the necessary information to complete this analysis is gratefully acknowledged.

Sincerely,

**SHELDRICK, MCGEHEE & KOHLER, LLC**


_____
Jess W. Wright, ASA
Senior Vice President