# EXHIBIT B

SMITH HULSEY & BUSEY

JAMES H. POST
DIRECT 904.359.7783
JPOST@SMITHHULSEY.COM

**Privileged Confidential**
**Settlement Communication**

June 23, 2017

Mr. Jacques Klempf
530 Ponte Vedra Boulevard
Ponte Vedra Beach, Florida 32082

Re: Laura Jean Klempf Trust dated April 1, 1992 v. Jacques Klempf and Foodonics International, Inc.

Dear Mr. Klempf:

We represent Dennis L. Blackburn, as Special Trustee of the Laura Jean Klempf Trust dated April 1, 1992 in connection with the Trust's claims against you and Foodonics International, Inc. ("Foodonics"). The nature of the Special Trustee's claims are set forth in the accompanying preliminary complaint and discovery requests.

SMITH HULSEY & BUSEY

Mr. Jacques Klempf
June 23, 2017
Page 2

[redacted]

Very truly yours,

James H. Post

JHP/da/964601.3
Enclosures
cc: James A. Nolan, III, Esq.

**Notice of Duty to Preserve Documents and Electronic Evidence**



965517