# EXHIBIT C

| | |
|---|---|
| **From:** | Steve Rosenbloom <srosenbloom@smki.net> |
| **Sent:** | Monday, July 24, 2017 6:14 PM |
| **To:** | James Nolan |
| **Cc:** | Jess Wright |
| **Subject:** | Re: RE: |

I am in Atlanta with my 2nd grandchild born yesterday. Can we do it the first of next week? Let me know…Smr

Sent from my iPhone
Steven M. Rosenbloom
(904) 610-4335

On Jul 24, 2017, at 11:23 AM, James Nolan <James.Nolan@gray-robinson.com> wrote:

> Hey Steve,
> I want to get together with you and Jess to discuss Foodonics. Is there a time this week that works for you? I suspect we'll be hiring you to synthesize what you did versus an asset sale that Foodonics subsequently entered into.
> Jim
>
>
> **James Nolan | Shareholder**
> G R A Y | R O B I N S O N
>
> 50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
> T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8481
> E-mail | Website | Bio | vCard
>
> Facebook | LinkedIn | Twitter
>
>
> This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.
>
> Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.
>
> In the event this communication contains a discussion of any U.S. federal or other tax-related matters, and unless specifically stated otherwise, this discussion is preliminary in nature and is subject to further factual development and technical analysis. Unless specifically stated otherwise, no part of this communication constitutes a formal legal conclusion or opinion of any kind.
>
>
> **From:** Steve Rosenbloom [mailto:srosenbloom@smki.net]
> **Sent:** Saturday, July 22, 2017 3:57 PM
> **To:** James Nolan
> **Subject:**
>
> Jim: I have a call from you on July 14th. I tried you back, but if you need me call or email me. Thanks…Smr

1

FOODONICS_ESI-10203962

Steven M. Rosenbloom, President
*Sheldrick, McGehee and Kohler, LLC*
One Independent Drive  Suite 3140
Jacksonville, FL  32202
ph (904) 355-4715
fax (904) 355-4717
cell (904) 610-4335
email srosenbloom@smki.net
*Business Appraisers Since 1946...*

2

FOODONICS_ESI-10203963