# EXHIBIT D

October 19, 2017

James A. Nolan, III, Esquire
Gray Robinson
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202

RE: **Purchase of the Egg Production Assets of Foodonics International, Inc. By Cal-Maine Foods, Inc.**

On October 16, 2016, Cal-Maine Foods, Inc. ("Cal-Maine") acquired the egg production assets of Foodonics International, Inc. ("Foodonics") for a net cash consideration of $70,648,000 (including the liabilities assumed). Our firm, Sheldrick, McGehee & Kohler, LLC ("SMK", or the "appraiser") performed a fair market value appraisal for certain minority interests in Foodonics having an effective date of September 30, 2015. While SMK's valuation included the "non-egg production assets" of Foodonics, the appraisal indicated a value for the egg production assets of $42,365,144. Therefore, the purchase price for the egg production assets acquired by Cal-Maine, which occurred over a year after the SMK appraisal, reflects an approximate 67% premium over the 2015 appraised value. This document addresses this difference and provides an explanation for Cal-Maine's decision to pay the purchase price.

**Industry Conditions**

*September 2015*
According to the United States Department of Agriculture ("USDA"), Economic Research Service, September 17, 2015, the outbreak of Highly Pathogenic Avian Influenza ("HPAI") resulted in a severe decline in egg production in the U.S. and a sharp rise in egg prices. Egg exports in July 2015 were down 30% from July 2014 as many countries placed restrictions on egg imports from the U.S. As a result of lower production, table egg prices averaged $2.74 per dozen in August 2015, up 104% from a year earlier. For the remainder of 2015, grade A large eggs were forecast at a price of $1.99-$2.03 per dozen and the 2016 forecast indicated an average price range of $1.64-$1.78 per dozen.

This is the environment that existed in the egg industry at the date of SMK's 2015 valuation of $42,365,144 for the egg production assets of Foodonics. HPAI was a real concern with egg production down severely, restrictions being placed on U.S. egg imports and significantly higher egg prices. **These factors have a downward pressure on value for the assets of Foodonics.**

*October 2016*
The USDA Economic Research Service report dated October 18, 2016 indicates that in August the size of the table-egg laying flock had its first increase in the average number of layers since March 2016. The total U.S. egg production in the third quarter of 2016 was up 11% compared to the third quarter of 2015. Total egg exports for August were at the highest level since March 2015. Table egg prices declined to $0.52 per dozen as of October 7, 2016 with the 2016 year-end forecast at an average of $0.78-$0.82 per dozen and the 2017 forecast at an average of 0.93-$1.00 per dozen.

As indicated above, at the time of the purchase by Cal-Maine at $70,648,000, the negative impact of HPAI seemed to be waning based on the number of layers, increased egg production and exports. Also, egg prices declined substantially reflecting the return of ample supply levels (albeit at prices still below the years prior to HPAI). While the pricing may be a concern in the near term, the decline from the high prices of August 2015 ($2.74 per dozen) could suggest more stability in future egg prices. **These conditions indicate an improved environment and increased value for the egg assets of Foodonics relative to the third quarter of 2015.**

**Financial Considerations**

While we do not have Cal-Maine's internal calculations or valuation models regarding the eventual purchase of Foodonics, it is reasonable to assume that Cal-Maine would expect to blend the egg business of Foodonics into its operations and generate profit margins similar to those historically realized by Cal-Maine. It is noted that for the 2016 fiscal year-end, Cal-Maine's EBIT margin (earnings before interest and taxes) was reported at 25.6% and the margin in 2015 was 15.8%. For this discussion, we assumed the Cal-Maine would expect EBIT to represent at least 15% of future sales when purchasing Foodonics' egg producing assets based on the recent two-year history. Therefore, starting with the projected sales figures presented in the 2015 SMK valuation report, the appraiser assumed the following: (1) EBIT of 15%; (2) income tax rate of 34.7% (Cal-Maine's effective tax rate in 2016), and; (3) the same depreciation, working capital needs, capital expenditures, weighted average cost of capital and growth expectation used in the SMK report. As a result, the value of Foodonics egg production assets from Cal-Maine's point of view is estimated as follows:

**FOODONICS EGG PRODUCTION ASSETS**

|  | FYE 2016 | FYE 2017 | FYE 2018 | FYE 2019 | FYE 2020 |
|---|---|---|---|---|---|
| Projected Sales in 2015 SMK Valuation | $117,000,000 | $135,000,000 | $145,000,000 | $155,000,000 | $165,000,000 |
| EBIT | 17,550,000  15.0% | 20,250,000  15.0% | 21,750,000  15.0% | 23,250,000  15.0% | 24,750,000  15.0% |
| Tax @ 34.7% | (6,089,850) | (7,026,750) | (7,547,250) | (8,067,750) | (8,588,250) |
| Net Income | $11,460,150 | $13,223,250 | $14,202,750 | $15,182,250 | $16,161,750 |
| Plus: NonCash Items | 11,737,265 | 10,848,585 | 9,863,876 | 9,700,352 | 9,657,302 |
| Less: Working Capital Needs | (6,590,394) | (4,500,000) | (2,500,000) | (2,500,000) | (2,500,000) |
| Less: Capital Expenditures | (9,243,000) | (8,775,000) | (8,700,000) | (9,300,000) | (9,900,000) |
| Net Cash Flow | 7,364,021 | 10,796,835 | 12,866,626 | 13,082,602 | 13,419,053 |
| time period | 0.500 | 1.50 | 2.50 | 3.50 | 4.50 |
| PV Factor | 0.9064 | 0.7447 | 0.6119 | 0.5027 | 0.4130 |
| Present Value | 6,674,954 | 8,040,747 | 7,872,836 | 6,576,991 | 5,542,702 |

| | |
|---|---|
| Value of Cashflows - next 5 yrs. | $34,708,230 |
| Present Value of Terminal | 31,704,062 |
| **Value of Invested Capital** | **$66,412,291** |

| | |
|---|---|
| KWacc = | 21.712% |
| Long Term Growth  g = | 3.6% |
| Capitalization Rate (k-g) | 18.112% |
| Cash Flow in 2020 | 13,419,053 |
| x (1 + g) | 103.6% |
| Cash Flow in 2021 = CF1 | 13,902,138 |
| Terminal Value (CF1/Cap. Rate) | $76,756,507 |
| PV Factor | 0.4130 |
| Present Value of Terminal Value | $31,704,062 |

The estimated value to Cal-Maine based on anticipated financial performance is $66,412,291; only 6% below the $70,648,000 price paid for the subject assets of Foodonics. It is noted that the weighted average cost of capital used in the SMK valuation report and in the discounted cash flow above would likely be lower for Cal-Maine which would effectively erase any implied premium. **Thus, the profit margins historically generated by Cal-Maine, which would expect to continue with the purchased Foodonics assets, supports the purchase price of $70,648,000 as compared to the 2015 SMK value of $42,365,144.**

**Public Company Acquisitions**

Cal-Maine is a publicly-traded company and it is common for public entities to make acquisitions at strategic values. In many cases the attributes of ownership of the target company have a unique appeal to the investor due to synergies that can be realized that are not available to a typical financial buyer. To quantify the premiums paid by public companies in acquisitions, the appraiser researched *Mergerstat® Review*, a publication that compiles statistics on publicly announced mergers and acquisitions. Based on the 2017 *Mergerstat® Review* (which reflects 2016 data), the premiums paid above the trading prices of the targeted businesses were as follows:

**Mergerstat® Review 2017**

|  | Average Percent Premium Offered |
|---|---|
| 49 Industry Categories | 59.2% |
| Agricultural Production | 43.1% |
| Food Processing | 45.2% |
| Wholesale/Distribution | 43.3% |

The average premium paid by public companies for all industry categories reviewed was nearly 60%, with the specific industry categories showing average premiums that exceeded 43%.

As discussed, the premium paid by Cal-Maine for the egg production assets of Foodonics in 2016 relative to the 2015 SMK valuation was approximately 67%. Again, we do not have the specific calculations used by Cal-Maine and cannot quantify the unique synergies that Cal-Maine may enjoy from the Foodonics egg assets acquisition. However, the appraiser did identify the following items that would support the payment of a premium price by Cal-Maine:

- Foodonics served the Southeast U.S. market, an area of strong egg consumption, and Cal-Maine was its largest competitor in this market.
- With the acquisition, Cal-Maine gained Foodonics' Eggland's Best ("EB") franchise. This valuable asset brought Cal-Maine's percentage of EB's total business to 50%.
- Foodonics had very expensive cage systems which were fairly new, while Cal-Maine's cage systems are antiquated. This allowed Cal-Maine to use the new cage systems acquired from Foodonics and convert its own antique cages to cage-free systems (a cost Cal-Maine would be incurring anyway given the cage-free craze that started in 2015).
- Foodonic's oldest facility in this market was built in 2009 and Cal-Maine's oldest was built in 1959, thus the acquisition represented an upgrade for Cal-Maine in its Southeast U.S. holdings.

Cal-Maine's transaction with Foodonics occurred over a year after the effective date of the 2015 SMK appraisal. Given the changes in the market during that period as discussed, the level of the *average* premiums paid by public companies in 2016 acquisitions, and the additional benefits as listed above, **the 67% premium over the 2015 value indicated in the subject purchase by Cal-Maine is reasonable**.

**Minority Interest versus Controlling Interest**

In the 2015 appraisal of Foodonics performed by SMK, the subject interest represented a minority position in the Company; therefore, discounts for lack of control and marketability were appropriately applied. Regarding the Cal-Maine purchase, the appraiser notes that Cal-Maine purchased 100% of the egg production assets of Foodonics; not a minority interest. Furthermore, Cal-Maine purchased the most valuable and productive assets of Foodonics. As a result, a discount would not be appropriate when valuing the subject assets and in fact, the shareholders of Foodonics did not accept a discounted value in the sale of Foodonics egg production assets.

**Conclusion**

In the preceding discussion, the appraiser determined the following with respect to the subject purchase of Foodonics egg production assets:

- During the 2015 fiscal year, the HPAI outbreak severely impacted the egg-laying flock resulting in lower production, higher prices and restrictions by many foreign countries regarding U.S. egg exports. However, at the time of the 2016 Cal-Maine purchase, egg production had returned to pre-2015 levels, egg exports had increased and pricing had declined materially. These factors indicate that Foodonics was a more attractive business in the third quarter of 2016 compared to the same quarter of 2015.
- Based on the historical profit margins generated by Cal-Maine in 2015 and 2016, and applying the *minimum* EBIT margin to Foodonics' projections, the estimated value of the subject egg production assets is consistent with the eventual price paid by Cal-Maine.
- Cal-Maine is publicly-traded and it was determined that in 2016 public companies purchased other public entities for an average premium of approximately 60% above the trading prices of the target companies. Further supporting the payment of a premium price for Foodonics' egg assets is the fact that with the purchase Cal-Maine acquired its largest competitor in the attractive Southeast U.S. market, gained the valuable EB franchise of Foodonics, and attained newer cages and updated facilities compared to its existing fixed assets.
- Cal-Maine purchased the most productive assets of Foodonics; in fact, a 100% interest in these assets thus eliminating the need or expectation of a discounted value, unlike the minority interest in Foodonics appraised by SMK.

The above factors support the price paid by Cal-Maine and effectively resolve the difference in the 2015 appraised value and the implied premium indicated by the ultimate transaction price in 2016.

Sincerely,


Jess W. Wright, ASA
Senior Vice President
Sheldrick, McGehee & Kohler, LLC