# EXHIBIT E

| | |
|---|---|
| **From:** | James Nolan <James.Nolan@gray-robinson.com> |
| **Sent:** | Wednesday, November 16, 2016 6:20 PM |
| **To:** | Jess Wright |
| **Subject:** | RE: Foodonics |

Okay. That's fine. We have sold the egg-related assets of Foodonics. I want to get you briefed on the transaction so that you'll be able to help us reconcile the sales price and the appraisal price. I'll call you at 10

Jim

**James Nolan | Shareholder**
G R A Y | R O B I N S O N

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8481
E-mail | Website | Bio | vCard

Facebook | LinkedIn | Twitter

**From:** Jess Wright [mailto:jwright@smki.net]
**Sent:** Wednesday, November 16, 2016 1:17 PM
**To:** James Nolan
**Subject:** RE: Foodonics

Jim,
I'm a little booked up. How about 10 or 11 tomorrow?

**Jess W. Wright, ASA**
Senior Vice President
Sheldrick, McGehee & Kohler, LLC
One Independent Drive, Suite 3140
Jacksonville, Florida 32202
phone 904.355.4715
fax 904.355.4717
www.smki.net

*******************************************************************************

This message may contain confidential or privileged information. If you have received it in error, please notify sender immediately. Any dissemination, distribution or copy of this communication is strictly prohibited.

**From:** James Nolan [mailto:James.Nolan@gray-robinson.com]
**Sent:** Wednesday, November 16, 2016 12:25 PM
**To:** Jess Wright <jwright@smki.net>
**Subject:** Foodonics

1

FOODONICS_ESI-10203965

Jess
Do you have time for a phone call later today?
Jim
Sent from my iPhone

Please excuse my single-finger typing inadequacies.

**James Nolan | Shareholder**
G R A Y | R O B I N S O N

50 North Laura Street, Suite 1100 | Jacksonville, Florida 32202
T: 904-598-9929 | F: 904-598-9109 | D: 904-632-8481
E-mail | Website | Bio | vCard

Facebook | LinkedIn | Twitter

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

Please be advised that this law firm may be acting as a debt collector and is attempting to collect a debt and any information provided will be used for that purpose.

In the event this communication contains a discussion of any U.S. federal or other tax-related matters, and unless specifically stated otherwise, this discussion is preliminary in nature and is subject to further factual development and technical analysis. Unless specifically stated otherwise, no part of this communication constitutes a formal legal conclusion or opinion of any kind.

FOODONICS_ESI-10203966