UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) ) |
| Defendant. | ) ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | ) ) ) |
| Counterclaim Defendants. | ) ) |

**COUNTERCLAIM DEFENDANTS' RESPONSE TO COUNTERCLAIM PLAINTIFF'S JURISDICTIONAL MEMORANDUM**

Counterclaim Defendants, Foodonics International, Inc. ("Foodonics") and Jacques Klempf ("Klempf"), respond to Counterclaim Plaintiff, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust's (the "Trust") Jurisdictional Memorandum (Doc. 191). As detailed below, the Counterclaim Defendants agree with the Trust's contention that this Court possesses subject matter jurisdiction over this action, in its entirety.

1

Counterclaim Defendants reviewed the Trust's Jurisdictional Memorandum and the exhibits thereto, including the Declaration of Dina Srochi (Doc. 192), as well as the relevant case law relating to the citizenship of a Trust. Upon review of the materials submitted to the Court, Counterclaim Defendants state that they do not oppose the Trust's contention that it is a "traditional trust" for purposes of determining diversity jurisdiction.[1]

Therefore, as to Foodonics' Complaint in this action, the Court possesses subject matter jurisdiction because Foodonics is a Florida corporation with its principal place of business in Jacksonville, Florida and because Ms. Srochi is alleged to be a citizen of Georgia, where she also resides and is domiciled. Moreover, the claims asserted in the Complaint seek damages far in excess of the Court's jurisdictional sum. Any issues as to diversity occurred as a result of the addition of Dennis Blackburn as a party. This Court's Order (Doc. 185) granting the Trust's Motion to drop Mr. Blackburn as a party remedied any remaining doubts as to diversity of citizenship.

Foodonics' Complaint in this action asserted a cause of action for declaratory judgment relating to the claims in a draft complaint that the Trust served prior to this lawsuit. Inasmuch as the Trust's Amended Counterclaim arises from the same operative facts as that aspect of the Complaint, Counterclaim Defendants further agree that the Trust's claims are compulsory and not permissive.

## **CONCLUSION**

For the foregoing reasons, Counterclaim Defendants respectfully submit that this

---

[1] Counterclaim Defendants do not contest the representations in the Jurisdictional Memorandum and Srochi Declaration regarding the traditional nature of the Trust. Counterclaim Defendants' consent on this point is intended to apply solely for purposes of determining subject matter jurisdiction. Counterclaim Defendants do not concede that the Trust's claims in this action have merit or that the Trust's determination to file its claims in this action was proper.

Court possesses subject matter jurisdiction over all of the claims asserted by the parties in this case.

>Respectfully submitted,
>
>ABEL BEAN LAW, P.A.
>
>By: /s/ Daniel K. Bean
>Daniel K. Bean, Esq.
>Florida Bar No. 15539
>Andrew J. Steif, Esq.
>Florida Bar No. 0042475
>50 North Laura Street, Suite 2500
>Jacksonville, Florida 32202
>Telephone: (904) 516-5486
>dbean@abelbeanlaw.com
>asteif@abelbeanlaw.com
>
>GRAY ROBINSON, P.A.
>
>S. Grier Wells, Esq.
>Florida Bar No.: 203238
>50 North Laura Street, Suite 1100
>Jacksonville, Florida 32202
>Telephone: (904)-598-9929
>grier.wells@gray-robinson.com
>barbara.rude@gray-robinson.com
>
>***Attorneys for Counterclaim Defendants***

**Certificate of Service**

I certify that on this 10th day of December, 2019, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case.

    /s/ *Daniel K. Bean*
    Attorney