# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                                       Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Georgia Trust,

    Defendant.
_____

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

    Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

    Counterclaim Defendants.
_____

# **O R D E R**

Upon review of the file, including the decision to drop Dennis L. Blackburn as a party (see Docs. 183 & 185), and the parties' jurisdictional briefs

(Docs. 191, 192 & 202), the Court finds it has diversity jurisdiction and its subject matter jurisdiction is therefore properly invoked.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of December, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record