## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

       Plaintiff,

v.                                                                Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Georgia Trust,

       Defendant.

_____

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

       Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

       Counterclaim Defendants.

_____

## **O R D E R**

The Honorable Harvey E. Schlesinger, United States District Judge, has

graciously agreed to conduct a settlement conference in this case. The parties

are directed to contact Judge Schlesinger's chambers to make arrangements for

an initial conference call to begin the process.   The Court will leave it to Judge

Schlesinger to determine an appropriate timeframe within the case schedule to

conduct the settlement conference.

**DONE AND ORDERED** in Jacksonville, Florida this 13th day of

December, 2019.


TIMOTHY J. CORRIGAN
United States District Judge



s.
Copies:

Honorable Harvey E. Schlesinger
United States District Judge

Counsel of record