UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                          Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

    Defendant.

_____

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, et al.,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.

_____

## AMENDED NOTICE OF HEARING BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for a hearing on Monday, December 23, 2019, at 10:00 a.m., for oral argument on:

ACTIVE 11478600.1

1. Counterclaim Plaintiffs' Motion for Sanctions for sluggish discovery, etc. (Doc. 98) and response thereto (Doc. 105);

2. Counterclaim Plaintiffs' Motion to Compel Production of Non-Privileged Documents Relating to Sheldrick McGehee & Kohler and Jess Wright (Doc. 184) and response thereto (Doc. 200).

3. Counterclaim Plaintiffs' Amended Motions to Compel Foodonics and GrayRobinson to Produce Non-Privileged Documents (Docs. 100, 101), response thereto (Doc. 106), and further briefing (Docs. 201, 203).

4. Any other discovery matters for which the parties request assistance from the Special Master.

Two (2) hours have been reserved for this hearing. The hearing will take place at the offices of Gunster, 225 Water Street, Suite 1750, Jacksonville, Florida, 32202.

DATE: December 16, 2019

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/Michael G. Tanner
Michael G. Tanner
mtanner@Gunster.com
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170

Special Master