UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
)
    Plaintiff,
)
v.                                                    Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust,
)
    Defendant.
_____)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as
Assistant Trustee of the JEAN KLEMPF )
TRUST,
)
    Counterclaim Plaintiffs,
)
v.
)
FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN )
JACQUES KLEMPF,
)
    Counterclaim Defendants.

**NOTICE OF COMPLIANCE WITH SPECIAL MASTER ORDER REC. DOC. 198
FOR NON-PARTIES CAL-MAINE FOODS, INC.'S AND DOLPH BAKER'S**

Pursuant to the Special Master Order on Motion to Compel Cal-Maine Parties, dated November 29, 2019, Rec. Doc. 198, Mark A. Cunningham, counsel for Cal-Maine Foods, Inc. and Dolph Baker, hereby submits this Notice of Compliance with Paragraph 1 of the Order

{N3939931.1}                                                     1

which required Cal-Maine and Mr. Baker to provide to the Trust "the information described in paragraphs 2 and 3 of the Requested Cal-Maine/Baker Material." On December 20, 2019, Cal-Maine and Mr. Baker complied with Paragraph 1 of the Special Master's Order by providing declarations by Mr. Baker and the System and Security Administrator for Call-Maine and certain text messages recovered from Mr. Baker's handheld device via email to all counsel of record.

Respectfully submitted,

/s/ *Mark A. Cunningham*
MARK A. CUNNINGHAM (La. Bar Roll No. 24063) (admitted *pro hac vice*)
Jones Walker LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
mcunningham@joneswalker.com

and

/s/ *Edward R. Shohat*
EDWARD R. SHOHAT
Jones Walker LLP
201 S. Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
eshohat@joneswalker.com

Attorneys for Nonparties
Cal-Maine Foods, Inc. and Dolph Baker

## **CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury that on December 20, 2019, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Mark A. Cunningham*