UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

      Plaintiff,

v.                                                        Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

      Defendant.

_____

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, et al.,

      Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

      Counterclaim Defendants.

_____

## SPECIAL MASTER ORDER REGARDING DEPOSITIONS

This cause is before the Special Master pursuant to an Amended Notice of Hearing. (Doc. 206) The hearing was attended by counsel for the Plaintiff/Counterclaim Defendants (the "Foodonics Parties") and by counsel for the

Defendant/Counterclaim Plaintiffs (the "Trust"). Mr. Jacques Klempf attended in person and Mr. David Hancock attended by telephone.

On November 7, 2019, the Court, pursuant to Federal Rule of Civil Procedure 53, appointed the undersigned as Special Master for the purpose of overseeing discovery. (Doc. 179)

Based on argument of counsel at the hearing on December 23, 2019, and the undersigned being otherwise advised in the premises, it is ORDERED:

1. Depositions of fact witnesses in this case shall commence during the week beginning January 13, 2020, with the goal of completing fact witness depositions by February 28, 2020.

2. The order of such depositions and associated issues shall be as follows:

   (a) The Trust shall be permitted to take the first deposition, the Foodonics Parties shall take the second deposition, and the parties shall alternate depositions in a like manner until all depositions of fact witnesses are completed;

   (b) At this time, anticipated fact witness depositions to be taken by the Trust are: Alexandria Klempf; Jacques Klempf; a representative of Sheldrick, McGehee & Kohler; a representative of Foodonics; Richard Still; James Nolan, Esq.; S. Grier Wells, Esq. Anticipated fact witness depositions to be taken by the Foodonics Parties are: Dennis Blackburn, Esq.; Dina Klempf

Srochi; and Dan Edelman. Additional fact witnesses may be identified and deposed pursuant to the terms of this Order;

(c) Counsel for the parties shall consult with their respective witnesses/clients and on or before January 3, 2020, shall provide opposing counsel with at least two (2) available dates for each of the foregoing depositions;

(d) In the event either party cannot comply with these deadlines due to unavailability of their respective witnesses, they may request a *brief* extension by motion supported by a declaration (pursuant to 28 U.S.C. § 1746) or sworn affidavit of the witness describing specifically the necessity for the extension;

(e) Counsel shall confer about additional fact witness depositions which either party proposes to take and shall *promptly* provide opposing counsel with at least two (2) available dates for each prospective deposition. Absent extraordinary circumstances, "promptly" shall mean within two (2) business days.

3. Regarding the depositions of Mr. Jacques Klempf and Foodonics International, Inc. ("Foodonics"):

(a) The Trust may depose Mr. Klempf in his individual capacity for a period not to exceed seven (7) hours, pursuant to Fed. R. Civ. P. 30(d)(1). This deposition shall take place in one (1) sitting. The

Trust may request reasonable additional time for Mr. Klempf's deposition upon a specific showing which satisfies Rule 30(d)(1);

(b) The Trust may notice a deposition of Foodonics pursuant to Fed. R. Civ. P. 30(b)(6), giving notice at least ten (10) days in advance stating "with reasonable particularity the matters for examination." Foodonics shall designate appropriate person(s) to testify on its behalf. The total deposition time for all such person(s) shall not exceed seven (7) hours pursuant to Fed. R. Civ. P. 30(d)(1);

(c) If Foodonics designates Mr. Klempf as one of the persons to testify on its behalf for the 30(b)(6) deposition, the Trust's examination of him in that capacity shall have no more than minimal overlap or duplication of the questions asked of Mr. Klempf during his deposition in his individual capacity.

4. The Trust shall be permitted to depose James Nolan and S. Grier Wells and the Foodonics Parties shall be permitted to depose Dennis Blackburn. The questioning in these depositions shall be limited to discoverable, non-privileged factual information. The parties shall particularly follow the procedures of Fed. R. Civ. P. 30(c)(2) and 30(d)(3) with regard to any objections to questions posed during those depositions.

5. The Trust shall be allowed to depose Sheldrick, McGehee & Kohler as follows:

   (a) The deposition shall last no longer than seven (7) hours, pursuant to Fed. R. Civ. P. 30(d)(1);

   (b) Because SMK has not been identified by either party as a testifying expert, and both parties have identified it as a fact witness, this deposition shall not require either party to pay any expenses requested by SMK in advance of, or as a condition of, the deposition being taken;

   (c) If, after the deposition is completed, SMK requests payment of expenses for preparing for the deposition, or testifying, either party may apply to the Special Master for assistance with that request.

6. Expert witness depositions will be addressed by subsequent order, if necessary.

DONE AND ORDERED at Jacksonville, Florida, this 24th day of December, 2019.

/s/*Michael G. Tanner*
Michael G. Tanner, Special Master