# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Georgia Trust,

    Defendant.

Case No. 3:17-cv-1054-J-32JRK

---

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

    Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

    Counterclaim Defendants.

---

# **O R D E R**

The Court has been monitoring the Special Master's resolution of the parties' discovery disputes and has noted the parties' progress with moving the litigation forward. To that end, at this juncture, it would be counterproductive

for the parties to spend the substantial resources and time necessary to resolve the motion for sanctions based on past discovery problems (Doc. 98).   The Court will therefore terminate that motion, but does so without prejudice to renewal at the conclusion of the case, if appropriate.   Going forward, the Court expects the parties to engage in timely, good faith compliance with all their discovery obligations, relying on the Special Master for assistance where necessary.

    **DONE AND ORDERED** in Jacksonville, Florida this 3rd day of January, 2020.

                                        TIMOTHY J. CORRIGAN
                                        United States District Judge

s.
Copies:
Counsel of record
Michael G. Tanner, Esq., Special Master