UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, )
)
    Plaintiff, )
)
v. )    Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Georgia trust, )
)
    Defendant. )
_____ )

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Florida trust, )
and DENNIS L. BLACKBURN, as )
Assistant Trustee of the JEAN KLEMPF )
TRUST, )
)
    Counterclaim Plaintiffs, )
)
v. )
)
FOODONICS INTERNATIONAL, INC., )
a Florida corporation, and KEVIN )
JACQUES KLEMPF, )
)
    Counterclaim Defendants. )

**NOTICE OF COMPLIANCE WITH SPECIAL MASTER ORDER REC. DOC. 198
BY NON-PARTIES CAL-MAINE FOODS, INC. AND DOLPH BAKER**

Pursuant to the Special Master Order on Motion to Compel Cal-Maine Parties, dated November 29, 2019, Rec. Doc. 198, Mark A. Cunningham, counsel for Cal-Maine Foods, Inc. and Dolph Baker, hereby submits this Notice of Compliance with Paragraphs 2 and 4 of the

Order which required Cal-Maine and Mr. Baker to provide to the Trust: (1) "the information described in paragraph 1 of the Requested Cal-Maine/Baker Material (as paragraph 1 is interpreted in this Order), limited to paragraphs 1, 3, 4, 5, and 11-21 of the subpoena to Mr. Baker" and (2) a Rule 45(e)(2) privilege log "with respect to any responsive information which they claim is privileged or subject to other protection." On January 11, 2020, Cal-Maine and Mr. Baker complied with Paragraphs 2 and 4 of the Special Master's Order by making a supplemental production and providing notice that no documents have been withheld beyond those set forth in the privilege log which accompanied their initial return on the subpoena.

Respectfully submitted,

/s/ *Mark A. Cunningham*
MARK A. CUNNINGHAM (La. Bar Roll No. 24063) (admitted *pro hac vice*)
Jones Walker LLP
201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8536
Facsimile: (504) 589-8536
mcunningham@joneswalker.com

and

/s/ *Edward R. Shohat*
EDWARD R. SHOHAT
Jones Walker LLP
201 S. Biscayne Boulevard, Suite 2600
Miami, Florida 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
eshohat@joneswalker.com

Attorneys for Nonparties
Cal-Maine Foods, Inc. and Dolph Baker

## CERTIFICATE OF SERVICE

I hereby certify and declare under penalty of perjury that on January 13, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

/s/ *Mark A. Cunningham*
