UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, <br><br> Defendant. | Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, <br><br> Counterclaim Defendants. | |

**<u>AMENDED NOTICE OF TAKING VIDEO DEPOSITION OF DINA KLEMPF SROCHI</u>**

Please take notice that Counterclaim Defendants, Foodonics International, Inc. and Kevin Jacques Klempf, will take the videotaped deposition of Dina Klempf Srochi, individually, beginning at 9:00 A.M. on Tuesday, February 4, 2020 at the offices of Hedquist & Associates, Inc., 345 East Forsyth Street, Jacksonville, Florida 32202. This deposition will be videotaped by Advantage Video Productions, Inc., 9951 Atlantic Boulevard, Suite 101, Jacksonville, Florida

32225.

This deposition is being taken for discovery purposes, for use at trial or hearing or both, and shall continue from day to day until completed.

DATED: January 24, 2020

                                      Respectfully submitted,

                                      /s/ Daniel K. Bean
                                      Daniel K. Bean, Esq.
                                      Florida Bar No.:0015539
                                      Primary: *dbean@abelbeanlaw.com*
                                      Andrew J. Steif, Esq.
                                      Florida Bar No.: 0042475
                                      Primary: *asteif@abelbeanlaw.com*
                                      ABEL BEAN LAW, PA
                                      50 North Laura Street, Suite 2500
                                      Jacksonville, Florida 32202
                                      Telephone: (904) 516-5423

                                      *Attorneys for Foodonics International, Inc. and Kevin Jacques Klempf*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all counsel of record registered in the CM/ECF system.

                                      */s/*Daniel K. Bean
                                       Daniel K. Bean, Esq.

c:     Hedquist & Associates, Inc.     Advantage Video Productions, Inc.
        (904) 354-4111                     (904) 724-9006
        Hedquist@bellsouth.net          scheduling@advantage.com