# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

        Plaintiff,

v.                          Case No .: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean
Klempf Revocable Trust, a
Florida Trust,

        Defendant.

_____

DINA KLEMPF SROCHI, as Trustee of
the Laura Jean Klempf Revocable
Trust, et al.,

        Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants.

_____

## NOTICE OF TELEPHONIC STATUS CONFERENCE
## BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for a telephonic status conference on Monday, February 3, 2020, at 10:00 a.m., to discuss:

1.     a hearing schedule for Docs. 214 and 216, and the responses thereto;

2.     other matters to assist the parties with their discovery.

Thirty (30) minutes have been reserved for this conference. The call-in number for the conference is 1-855-633-2040, and the participant code is 2656986#.

DATE:  January 29, 2020

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/Michael G. Tanner*
Michael G. Tanner
mtanner@Gunster.com
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170

Special Master