UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                  Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean
Klempf Revocable Trust, a
Florida Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as Trustee of
the Laura Jean Klempf Revocable
Trust, et al.,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.

---

# NOTICE OF TELEPHONIC STATUS CONFERENCE
# BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for a telephonic status conference on Saturday, February 8, 2020, at 10:00 a.m., to discuss:

1. deposition scheduling;

2. other matters to assist the parties with their discovery.

Sixty (60) minutes have been reserved for this conference. The call-in number for the conference is 1-855-633-2040, and the participant code is 2656986#.

DATE: February 3, 2020

        /s/*Michael G. Tanner*
        Michael G. Tanner
        Special Master

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

        */s/Michael G. Tanner*
        Michael G. Tanner
        mtanner@Gunster.com
        Gunster, Yoakley & Stewart, P.A.
        225 Water Street, Suite 1750
        Jacksonville, Florida 32202
        Telephone: (904) 354-1980
        Facsimile: (904) 354-2170

        Special Master