UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                            Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

    Defendant.
_____

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, et al.,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.
_____

## NOTICE OF HEARING BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for a hearing on Tuesday, February 18, 2020, at 10:00 a.m., for oral argument on:

1. Counterclaim Defendants' Motion to Compel (Doc. 214) and response thereto; and

2. Counterclaim Plaintiffs' Motion For Leave To Continue The Deposition of Counterclaim Defendant Kevin Jacques Klempf (Doc. 216) and response thereto (Doc. 218).

Two (2) hours have been reserved for this hearing. The hearing will take place at the offices of Gunster, 225 Water Street, Suite 1750, Jacksonville, Florida, 32202.

DATE: February 3, 2020

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/Michael G. Tanner*
Michael G. Tanner
mtanner@Gunster.com
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170

Special Master