UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, )
    Plaintiff, )
v. )    Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Florida trust, )
    Defendant. )

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Florida trust, )
    Counterclaim Plaintiff, )
v. )
FOODONICS INTERNATIONAL, INC., )
a Florida corporation, KEVIN )
JACQUES KLEMPF, )
    Counterclaim Defendants. )

**COUNTERCLAIM PLAINTIFF'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND
TO COUNTERCLAIM DEFENDANTS' MOTION TO COMPEL**

Counterclaim plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), moves for an extension of time to file a response to the Counterclaim Defendants' Motion to Compel (the "Motion to Compel"; Doc. No. 214), and in support says:

1. The response to the Motion to Compel is due to be served on February 10, 2020.

2. The Trust requests an extension of two days within which to file a response to the Motion to Compel because adequate preparation of the response will require the additional time requested.

**MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure 6(b), the Court can extend time for responding to a pleading upon a showing of good cause. Here, good cause for an extension of time is shown, the counterclaim defendants do not oppose the relief requested in this motion as evidenced by the Local Rule 3.01(g) certification below, and granting the motion will not prejudice either party or the proceedings.

WHEREFORE, the Trust respectfully requests that this Court enter an order granting an extension of two days (up to and including February 12, 2020), in which to file a response to the Motion to Compel.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for the Trust certifies that he has conferred in good faith with counsel for the counterclaim defendants, who does not oppose the relief requested in this motion.

SMITH HULSEY & BUSEY


By: /s/ *James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar Number 0175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Counterclaim Plaintiff, Dina
  Klempf Srochi, as Trustee of the Laura
  Jean Klempf Revocable

<u>Certificate of Service</u>

  I certify that on this 10th day of February, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

                 /s/ *James H. Post*
                    Attorney

1060330