# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                            Case No .: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, et al.,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.

---

## SPECIAL MASTER ORDER EXTENDING TIME

The Unopposed Motion by Counterclaim Plaintiff Dina Klempf Srochi (Doc. 221) for an extension of time to file a response to the Counterclaim Defendants' Motion to Compel (the "Motion to Compel"; Doc. 214) is **GRANTED**.

Counterclaim Plaintiff shall have through and including February 12, 2020 to respond to the Motion to Compel.

DONE AND ORDERED at Jacksonville, Florida, this 10th day of February, 2020.

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master