UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                                Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

    Defendant.

_____

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, et al.,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.

_____

## SPECIAL MASTER ORDER REGARDING DEPOSITION OF KEVIN JACQUES KLEMPF

This cause is before the Special Master on Counterclaim Plaintiff's Motion

for Leave to Continue the Deposition of Counterclaim Defendant Kevin Jacques

Klempf (the "Motion"; Doc. 216), and the response thereto filed by Counterclaim Defendants Foodonics International, Inc. and Kevin Jacques Klempf. (Doc. 218)

On November 7, 2019, the Court, pursuant to Federal Rule of Civil Procedure 53, appointed the undersigned as Special Master for the purpose of overseeing discovery in this matter. (Doc. 179)

In light of the parties' stipulation on various issues which they provided to the Special Master on February 7, 2020, the Motion is **DENIED** without prejudice to Counterclaim Plaintiff renewing it at a later date if that becomes necessary and appropriate.

DONE AND ORDERED at Jacksonville, Florida, this 10th day of February, 2020.

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master