# EXHIBIT D

*Bank of America Tower*
*50 North Laura Street, Suite 2600*
*Jacksonville, Florida 32202*
*Tel: 904 598-6100*
*Fax: 904 598-6300*
*www.sgrlaw.com*

# SMITH, GAMBRELL & RUSSELL, LLP
*Attorneys at Law*

*Steven E. Brust*
*Direct Tel: 904-598-6107*
*Direct Fax: 904-598-6207*
*sebrust@sgrlaw.com*

October 9, 2013

***VIA HAND DELIVERY***

Grier Wells, Esquire
Gray-Robinson
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202

Re:   Foodonics International, Inc. (the "Company")

Dear Grier:

    To follow up on our recent meeting, this firm has been engaged to represent Laura Jean Klempf, a member of the Board of Directors of the Company and beneficial owner of 42% of the Company's stock. As we discussed, Ms. Klempf has a number of concerns relating to her son Jacques' continuing failure to honor certain terms of the parties' Shareholders Agreement dated September 15, 2006, and his wholesale failure to perform his statutory duties as the controlling officer and board member of the Company. The concerns include but are not limited to the following:

    a.  There has been no board or annual shareholders meeting of the Company since at least 2009;

    b.  Jacques has not provided to the Board or to Ms. Klempf any financial statements, business plans, or recommended material transactions involving the Company since 2009;

    c.  Jacques is believed to have received or have entertained offers for the sale of the Company within the past year, yet has not discussed these events with the Board or with Ms. Klempf, and has otherwise wholly failed to share any pertinent Company information with them; and

    d.  Jacques, individually and as the controlling officer of the Company, has breached the terms of the Shareholders Agreement and has violated the Bylaws of the Company by failing to accept Ms. Klempf's Designation of Successor Member of



*Atlanta, Georgia | Frankfurt, Germany | Jacksonville, Florida | New York, New York | Washington, D.C.*

GR0027247

Grier Wells, Esquire
October 9, 2013
Page 2

Board of Directors of Foodonics International, Inc., a copy of which is attached hereto for your convenient reference.

Based on these events, which you and I discussed in our recent meeting, and the fact that Jacques has refused to return Ms. Klempf's notes or phone calls for the past five months, Ms. Klempf had agreed to meet with Jacques, you, and me in my office yesterday to attempt to resolve these concerns. As you know, the meeting was canceled by your client, and no alternative date has been proposed. Under these circumstances, it appears that Jacques has no interest in attempting to amicably resolve the foregoing concerns with his mother, leaving Ms. Klempf no alternative but to seek appropriate judicial relief. As I expressed to you during our meeting, seeking Court involvement is a path that Ms. Klempf would clearly prefer to avoid. However, we believe that such a path is inevitable unless Jacques is willing to communicate with his mother regarding the Company and all appropriate board level issues, recognizes his contractual obligations under the Shareholders Agreement, and fully performs all duties required of a corporate officer and director under Florida law.

Moreover, Ms. Klempf was advised in a call with a Company representative this morning that the monthly note payment due October 1, 2013, and all monthly payments thereafter, would be paid on the 15th day of each month instead of the 1st of the month. No business reason or explanation for the Company's delay in payment was shared with Ms. Klempf. We would appreciate your bringing this matter to Jacques' attention and confirming that the October, 2013 payment due under the note will be immediately delivered to Ms. Klempf, and all future payments will be made on the first day of the month.

Lastly, on behalf of Ms. Klempf, we again request the scheduling of a meeting with Jacques within the next 14 days to discuss these issues. In anticipation of such meeting, Ms. Klempf would like to receive a copy of the following Company records within the next 7 days:

1. Copies of all interim and year-end financial statements prepared by the Company since January 1, 2009;

2. Copies of all audited financial statements of the Company prepared since January 1, 2009;

3. Copies of all financial statements and business reports provided to any third party since January 1, 2009, in connection with the potential sale of the Company;

4. Copies of all Company valuations performed by or for the Company since January 1, 2009;

Grier Wells, Esquire
October 9, 2013
Page 3

    5. A description of all material transactions involving the Company since January 1, 2009; and

    6. Copies of all promissory notes or other transaction documents reflecting loans to, from, or on behalf of any Company shareholder since January 1, 2009.

Please let me know if you would like to discuss any of the issues raised herein.

        Very truly yours,

        SMITH, GAMBRELL & RUSSELL, LLP

        Steve E. Brust

SEB/mmh

cc: Ms. Jean Klempf

DESIGNATION OF SUCCESSOR
MEMBER OF BOARD OF DIRECTORS
OF
FOODONICS INTERNATIONAL, INC.

---

Pursuant to the authority contained in Section 8.1(a) of the Shareholder's Agreement dated September 15, 2006, the undersigned hereby designates DENNIS L. BLACKBURN to succeed E.A. NOLAN, JR. as a member of the Foodonics International, Inc. Board of Directors.

Executed on this 23 day of July, 2009.

*Laura Jean Klempf*
LAURA JEAN KLEMPF