UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,　)
a Florida corporation,
　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　Case No. 3:17-cv-1054-J-32JRK
　　　　　　　　　　　　　　　　　)
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF　　　　　)
REVOCABLE TRUST, a Florida trust,
　　　　　　　　　　　　　　　　　)
　　　　Defendant.
_____)

DINA KLEMPF SROCHI, as Trustee　　)
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,　)

　　　　Counterclaim Plaintiff,　　　　　　)

v.　　　　　　　　　　　　　　　　　)

FOODONICS INTERNATIONAL, INC.,　)
a Florida corporation, and KEVIN
JACQUES KLEMPF,　　　　　　　　　)

　　　　Counterclaim Defendants.　　　　)
_____

## **NOTICE OF FILING**

Plaintiff, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), gives notice of filing the attached Supplemental Declaration of Dina Klempf Srochi in Support of the Trust's Response to Foodonics' Motion to Compel Privileged Documents (the "Supplemental Declaration") (Doc No. 226). This

Supplemental Declaration was proffered by the Trust for inclusion in the record at the hearing held before the Special Master on February 18, 2020.

          SMITH HULSEY & BUSEY

          By: /s/ *James H. Post*
              James H. Post
              Michael E. Demont
              R. Christopher Dix

          Florida Bar Number 175460
          Florida Bar Number 364088
          Florida Bar Number 036988
          One Independent Drive, Suite 3300
          Jacksonville, Florida 32202
          (904) 359-7700
          (904) 359-7708 (facsimile)
          jpost@smithhulsey.com
          mdemont@smithhulsey.com
          cdix@smithhulsey.com

          Attorneys for Dina Klempf Srochi, as
             Trustee of the Laura Jean Klempf
             Revocable Trust

Certificate of Service

I certify that on this 18th day of February, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the forgoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

                                                              /s/ *James H. Post*
                                                                   Attorney

1061417