UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, <br><br> Defendant. | Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, <br><br> Counterclaim Defendants. | |

**SUPPLEMENTAL DECLARATION OF DINA KLEMPF SROCHI
IN SUPPORT OF THE TRUST'S RESPONSE TO
<u>FOODONICS' MOTION TO COMPEL PRIVILEGED DOCUMENTS</u>**

I, Dina Klempf Srochi, declare as follows:

1. This is a supplement to my Declaration executed and filed in this case on February 12, 2020 (the "Declaration") (Doc. No. 226-2).

2. The protocol described in paragraphs 3 through 8 of my Declaration by which I sent emails to myself has been utilized by me since 2008 to (i) collect material information, (ii) assemble work product in the form of notes, and (iii) memorialize my recollection of material events -- all for the purpose of obtaining legal advice and accounting services from the attorneys and accountants for Jean Klempf and her Trust in coordination with each member of the Jean Klempf Privilege Group, including Dennis Blackburn, Dan Edelman, Steve Brust and Joseph A. Frein.

Dated: Feb 17, 2020

*/s/ Dina Klempf Srochi*
Dina Klempf Srochi

1061283