IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

     Plaintiff,

vs.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,       CASE NO.: 3:17-cv-1054-TJC-JRK

     Defendant.
_____/
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

     Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

     Counterclaim Defendants.
_____/

## <u>NOTICE OF WITHDRAWAL FROM CASE AND</u><br><u>REQUEST TO STOP ELECTRONIC NOTICE</u>

     The undersigned, as co-counsel for Plaintiff/Counterclaim Defendants, Foodonics International, Inc. and Kevin Jacques Klempf, hereby notifies the Court and the parties of the withdrawal of Michael R. Santana, Esq, as attorney for Plaintiff/Counterclaim Defendants, and states as follows:

1.    Michael R. Santana has accepted an in-house position and will no longer be affiliated with GrayRobinson, P.A. no later than February 21, 2020.

2.    Plaintiff/Counterclaim Defendants remain represented in this action by S. Grier Wells of GrayRobinson, P.A. and Daniel K. Bean and Andrew J. Steif of Abel Bean Law, PA and all further communications or pleadings should be directed to them.

3.    Accordingly, Michael R. Santana hereby gives notice of withdrawing from this case effective the date of this filing and requests that electronic notices for this case be discontinued.

Dated this 21st day of February, 2020.

/s/   Michael R. Santana
MICHAEL R. SANTANA
Florida Bar No.: 42124
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Post Office Box 3068
Orlando, Florida 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Michael.santana@gray-robinson.com
Attorneys for Plaintiff/Counterclaim Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed and has been furnished via electronic service  to JAMES H. POST, ESQ., MICHAEL E. DEMONT and R. CHRISTOPHER DIX (jpost@smithhulsey.com, mdemont@smithhulsey.com, cdix@smithhulsey.com), Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (Attorneys for Defendant/Counterclaim Plaintiffs); DANIEL K. BEAN. ESQ. and ANDREW J. STEIF, ESQ. (dbean@abelbeanlaw.com; asteif@abelbeanlaw.com), Abel Bean Law P.A., 50 North Laura Street, Suite 2500, Jacksonville, Florida 32202 (Attorneys for Plaintiff/Counterclaim Defendant Jacques Klempf).

/s/ Michael R. Santana