**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                      Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Counterclaim Plaintiff,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants
_____/

# O R D E R

1. The Notice of Withdrawal from Case and Request to Stop Electronic Notice (Doc. No. 228), filed February 21, 2020, that is construed as a motion of Michael R. Santana to withdraw as counsel of record for Plaintiff/Counterclaim Defendants, is **GRANTED**.[1]

---

[1] Given the representations in the Motion, the Court will dispense with the requirements of the Local Rules on withdrawal in this instance.

2. Michael R. Santana is permitted to withdraw as counsel of record for Plaintiff/Counterclaim Defendants Foodonics International, Inc. and Kevin Jacques Klempf. Plaintiff and Counterclaim Defendants will continue to be represented by other counsel of record.

**DONE AND ORDERED** in Jacksonville, Florida on February 24, 2020.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

Copies:
Counsel of Record
Special Master