**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

        Plaintiff,

vs.                                          Case No.   3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Defendant.
_____

DINA KLEMPF SROCHI,
as Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

        Counterclaim Plaintiff,

vs.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

        Counterclaim Defendants
_____/

## O R D E R

1. Counterclaim Plaintiff's Unopposed Motion for Extension of Time to Respond to Counterclaim Defendants' Amended Motion to Dissolve Lis Pendens (Doc. No. 229), filed February 24, 2020, is **GRANTED**.

2. Ms. Srochi shall have up to and including **March 4, 2020** to file a response to the Amended Motion to Dissolve Lis Pendens (Doc. No. 225).

**DONE AND ORDERED** in Jacksonville, Florida on February 24, 2020.

_____
JAMES R. KLINDT
United States Magistrate Judge

Copies:
Counsel of Record
Special Master