UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                    Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf
Revocable Trust, a Florida Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as Trustee of the
Laura Jean Klempf Revocable Trust, et al.,

    Counterclaim Plaintiffs,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.

---

## NOTICE OF HEARING BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for a hearing on Friday, March 13, 2020, at 2:00 p.m., for oral argument on:

ACTIVE 11816082.1

1. Counterclaim Defendants' Motion to Strike Supplemental Declaration of Dina Klempf Srochi (Doc. 232) and response thereto; and

2. Further discussion regarding Counterclaim Defendants' Motion to Compel (Doc. 214) and response thereto (Doc. 226).

One (1) hour has been reserved for this hearing. The hearing will take place at the offices of Gunster, 225 Water Street, Suite 1750, Jacksonville, Florida, 32202.

DATE: March 3, 2020

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of March, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/Michael G. Tanner*
Michael G. Tanner
mtanner@Gunster.com
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170

Special Master