# COMPOSITE EXHIBIT G

Public Records of St. Johns County, FL Clerk # 2008044223, O.R. 3112 PG 877, 08/07/2008 at 01:10 PM REC. $5.00 SUR. $5.00 Doc. D $24500.00

Jul. 25. 2008 1:44PM    AMERICAS CHOICE TITLE                    No. 0616    P. 2

Prepared by & Return to:
Christine Micieli Pickett
America's Choice Title Company
230 A1A North
Ponte Vedra Beach, Florida 32082

File Number: 08-332

Property Appraiser's Parcel I.D. (folio) Number(s)\
056400-0000

Documentary Stamps have been paid in the
Amount of $24,500.00

# General Warranty Deed

Made this 30 day of July by **Joel Shapiro and Sylvia Shapiro, husband and wife**, whose Post Office Address is: c/o 8515 Baymeadows Way, Suite 402, Jacksonville, Florida 32256, hereinafter called the Grantors, to **Kevin Jacques Klempf and Shelley C. Klempf, husband and wife**, whose post office address is: 530 Ponte Vedra Boulevard, Ponte Vedra Beach, Florida 32082, hereinafter called the Grantees:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth**, that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in St Johns County, Florida, viz:

Lot 7, Block 21, Ponte Vedra, according to the plat thereof as recorded in Map Book 8, Page 91, of the Public Records of St. Johns County, Florida, together with that portion of the Westerly 34 feet of Ponte Vedra Boulevard lying Easterly thereof and between the prolongation of the North lot line and South lot line of said Lot 7, Block 21, Ponte Vedra.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2007.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*

_____  _____(Seal)
Witness Printed Name: Christine Micieli Pickett for Joel Shapiro    Joel Shapiro

_____  _____(Seal)
Witness Printed Name: Nikki Guillette for Joel Shapiro    Sylvia Shapiro

_____
Witness Printed Name: Christine Micieli Pickett for Sylvia Shapiro

_____
Witness Printed Name: Nikki Guillette for Joel Shapiro

State of Florida
County of St. Johns

The foregoing instrument was acknowledged before me this 16th day of July, 2008, by Sylvia Shapiro, as to fee simple interest, who has produced her Driver's License as identification.

_____
Notary Public
Print Name: Christine Micieli Pickett
My Commission Expires: _____

(NOTARY SEAL)

State of Florida
County of St. Johns

The foregoing instrument was acknowledged before me this 21st day of July, 2008, by Joel Shapiro, as to fee simple interest, who produced his Driver's License as identification.

_____
Notary Public
Print Name: Christine Micieli Pickett
My Commission Expires: _____

(Notary Seal)

**Chicago Title File #**
1508034415

Prepared Without Benefit of a Title Search By, and Return To:

James A. Nolan, Esquire
GrayRobinson, P.A.
50 North Laura Street, Suite 1100
Jacksonville, FL 32202

Property Appraiser's
Parcel ID Number: 0564000000

## WARRANTY DEED

THIS SPECIAL WARRANTY DEED is made this 14th day of November, 2014, by **SHELLEY KLEMPF**, a single woman, whose address is 15234 NW Channa Drive, Portland, OR 97229 ("Grantor"), in favor of **K. JACQUES KLEMPF**, a single man, whose address is 530 Ponte Vedra Boulevard, Ponte Vedra Beach, FL 32082 ("Grantee").

WITNESSETH, that in consideration of Ten Dollars ($10.00) and other valuable considerations paid by Grantee, the receipt and sufficiency of which are hereby acknowledged, Grantor hereby conveys unto Grantee, all of Grantor's interest in the following described real property in St. Johns County:

Lot 7, Block 21, Ponte Vedra, according to the plat thereof as recorded in Map Book 8, Page 91, of the Public Records of St. Johns County, Florida, together with that portion of the Westerly 34 feet of Ponte Vedra Boulevard lying Easterly thereof and between the prolongation of the North lot line and South lot line of said Lot 7, Block 21, Ponte Vedra.

SUBJECT TO valid easements, reservations, liens, encumbrances and restrictions of record, governmental regulations and real property taxes for the current year. Grantor hereby covenants with Grantee that the property is free of all other liens and encumbrances made by Grantor other than those described in the previous sentence.

TOGETHER WITH all improvements thereon and all the tenements, hereditaments, and appurtenances thereto belonging or in anywise appertaining;

TO HAVE AND TO HOLD the same, unto Grantee, in fee simple. And the said Grantor warrants that Grantor is lawfully seized of said land in fee simple; has good right and lawful authority to sell and convey said land; hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever.

NOTE TO CLERK: This deed is executed to convey the marital home in connection with a divorce, and is exempt from documentary stamp taxes pursuant to Florida Administrative Code 12B-4.013(27).

Signed in the presence of:

Print Name: ERIC STRAL

Print Name: Canaan Anderson

SHELLEY KLEMPF

STATE OF OREGON )
COUNTY OF WASHINGTON )

The foregoing instrument was acknowledged before me this 14th day of November, 2014, by SHELLEY KLEMPF, who is personally known to me or has produced ___FDL___ as identification.

Notary Public, State of Oregon

OFFICIAL SEAL
CRAIG EDWARD SHIPPEY
NOTARY PUBLIC-OREGON
COMMISSION NO. 478628
MY COMMISSION EXPIRES JUNE 07, 2017