UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, <br><br> Plaintiff, <br><br> v. <br><br> DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, <br><br> Defendant. | Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, <br><br> Counterclaim Defendants. | |

**COUNTERCLAIM PLAINTIFF'S NOTICE OF COMPLIANCE WITH
<u>SPECIAL MASTER ORDER REGARDING TRUST'S PRIVILEGE LOG</u>**

Pursuant to the Special Master Order Regarding Trust's Privilege Log (the "Order"; Doc No. 241), dated March 20, 2020, counterclaim plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), submits this Notice of Compliance with the Order, which required the Trust to produce the

documents identified in Exhibit A to the Order to the counterclaim defendants on or before April 6, 2020 and to file a notice of compliance with the Court. On April 6, 2020, the Trust complied with the Order by producing, through its e-discovery vendor, the documents identified in Exhibit A to the Order to the counterclaim defendants.

SMITH HULSEY & BUSEY


By:  /s/ *James H. Post*
     James H. Post
     Michael E. Demont
     R. Christopher Dix

Florida Bar Number 0175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Counterclaim Plaintiff, Dina
  Klempf Srochi, as Trustee of the Laura
  Jean Klempf Revocable

Certificate of Service

I certify that on this 6th day of April, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: Michael G. Tanner, Esq. (mtanner@gunster.com), 225 Water Street Suite 1750, Jacksonville, Florida 32202.

                                                                /s/ *James H. Post*
                                                                     Attorney

01064775