UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,

     Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,

     Defendant.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,

     Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN
JACQUES KLEMPF,

     Counterclaim Defendants.

**COUNTERCLAIM PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE SUR-REPLY TO COUNTERCLAIM
DEFENDANTS' AMENDED MOTION TO DISSOLVE LIS PENDENS**

     Counterclaim plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf

Revocable Trust (the "Trust"), moves for an extension of time to file a sur-reply to the

Counterclaim Defendants' Amended Motion to Dissolve Lis Pendens (the "Motion to

Dissolve"; Doc. No. 225), and in support says:

1.     The sur-reply to the Motion to Dissolve is due to be served on April 8, 2020.

2.     The Trust requests an extension of 7 days within which to file a sur-reply to the Motion to Dissolve because adequate preparation of the sur-reply will require the additional time requested.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), the Court can extend time for responding to a pleading upon a showing of good cause. Here, good cause for an extension of time is shown, the counterclaim defendants do not oppose the relief requested in this motion as evidenced by the Local Rule 3.01(g) certification below, and granting the motion will not prejudice either party or the proceedings.

WHEREFORE, the Trust respectfully requests that this Court enter an order granting an extension of 7 days (up to and including April 15, 2020), in which to file a sur-reply to the Motion to Dissolve.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for the Trust certifies that he has conferred in good faith with counsel for the counterclaim defendants, who does not oppose the relief requested in this motion.

SMITH HULSEY & BUSEY


By:    /s/ *James H. Post*    
       James H. Post
       Michael E. Demont
       R. Christopher Dix

Florida Bar Number 0175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Counterclaim Plaintiff, Dina
   Klempf Srochi, as Trustee of the Laura
   Jean Klempf Revocable

<u>Certificate of Service</u>

I certify that on this 7th day of April, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

/s/ *James H. Post*
_____
Attorney

1065957