**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

    Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACques KLEMPF,

    Counterclaim Defendants.

---

## NOTICE CONVERTING HEARING

**TAKE NOTICE** that the in-person hearing on counterclaim defendants' amended motion to dissolve lis pendens (Doc. 225) scheduled for **MAY 11, 2020** at **2:00 p.m.** (Doc. 237), will now take place by **TELEPHONE** on the same date

and time. The conference line will be activated at 1:50 p.m. so the hearing may start promptly at 2:00 p.m.

The Courtroom Deputy will email the call-in information to counsel of record using the email addresses listed on the Court's docket for this case. Counsel may share the information with the parties, but no one else. Members of the public or press who wish to listen to the proceedings may call the Courtroom Deputy at (904) 549-1303 to receive the call-in information.

**To reduce background audio interference, callers should use landlines if available, and should not use the speaker function during the call. Further, callers must put their phones on mute when not speaking. Additionally, each person must identify themselves when speaking so the court reporter can accurately report the proceedings.**

Persons granted remote access to this telephone hearing are reminded of the general prohibition against recording and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanction deemed necessary by the Court.

**DATED** this 23rd day of April, 2020.

TIMOTHY J. CORRIGAN
United States District Judge
By: /s/ Susanne R. Weisman
Susanne R. Weisman
Deputy Clerk/Law Clerk
(904) 549-1304

Copies:
Counsel of record

2