UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) |
| Defendant. | ) ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) |
| Counterclaim Plaintiff, | ) |
| v. | ) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | ) ) ) |
| Counterclaim Defendants. | ) |

## **NOTICE OF FILING**

Counterclaim plaintiff, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, gives notice of filing the attached Acknowledgement and Acceptance of Service.

SMITH HULSEY & BUSEY


By: /s/ *James H. Post*
 James H. Post
 Michael E. Demont
 R. Christopher Dix

Florida Bar Number 175460
Florida Bar Number 364088
Florida Bar Number 036988
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
 Trustee of the Laura Jean Klempf
 Revocable Trust

Certificate of Service

I certify that on this 6th day of May, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*<br>Attorney

1068867

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,  )
a Florida corporation,          )
                                )
        Plaintiff,               )
                                )
v.                              )   Case No. 3:17-cv-1054-J-32JRK
                                )
DINA KLEMPF SROCHI, as Trustee  )
of the LAURA JEAN KLEMPF        )
REVOCABLE TRUST, a Florida trust,)
                                )
        Defendant.               )
_____)

DINA KLEMPF SROCHI, as Trustee  )
of the LAURA JEAN KLEMPF        )
REVOCABLE TRUST, a Florida trust,)
                                )
        Counterclaim Plaintiff,  )
                                )
v.                              )
                                )
FOODONICS INTERNATIONAL, INC.,  )
a Florida corporation, and KEVIN)
JACQUES KLEMPF,                 )
                                )
        Counterclaim Defendants. )
_____

## ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE

I, Ejnar Knudsen, individually and as Director of Opal Foods LLC ("Opal Foods") and Chief Executive Officer of AGR Parners Advisors LLC ("AGR Partners"), acknowledge receipt of the (i) Subpoena to Testify at a Deposition in a Civil Action directed to Ejnar Knudsen, individually and as an officer of Opal Foods and AGR Partners, (ii) Subpoena to Testify at a Deposition in a Civil Action directed

to Opal Foods, and (iii) Subpoena to Testify at a Deposition in a Civil Action directed to AGR Partners, in this case and accept service of same on behalf of myself, Opal Foods and AGR Partners.

DATED this 30 day of April, 2020.

By: _____
Ejnar Knudsen

221 1st Street
Davis, California 95616

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing has been furnished by mail and email to James H. Post, Esq., Smith Hulsey & Busey, One Independent Drive, Suite 3300, Jacksonville, Florida 32202, jpost@smithhulsey.com, this _30_ day of _April_, 2020.

_____
Ejnar Knudsen

1061786