# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INT'L, INC., etc.,

    Plaintiff,

v.                                    Case No. 3:17-cv-1054-J-32JRK

DINA KLEMP SROCHI, etc., et al.,

    Defendants.

---

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy:   Susanne R. Weisman
Court Reporter:   Shannon Bishop

| Counsel for plaintiff/<br>counterclaim defendants: | Counsel for defendant/<br>counterclaim plaintiff: |
|---|---|
| Daniel K. Bean, Esq.<br>Andrew J. Steif, Esq.<br>Jackie A. Van Laningham, Esq.<br>Samuel Grier Wells, Esq.<br>Also present:<br>Kevin Jacques Klempf (counterclaim defendant) | James H. Post, Esq.<br>R. Christopher Dix. Esq.<br>Brandon A. Cook, Esq.<br><br>Special Master:<br>Michael G. Tanner, Esq. |

---

## CLERK'S MINUTES

PROCEEDINGS: TELEPHONIC HEARING on amended motion to dissolve lis pendens (Doc. 225)

- Argument by counsel
- Court rules on the record, order to enter.

**ORDER TO ENTER.**

---

DATE:  <u>May 11, 2020</u>                    TIME:  <u>2:05 p.m. – 3:30 p.m.</u>