**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

   Plaintiff,

v.

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Georgia Trust,

   Defendant.

Case No. 3:17-cv-1054-J-32JRK

---

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

   Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

   Counterclaim Defendants.

---

# **O R D E R**

This case came before the Court on May 11, 2020 for a hearing on the counterclaim defendants' amended motion to dissolve lis pendens (Doc. 225). The parties filed briefs and exhibits directed to the motion. See Docs. 234, 242,

246, 249. For the reasons stated on the record, which is incorporated by reference, the motion is **denied without prejudice**.

At the hearing, the parties discussed the likely need for a continuance of the discovery and dispositive motion filing deadlines in light of the difficulties in finishing discovery during the coronavirus pandemic. The Court has asked the Special Master to confer with the parties to arrive at a proposed schedule the parties shall file no later than **May 29, 2020**. The parties are encouraged to timely complete discovery, taking depositions remotely to every extent possible, as it is unclear how long it will be before in-person depositions will be possible. For more information on conducting discovery during the pandemic, the parties are directed to the undersigned's April 7, 2020 memorandum to the bar, available on the Jacksonville page of the Court's website: https://www.flmd.uscourts.gov/locations/jacksonville

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of May, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record
Michael G. Tanner, Esq., Special Master

2