UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

      Plaintiff,

v.                              Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf Revocable
Trust, a Florida Trust,

      Defendant.

_____

DINA KLEMPF SROCHI, as Trustee of
the Laura Jean Klempf Revocable Trust, et al.,

      Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

      Counterclaim Defendants.

_____

## NOTICE OF TELEPHONIC STATUS CONFERENCE
## BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for a telephonic status conference on Tuesday, May, 19, 2020 at 11:30 a.m., to discuss:

1. a case management schedule to propose to the Court pursuant to its May 12, 2020 Order (Doc. 251);

2. other discovery matters for which the parties request assistance.

One (1) hour has been reserved for this conference. The undersigned has circulated call-in information to counsel of record for the parties.

DATE: May 13, 2020

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/Michael G. Tanner*
Michael G. Tanner
mtanner@Gunster.com
Gunster, Yoakley & Stewart, P.A.
225 Water Street, Suite 1750
Jacksonville, Florida 32202
Telephone: (904) 354-1980
Facsimile: (904) 354-2170

Special Master