UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:17-cv-1054-J-32JRK ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) ) |
| Defendant. | ) |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) |
| Counterclaim Plaintiffs, | ) |
| v. | ) |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | ) ) ) |
| Counterclaim Defendants. | ) |

**JOINT MOTION TO EXTEND
CASE MANAGEMENT DEADLINES AND TRIAL DATE**

Counterclaim Plaintiff, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), Counterclaim Defendants Foodonics International, Inc. ("Foodonics") and Kevin Jacques Klempf ("Klempf"), move for entry of an order modifying the Third Amended Case Management and Scheduling

Order (the "Scheduling Order"; Doc. No. 180) and the Endorsed Order granting the Joint Motion to Extend Discovery and Dispositive Motion Deadlines (Doc. No. 240), to extend the remaining deadlines and the trial date, and in support say:

1. Scheduling orders under Rule 16 may be modified "for good cause and with the judge's consent." Rule 16(b)(4), Fed. R. Civ. P. "The court may modify the schedule on a showing of good cause if [the schedule] cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) 1983 advisory committee's note; *see also In re Accutane Prods. Liab. Litig.*, 923 F. Supp. 2d 1349, 1351 (M.D. Fla. 2013) (quoting *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1419 (11th Cir. 1998) (citing Fed. R. Civ. P. 16 advisory committee's note).

2. Rule 6(b) states, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1). The standard is a liberal one, and "an application for extension of time under Rule 6(b)(1)(A) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright, et al., Fed. Prac. & Proc., § 1165 at 605, 608 (2015).

3. Scheduling difficulties have arisen due to the coronavirus pandemic. As a result, the parties will not have sufficient time under the present deadlines to (i) adequately prepare for depositions prior to the current discovery deadline or (ii) prepare appropriate dispositive or *Daubert* motions.

4. Accordingly, with the exception of the mediation date which is currently scheduled for July 8, 2020, the parties request that the Court extend all remaining deadlines and the trial date in the Scheduling Order and the Endorsed Order, and propose the following schedule:

| **Deadline or Event** | **Current Date** | **Modified Date** |
|---|---|---|
| Discovery deadline | June 30, 2020 | November 27, 2020 |
| Dispositive and *Daubert* Motions (responses due 21 days after service) | July 1, 2020 | January 5, 2021 |
| Response to Dispositive and *Daubert* Motions | June 30, 2020 | January 26, 2021 |
| Replies to Dispositive and *Daubert* Motions | July 22, 2020 | February 16, /2021 |
| All other motions, including motions *in limine* | December 10, 2020 | May 6, 2021 |
| Joint Final Pretrial Statement | December 10, 2020 | May 6, 2021 |
| Final Pretrial Conference<br>    Date:<br>    Time: | December 16, 2020<br>10:00 a.m. | May __, 2021<br>10:00 a.m. |
| Special Set Trial to Begin (10 days – Jury) | January 11, 2021<br>9:00 a.m. | June __, 2021<br>9:00 a.m. |

5. This motion is not brought to unreasonably delay the trial of this action, but instead to proactively address scheduling issues that were not foreseen when Foodonics International, Inc. ("Foodonics") and the Trust submitted their Case Management Report (Doc. No. 16).

WHEREFORE, the Trust requests an extension of the remaining deadlines and the trial date in the Scheduling Order and the Endorsed Order as set forth above.

| SMITH HULSEY & BUSEY | ABEL BEAN LAW, P.A. |
|---|---|
| By  */s/ James H. Post*  <br>    James H. Post<br>    Michael E. Demont<br>    R. Christopher Dix | By  */s/ Daniel K. Bean*  <br>    Daniel K. Bean<br>    Andrew J. Steif |

SMITH HULSEY & BUSEY

By  */s/ James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar No. 175460
Florida Bar No. 364088
Florida Bar No. 036988
One Independent Drive, Suite 3300
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
    Trustee of the Laura Jean
    Klempf Revocable Trust

ABEL BEAN LAW, P.A.

By  */s/ Daniel K. Bean*
    Daniel K. Bean
    Andrew J. Steif

Florida Bar No. 15539
Florida Bar No. 0042475
50 North Laura Street, Suite 2500
Jacksonville, Florida 32202
(904) 516-5486
dbean@abelbeanlaw.com
asteif@abelbeanlaw.com

and

GRAYROBINSON, P.A.

By  */s/ Grier Wells*
    Grier Wells

Florida Bar No.: 203238
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
(904)-598-9929
grier.wells@gray-robinson.com
barbara.rude@gray-robinson.com

Attorneys for Foodonics International,
    Inc. and Jacques Klempf

Certificate of Service

I certify that on this 29th day of May, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ *James H. Post*<br>Attorney

1070327