UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., a Florida corporation,

  Plaintiff,

v.

DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida Trust,

  Defendant.

_____

DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida Trust,

  Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL, INC., a Florida Corporation, and KEVIN JACQUES KLEMPF,

  Counterclaim Defendants.

_____

Case No. 3:17-cv-1054-J-32JRK

## FOURTH AMENDED
## CASE MANAGEMENT AND SCHEDULING ORDER

Upon review, the parties' Joint Motion to Extend Case Management Deadlines and Trial Date (Doc. 256) is **GRANTED**.[1] Although the Court's order (Doc. 180) setting the previous schedule stated it would not be extended absent extraordinary circumstances, the Court finds the COVID-19 pandemic presents an extraordinary circumstance warranting relief. However, while the Court will extend the case deadlines, it expects the parties to be resourceful in completing discovery, including taking depositions remotely if necessary.

Accordingly, the following deadlines and settings shall now govern these proceedings:

| | |
|---|---|
| Settlement Conference with Judge Schlesinger: | **July 8, 2020** |
| Discovery Deadline: | **November 20, 2020** |
| Dispositive and <u>Daubert</u> Motions Deadline: | **January 5, 2021** |
| Responses to Dispositive and <u>Daubert</u> Motions: | **January 26, 2021** |
| Replies to Dispositive and <u>Daubert</u> Motions: (limited to 10 pages) | **February 16, 2021** |
| All Other Motions Including Motions in Limine: | **May 20, 2021** |
| Filing of Pretrial Statement: | **May 20, 2021** |
| Final Pretrial Conference: | **May 26, 2021 10:00 a.m.** |

---

[1]No later than **June 15, 2020**, the parties shall file a joint status report on the related state court case, including what occurred at the June 2, 2020 hearing.

| | |
|---|---|
| Special Set Trial to begin:<br>(10 days - Jury) | **June 14, 2021**<br>**9:00 a.m.** |

In all other respects, the parties shall continue to be governed by the terms of the Court's February 2, 2018, Case Management and Scheduling Order (Doc. 17).  The parties are reminded to deliver courtesy copies to chambers of the undersigned of any filing that exceeds 25 pages (inclusive of exhibits).

**Absent extraordinary circumstances, the Court does not intend to extend these deadlines.[2]  The parties should govern themselves accordingly.**

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of June, 2020.

                                      TIMOTHY J. CORRIGAN
                                      United States District Judge

s.
Copies to:
  Honorable Harvey E. Schlesinger
    United States District Judge
  Counsel of Record
  Michael G. Tanner, Esquire
    Special Master

---

[2] Of course Judge Schlesinger has complete discretion to determine the schedule for settlement discussions.

- 3 -