UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
)
    Plaintiff,
)
v.                                                 Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Florida trust,
)
    Defendant.
)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )
)
    Counterclaim Plaintiff,
)
v.
)
FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and KEVIN )
JACQUES KLEMPF,
)
    Counterclaim Defendants.
)

**MOTION OF SMITH HULSEY & BUSEY**
**TO WITHDRAW AS COUNSEL FOR THE JEAN KLEMPF TRUST**

    Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R. Christopher Dix (collectively, "SHB") move for the entry of an Order allowing them to withdraw as counsel for Counterclaim Plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), and in support says:

1. SHB recently informed the Trust that Mr. Post, lead counsel on this matter, intends to prepare for retirement. After thoughtful consideration and discussion, SHB and the Trust have agreed that it is in the best interest of the Trust to substitute counsel to take the matter to conclusion. SHB and the Trust agree that new counsel who is going to take this case to trial should have the opportunity to develop the record to move the case forward.

2. The Trust's consent to SHB's withdrawal as its counsel is attached as Exhibit A. Upon the entry of an Order authorizing SHB's withdrawal, SHB shall be relieved of any and all further responsibility in regard to the representation of the Trust in this action, on the understanding that SHB will cooperate with the Trust and successor counsel in a smooth transition of this case.

3. The Trust is optimistic that a Notice of Appearance for new counsel will be filed in this case within thirty days of the filing of this motion (the "Motion to Withdraw").

4. For the reasons explained below, SHB's withdrawal will not cause delay in the prosecution of this case.

5. On June 8, 2020, the undersigned conferred with opposing counsel, but was informed that the counterclaim defendants oppose the relief requested in this Motion to Withdraw.

**Memorandum of Law**

In this case, the Trust is in the process of its selection of substitute counsel. The Trust has consented to SHB's withdrawal.

The withdrawal of SHB will not cause delay in the trial of this case because on May 11, 2020, the parties submitted a Joint Motion to Extend Case Management Deadlines and Trial Date (Doc. No. 256). In response, the Court entered its Fourth Amended Case Management and Scheduling Order, which set forth the following deadlines:

| Deadline or Event | Proposed Modified Date |
|---|---|
| Discovery deadline | November 20, 2020 |
| Dispositive and *Daubert* Motions (responses due 21 days after service) | January 5, 2021 |
| Response to Dispositive and *Daubert* Motions | January 26, 2021 |
| Replies to Dispositive and *Daubert* Motions | February 16, 2021 |
| All other motions, including motions *in limine* | May 20, 2021 |
| Joint Final Pretrial Statement | May 20, 2021 |
| Final Pretrial Conference<br>    Date:<br>    Time: | May 26, 2021<br>10:00 a.m. |
| Special Set Trial to Begin (10 days – Jury) | June 14, 2021<br>9:00 a.m. |

(Doc. No. 257).

Under the joint modified schedule, the Trust's substitute counsel will have ample time to prosecute this case to conclusion.

Local Rule 2.03(b) allows for attorney withdrawal "by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel." In this case, because opposing counsel is objecting to the Motion

to Withdraw, it has 14 days to file a response in opposition pursuant to Local Rule 3.01. As a result, the 10 day notice under Local Rule 2.03 will have been met for both opposing counsel and the client before written leave of Court for withdrawal is obtained.

WHEREFORE, the law firm of Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R. Christopher Dix respectfully move the Court to allow them to withdraw as counsel for the Trust in this case.

Local Rule 3.01(g) Certification

In compliance with Local Rule 3.01(g), the undersigned conferred in good faith with the counterclaim defendants' attorneys, who do not consent to the Motion to Withdraw.

SMITH HULSEY & BUSEY

By  */s/ James H. Post*
    James H. Post
    Michael E. Demont
    R. Christopher Dix

Florida Bar No. 175460
Florida Bar No. 364088
Florida Bar No. 036988
One Independent Drive, Suite 3300
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorneys for Dina Klempf Srochi, as
   Trustee of the Laura Jean
   Klempf Revocable Trust

# **EXHIBIT A**

## Written Consent of Client

Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), consents to the withdrawal of Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R. Christopher Dix as counsel for the Trust as requested above.

By: _____
Dina Klempf Srochi
Trustee of the Laura Jean Klempf
Revocable Trust

Certificate of Service

I certify that on this 9th day of June, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

/s/ <i>James H. Post</i><br>
Attorney

1071383.3