UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| FOODONICS INTERNATIONAL, INC., a Florida corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:17-cv-1054-J-32JRK |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) ) | |
| Defendant. | ) ) | |
| DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust, | ) ) ) | |
| Counterclaim Plaintiffs, | ) | |
| v. | ) | |
| FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, | ) ) ) | |
| Counterclaim Defendants. | ) | |

**JOINT MOTION TO EXTEND
DEADLINE TO FILE JOINT STATUS REPORT**

Counterclaim Plaintiff, Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust, and Counterclaim Defendants, Foodonics International, Inc. and Kevin Jacques Klempf, move for entry of an order extending the deadline to file a joint status report on the related state court case, and in support say:

1. On June 6, 2020, this Court entered its Fourth Amended Case Management and Scheduling Order (Doc. No. 257) in which the Court set a deadline of June 15, 2020 for the parties to "file a joint status report on the related state court case, including what occurred at the June 2, 2020 hearing." (the "Status Report").

2. The hearing of June 2, 2020 in the state court case has been rescheduled to June 19, 2020 (the "State Court Hearing"). Accordingly, the parties request that the Court extend the deadline to file the Status Report until 7 days after the conclusion of the State Court Hearing.

WHEREFORE, the parties request an extension to and including June 26, 2020 for the parties to file the Status Report.

| SMITH HULSEY & BUSEY | ABEL BEAN LAW, P.A. |
|---|---|
| By   */s/ James H. Post*  <br>    James H. Post<br>    Michael E. Demont<br>    R. Christopher Dix<br><br>Florida Bar No. 175460<br>Florida Bar No. 364088<br>Florida Bar No. 036988<br>One Independent Drive, Suite 3300<br>Jacksonville, FL 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com<br>mdemont@smithhulsey.com<br>cdix@smithhulsey.com<br><br>Attorneys for Dina Klempf Srochi, as<br>   Trustee of the Laura Jean Klempf<br>   Revocable Trust | By   */s/ Daniel K. Bean*  <br>    Daniel K. Bean<br>    Andrew J. Steif<br><br>Florida Bar No. 15539<br>Florida Bar No. 0042475<br>50 North Laura Street, Suite 2500<br>Jacksonville, Florida 32202<br>(904) 516-5486<br>dbean@abelbeanlaw.com<br>asteif@abelbeanlaw.com<br><br>and<br><br>GRAYROBINSON, P.A.<br>Grier Wells<br>Florida Bar No.: 203238<br>50 North Laura Street, Suite 1100<br>Jacksonville, Florida 32202<br>(904)-598-9929<br>grier.wells@gray-robinson.com<br>barbara.rude@gray-robinson.com<br><br>Attorneys for Foodonics International,<br>   Inc. and Jacques Klempf |

Certificate of Service

I certify that on this 10th day of June, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ <i>James H. Post</i><br>Attorney

1071310