**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

   Plaintiff,

v.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as Trustee of
the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida Trust,

   Defendant.
_____

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

   Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

   Counterclaim Defendants.
_____

## NOTICE OF TELEPHONE HEARING

**TAKE NOTICE** that this case is **SET** for a telephone hearing on the Motion of Smith Hulsey & Busey to Withdraw as Counsel for the [Laura] Jean Klempf [Revocable] Trust (Doc. 258) on **WEDNESDAY, JUNE 24, 2020 at 11:00 A.M.** The conference line will be activated at 10:50 a.m. so the hearing may start promptly at 11:00 a.m. If plaintiff/counterclaim defendants intend to file a response to the motion, they shall do so no later than **June 23, 2020**.

**The Courtroom Deputy will email the call-in information to counsel of record (including the Special Master, whose presence is requested) using the email addresses listed on the Court's docket for this case.** Counsel may share the call-in information with their clients, but no one else. Any members of the public or press who wish to listen to the proceedings may email the Courtroom Deputy at Marielena_Diaz@flmd.uscourts.gov to receive the call-in information.

To reduce background audio interference, the parties should not use the speaker function during the call. Further, parties must put their phones on mute when not speaking. Additionally, each party must identify themselves when speaking so the court reporter can accurately report the proceedings.

Persons granted remote access to proceedings are reminded of the general prohibition against recording and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanction deemed necessary by the Court.

**DATED** this 19th day of June, 2020.

> TIMOTHY J. CORRIGAN
> United States District Judge
> By: /s/ Susanne R. Weisman
> Susanne R. Weisman
> Law Clerk
> (904) 549-1304

Copies to:
Counsel of record