IN THE CIRCUIT COURT, SEVENTH JUDICIAL CIRCUIT, IN AND FOR ST. JOHNS COUNTY, FLORIDA

CASE NO. : CA20-0083

DINA KLEMPF SROCHI, as Trustee of the LAURA JEAN KLEMPF REVOCABLE TRUST, a Florida trust,

    Plaintiff,

v.

KEVIN JACQUES KLEMPF, FOODONICS INTERNATIONAL, INC., a Florida corporation, and KEVIN JACQUES KLEMPF, as Trustee of the KEVIN JACQUES KLEMPF LIVING TRUST, a Florida trust,

    Defendants.

## MOTION OF SMITH HULSEY & BUSEY TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND TO CONTINUE THE JUNE 19 HEARING

Pursuant to Rule 2.505(f)(1), Florida Rules of Judicial Administration, Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R. Christopher Dix (collectively "SHB") move for the entry of an Order allowing them to withdraw as counsel for Plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust") and the Trust moves for entry of an Order continuing the hearing scheduled for June 19, 2020, and in support says:

1. SHB recently informed the Trust that Mr. Post, lead counsel of this matter, intends to prepare for retirement. After thoughtful consideration and discussion, SHB and the Trust have agreed that it is in the best interest of the Trust to

substitute counsel to take the matter to conclusion. SHB and the Trust agree that new counsel should have the opportunity to represent the Trust in these proceedings and that SHB should withdraw as counsel.

2. The Trust's consent to SHB's withdrawal as its counsel is attached as Exhibit A. Upon entry of the attached proposed Order, SHB shall be relieved of any and all further responsibility in regard to the representation of the Trust in this action on the understanding that SHB will cooperate with the Trust and successor counsel in a smooth transition of this case.

3. The Trust is optimistic that a Notice of Appearance for new counsel will be filed in this case within thirty days of the filing of this Motion.

4. The Trust requests that the hearing presently scheduled for June 19, 2020 on Defendants' Motion to Dismiss or Stay Proceedings and Motion to Dissolve Lis Pendens be continued until after the Trust's substitute counsel is retained and brought up to speed so that counsel who represents the Trust going forward has the opportunity to make whatever arguments it deems appropriate. In addition, Judge Corrigan, who is presiding over the federal court proceeding which involves related issues, suggested that the Trust, Mr. Klempf and Foodonics consider whether removing this case and relating it to the existing federal court litigation would be appropriate. New counsel may wish to evaluate this option, after reviewing why the Trust filed this state court action this past January.

5. In addition, the parties in the Federal Court action are currently scheduled to attend mediation in the Federal Court Action on July 8, 2020. If the matter resolves at mediation, Defendants' pending motions will be moot.

6. Plaintiff, Dina Klempf Srochi's last known address is 1161 Lockets Trail, Greensboro, Georgia 30642, telephone number is (770) 364-3312 and email address is dinaklempf@gmail.com.

**Memorandum of Law**

Rule 2.505(f)(1), Fla. R. Jud. Admin., provides for the withdrawal of an attorney:

> By order of court, where the proceeding is continuing, upon motion and hearing, on notice to all parties and the client, such motion setting forth the reasons for withdrawal and the client's last known address, telephone number, including area code, and email address.

In this case, the Trust is in the process of its selection of substitute counsel. The Trust has consented to SHB's withdrawal.

If the Court grants SHB's motion to withdraw from this case, it is respectfully requested that the Court also continue the June 19, 2020 hearing. Trial courts have broad discretion in determining whether to grant a continuance. *Morris v. City of Cape Coral*, 163 So. 3d 1174, 1180 (Fla. 2015) (citing *Strand v. Escambia Cty.*, 992 So. 2d 150, 154 (Fla. 2008)).

A continuance of the June 19 hearing is appropriate to accommodate the Trust's counsel of choice to participate at the hearing. Additionally, if the July 8, 2020 mediation is successful, the pending Motion to Dismiss or Stay Proceedings and Motion to Dissolve Lis Pendens may become moot.

WHEREFORE, the movants respectfully request this Court enter an Order (i) allowing the law firm of Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R. Christopher Dix to withdraw as counsel for the Trust in this case, and (ii) continuing the hearing currently scheduled for June 19, 2020 for a period of not less than 30 days from entry of this Order or such other time as the Court's calendar permits, so that new counsel for the Trust can be retained and brought up to speed to handle these important issues.

SMITH HULSEY & BUSEY

By /s/ James H. Post
    James H. Post

Florida Bar No. 175460
One Independent Drive, Suite 3300
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
mdemont@smithhulsey.com
cdix@smithhulsey.com

Attorney for Dina Klempf Srochi, as
   Trustee of the Laura Jean
   Klempf Revocable Trust

# **EXHIBIT A**

## Written Consent of Client

Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), consents to the withdrawal of Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R. Christopher Dix as counsel for the Trust as requested above.

By: _____
Dina Klempf Srochi
Trustee of the Laura Jean Klempf
Revocable Trust

## Certificate of Service

I certify that on June 11, 2020, a copy of the foregoing was filed with the Clerk of Court by using the electronic filing system, which will serve via e-mail this filing to the attorneys of record named below.

    Daniel K. Bean, Esq.
    Andrew J. Steif, Esq.
    **Abel Bean Law**
    50 North Laura Street, Suite 2500
    Jacksonville, Florida 32202
    dbean@ablebeanlaw.com
    asteif@abelbeanlaw.com

    Attorneys for Defendants,
    Foodonics International, Inc. and Kevin Jacques
    Klempf, individual and in his capacity as Trustee
    of the Kevin Jacques Klempf Living Trust

                                        */s/ James H. Post*
                                               Attorney

171381