# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.                                                                Case No.: 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the Laura Jean Klempf Revocable
Trust, a Florida Trust,

    Defendant.

_____

DINA KLEMPF SROCHI, as Trustee of
the Laura Jean Klempf Revocable Trust, et al.,

    Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, et al.,

    Counterclaim Defendants.

_____

## NOTICE OF TELEPHONIC STATUS CONFERENCE BY SPECIAL MASTER

PLEASE TAKE NOTICE that this cause is scheduled for a telephonic status conference on Monday, July 20, 2020, at 10:00 a.m., to discuss:

1. a discovery schedule pursuant to the Court's instructions to counsel during the hearing in this case on June 24, 2020;

2. other discovery matters for which the parties request assistance.

Counsel are requested to confer prior to the status conference and provide the undersigned with a list of all discovery, including depositions, which they expect to conduct before the discovery deadline on November 20, 2020. (*See* Doc. 257) Counsel are requested to provide this information to the undersigned at least two (2) business days before the conference and they are encouraged to submit a joint schedule for all remaining depositions.

One (1) hour has been reserved for this conference. The undersigned will circulate call-in information to counsel of record.

DATE: June 24, 2020

/s/*Michael G. Tanner*
Michael G. Tanner
Special Master

ACTIVE:12045787.1

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

       */s/Michael G. Tanner*
       Michael G. Tanner
       mtanner@Gunster.com
       Gunster, Yoakley & Stewart, P.A.
       225 Water Street, Suite 1750
       Jacksonville, Florida 32202
       Telephone: (904) 354-1980
       Facsimile: (904) 354-2170

       Special Master