# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FOODONICS INT'L, INC., etc.,

    Plaintiff,

v.                                          Case No. 3:17-cv-1054-J-32JRK

DINA KLEMP SROCHI, etc., et al.,

    Defendants.

---

**HONORABLE TIMOTHY J. CORRIGAN, United States District Judge**
Courtroom Deputy:   Marielena Diaz
Court Reporter:   Shannon Bishop

| Counsel for plaintiff/<br>counterclaim defendants: | Counsel for defendant/<br>counterclaim plaintiff: |
|---|---|
| Daniel K. Bean, Esq.<br>Andrew J. Steif, Esq.<br>Samuel Grier Wells, Esq. | James H. Post, Esq. |
| Also present:<br>Dina Klempf Srochi (Trustee/Counterclaim Plaintiff<br>Dennis Blackburn (counsel for Trust)<br>Craig Frankel (counsel for Trust) | Special Master:<br>Michael G. Tanner, Esq. |

## CLERK'S MINUTES

PROCEEDINGS:   TELEPHONIC HEARING on Motion for Smith Hulsey & Busey to Withdraw as Attorney. (Doc. 258)

- Order to enter.

DATE:  June 24, 2020                  TIME:  11:02 a.m. – 12:22 p.m.