**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FOODONICS INTERNATIONAL,
INC., a Florida corporation,

    Plaintiff,

v.

Case No. 3:17-cv-1054-J-32JRK

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

    Defendant.

---

DINA KLEMPF SROCHI, as
Trustee of the LAURA JEAN
KLEMPF REVOCABLE TRUST, a
Florida Trust,

    Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL,
INC., a Florida Corporation, and
KEVIN JACQUES KLEMPF,

    Counterclaim Defendants.

---

# **ORDER**

    This case came before the Court today for a telephone hearing on Smith Hulsey & Busey's motion to withdraw as counsel for defendant/counterclaim plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable

Trust (Doc. 258). As announced at the hearing, the record of which is incorporated by reference, the motion is **denied without prejudice** to renewal at an appropriate time following the July 8, 2020 settlement discussions with Judge Schlesinger. If the parties do not settle on or about July 8, 2020, the Special Master will set a discovery schedule with the parties to meet the November 20, 2020 discovery deadline. Counterclaim defendants' ore tenus motion to revisit the Court's earlier ruling on the amended motion to dissolve lis pendens (see Docs. 225, 251) is **denied without prejudice** to renewal via written motion at a later date, if necessary.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of June, 2020.

*signature: Timothy J. Corrigan*

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies to:

Honorable Harvey E. Schlesinger
United States District Judge

Counsel of record

Michael G. Tanner, Esq. (Special Master)