UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC.,
a Florida corporation,

Plaintiff,                                              Case No. 3:17-cv-1054-J-32 JRK

v.

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,

Defendant.
_____/

DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust,

Counterclaim Plaintiff,

v.

FOODONICS INTERNATIONAL, INC.,
a Florida corporation, and
KEVIN JACQUES KLEMPF,

Counterclaim Defendants.
_____/

## NOTICE OF APPEARANCE

William B. Lewis, Benjamin A. Webster, and Keith R. Mitnik of the law firm of Morgan & Morgan, P.A. hereby give notice of their appearance as counsel for Defendant/Counterclaim Plaintiff, Dina Klempf Srochi as Trustee of the Laura Jean Klempf Revocable Trust, in this action, and request copies of all papers filed in this action be served upon them at the address below.

Dated: July 7, 2020

**MORGAN & MORGAN, P.A.**
*Business Trial Group*

*/s/ Benjamin A. Webster*
**William B. Lewis**
Florida Bar No. 64936
**Benjamin A. Webster**
Florida Bar No. 0045167
**Keith R. Mitnik**
Florida Bar No. 436127
20 N. Orange Ave, Suite 1600
Orlando, Florida 32801
Telephone: (407) 420-1414
Facsimile: (407) 245-3337
WLewis@forthepeople.com
BWebster@forthepeople.com
KMitnik@forthepeople.com
*Attorneys for Dina Klempf Srochi*
*as Trustee of the Laura Jean*
*Klempf Revocable Trust*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 7, 2020, a true copy of the foregoing was served via CM/ECF electronic notification on all Electronic Filing Users on the list to receive email notice/service for this case.

*/s/Benjamin A. Webster*
Benjamin A. Webster