# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**FOODONICS INTERNATIONAL,**
**INC., a Florida corporation,**
      **Plaintiff,**

**v.**                                    **CASE NO. 3:17-cv-1054-J-32JRK**

**DINA KLEMPF SROCHI, as**
**Trustee of the LAURA JEAN**
**KLEMPF REVOCABLE TRUST, a**
**Georgia Trust,**
      **Defendant.**
_____

**DINA KLEMPF SROCHI, as**
**Trustee of the LAURA JEAN**
**KLEMPF REVOCABLE TRUST, a**
**Florida Trust,**
      **Counterclaim Plaintiff,**
**v.**

**FOODONICS INTERNATIONAL,**
**INC., a Florida Corporation, and**
**KEVIN JACQUES KLEMPF,**
      **Counterclaim Defendants.**

_____/

## NOTICE TO THE COURT

In December 2019 this matter was referred to the undersigned to conduct a settlement conference. Following multiple rounds of discussions, the undersigned reports this case is at impasse.

**DONE AND ENTERED** at Jacksonville, Florida, this 22nd day of July, 2020.

**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Timothy J. Corrigan, United States District Judge
Andrew Joshua Steif, Esq.
Daniel Kearney Bean, Esq.
John Michael Brennan, Esq.
Samuel Grier Wells, Esq.
Benjamin A. Webster, Esq.
James H. Post, Esq.
Keith R. Mitnik, Esq.
Michael Edward Demont, Esq.
R. Christopher Dix, Esq.
William B. Lewis, Esq.