UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FOODONICS INTERNATIONAL, INC., )
a Florida corporation,
)
    Plaintiff,
)
v.                                               Case No. 3:17-cv-1054-J-32JRK
)
DINA KLEMPF SROCHI, as Trustee
of the LAURA JEAN KLEMPF )
REVOCABLE TRUST, a Florida trust,
)
    Defendant.
)

DINA KLEMPF SROCHI, as Trustee )
of the LAURA JEAN KLEMPF
REVOCABLE TRUST, a Florida trust, )

    Counterclaim Plaintiff, )

v. )

FOODONICS INTERNATIONAL, INC., )
a Florida corporation, and KEVIN
JACQUES KLEMPF, )

    Counterclaim Defendants. )

**UNOPPOSED RENEWED MOTION OF SMITH HULSEY & BUSEY
TO WITHDRAW AS COUNSEL FOR THE JEAN KLEMPF TRUST**

    Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R.

Christopher Dix (collectively, "SHB") move for the entry of an Order allowing them

to withdraw as counsel for Counterclaim Plaintiff Dina Klempf Srochi, as Trustee of the Laura Jean Klempf Revocable Trust (the "Trust"), and in support says:

1. This Court's Order of June 24, 2020 (Doc. No. 266), provided that SHB may renew its motion to withdraw as counsel for the Trust at an appropriate time following the July 8, 2020 mediation conference.

2. On July 7, 2020, William B. Lewis, Benjamin A. Webster, and Keith R. Mitnik of the law firm of Morgan & Morgan, P.A. filed their Notice of Appearance as counsel for the Trust in this case.

3. The mediation was held on July 8, 2020 with both SHB and Morgan & Morgan in attendance representing the Trust. The mediation was continued to July 22, 2020 and, at that time, resulted in an impasse.

4. As a result, SHB renews it motion to withdraw as counsel for the Trust.

5. The Trust consents to SHB's withdrawal as its counsel. Upon the entry of an Order authorizing SHB's withdrawal, SHB shall be relieved of any and all further responsibility in regard to the representation of the Trust in this action. SHB will cooperate with the Trust and successor counsel in a smooth transition of this case.

6. SHB's withdrawal will not cause delay in the prosecution of this case.

7. On July 20, 2020, the undersigned conferred with opposing counsel who does not oppose the relief requested in this renewed motion to withdraw.

## Memorandum of Law

Both the Trust and opposing counsel have consented to SHB's withdrawal as counsel for the Trust.

The withdrawal of SHB will not cause delay in the trial of this case because the Trust's substitute counsel, Morgan & Morgan, will have ample time to prosecute this case to conclusion under the current trial schedule assuming good faith cooperation in discovery matters from the Counterclaim Defendants.

Local Rule 2.03(b) allows for attorney withdrawal "by written leave of Court obtained after giving ten (10) days' notice to the party or client affected thereby, and to opposing counsel." Prior notice of SHB's withdraw was provided upon the filing of the original motion to withdraw (Doc. No. 258) on June 9, 2020. As a result, the 10 day notice under Local Rule 2.03 has been met for both opposing counsel and the client.

WHEREFORE, the law firm of Smith Hulsey & Busey and attorneys James H. Post, Michael E. Demont and R. Christopher Dix respectfully move the Court to allow them to withdraw as counsel for the Trust in this case.

<u>Local Rule 3.01(g) Certification</u>

In compliance with Local Rule 3.01(g), the undersigned conferred in good faith with the counterclaim defendants' attorneys, who do not oppose the relief requested in this renewed motion to withdraw.

                                               SMITH HULSEY & BUSEY

                                               By     */s/ James H. Post*
                                                         James H. Post
                                                         Michael E. Demont
                                                         R. Christopher Dix

                                            Florida Bar No. 175460
                                            Florida Bar No. 364088
                                            Florida Bar No. 036988
                                            One Independent Drive, Suite 3300
                                            Jacksonville, FL 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com
                                            mdemont@smithhulsey.com
                                            cdix@smithhulsey.com

                                            Attorneys for Dina Klempf Srochi, as
                                               Trustee of the Laura Jean
                                               Klempf Revocable Trust

Certificate of Service

I certify that on this 29th day of July, 2020, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF electronic notification system, which will send a Notice of Electronic Filing to all CM/ECF participants in this case. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  None.



/s/ *James H. Post*
Attorney

1071383.5